# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HICE, JOSEPH MOORE and** | ) | |
| **CHRISTINA BARLOW, individually and** | ) | |
| **on behalf of all others similarly situated** | ) | |
| | ) | |
| *Plaintiffs,* | ) | **Case No. 2:24-cv-896-WSH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EQT CORPORATION, EQT PRODUCTION** | ) | |
| **COMPANY and BEUSA HOLDINGS, INC.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## AFFIDAVIT OF DR. TAREK SABA

**COMMONWEALTH OF MASSACHUSETTS,**
**COUNTY OF MIDDLESEX, to-wit;**

I, Tarek Saba, being first duly sworn, depose and state as follows:

1.      I am over 18 years of age, am competent to make this affidavit, and have personal knowledge of the facts stated in this affidavit.

2.      I am a Principal Scientist with Exponent Engineering and Scientific Consulting ("Exponent") based in Burlington, Massachusetts. A more complete recitation of my background and credentials is set forth in my curriculum vitae, a true and correct copy of which is attached hereto as **Exhibit A**.

3.      Exponent issued a report entitled *Evaluating Claims of Groundwater Impacts to Residential Water Wells from Hydraulic Fracturing Operations* ("Report"), a true and correct copy of which is attached hereto as **Exhibit B**.

Further the affiant sayeth naught.

_____
Tarek Saba, Ph.D

**COMMONWEALTH OF MASSACHUSETTS,**
**COUNTY OF MIDDLESEX, to-wit:**

The foregoing instrument was acknowledged before me this 19 day of September, 2024, by Tarek Saba.

My commission expires: 2/28/2031



_____    Carlos Rivera
Notary Public

Carlos Rivera
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
2/28/2031

{16097797v1}

2

# EXHIBIT A



# E*x*ponent®
Engineering & Scientific Consulting

## Tarek Saba, Ph.D.
Office Director and Principal Scientist | Environmental and Earth Sciences
Burlington
+1-978-461-4605 | tsaba@exponent.com

## Professional Profile

Dr. Tarek Saba is a Principal Scientist in Exponent's Environmental & Earth Sciences practice and the Burlington, Massachusetts, Office Director. As a consultant and expert witness, Dr. Saba advises clients in matters involving claims of liability for environmental contamination and associated response costs.

Dr. Saba has 27 years of professional and academic experience in reconstructing events that led to claims of contamination by applying his knowledge of industrial operations and processes, waste handling practices, prevailing laws and regulations over different time frames, chemical forensics, fate and transport analysis, and hydrogeology. Dr. Saba also allocates contamination liability and cleanup costs among responsible parties under different legal frameworks such as CERCLA, RCRA, NRDA, and product liability claims, and in different industrial settings, such as airports, manufacturing facilities, hydraulic fracturing, natural gas storage fields, petroleum refineries, salt domes, manufactured gas plants (MGPs), landfills, coal ash basins, coal mines, salvage yards, pesticide and herbicide manufacturing facilities, military sites, airports, and shipyards, among many others.

Dr. Saba's expertise includes chemical fingerprinting and evaluating the environmental chemistry of different chemical groups such as PFAS, PCBs, dioxins and furans, metals, PAHs, petroleum products (e.g., gasoline, diesel fuels) and petroleum additives (e.g., MTBE), LNAPL, DNAPL, chlorinated solvents (PCE, TCE, and their degradation products and additives such as 1,4-dioxane), tar and creosote, and radioactive compounds (e.g., radium). Before joining Exponent, Dr. Saba worked on developing groundwater remediation technology as a subcontractor for EPA. .

## Academic Credentials & Professional Honors

Ph.D., Environmental Engineering, University of Colorado, Boulder, 1999

M.S., Water Resources, Cairo University, 1994

B.S., Civil Engineering, Cairo University, 1992

## Publications

**Book Chapters**

Saba, T. Hydraulic fracturing: Data analysis methods to identify sources of dissolved gas and chemical compounds in drinking water wells. Chapter 14. In: Introduction to Environmental Forensics. Murphy, B.L., and R.D. Morrison (eds), pp. 513–529, 2015. ISBN: 9780124046962.

Shields, W.J., T. Saba, P.D. Boehm, and J. Pietari. Congeners: A forensics analysis. In: Introduction to

© 2024 Exponent, Inc. All Rights Reserved    •    www.exponent.com    •    888.656.EXPO    •    Page 1

Environmental Forensics. Murphy, B.L., and R.D. Morrison (eds), pp. 347–393, 2015. ISBN: 9780124046962. Congeners addressed included dioxins/furans, PAHs, PCBs, and PFAS congeners.

**Peer Reviewed and Other Publications**

L. Silver and T. Saba. 2022. What EPA designation of PFAS as hazardous means for companies. Law 360. December 9.

Saba, T. 2019. Forensic analysis of breakthrough curves in fractured bedrock to reconstruct a past contaminant release event— a case study, Environmental Forensics. DOI: 10.1080/15275922.2019.1657518.

Boehm, P.D., J. Pietari, L. Cook, and T. Saba. 2018. Improving rigor in polycyclic aromatic hydrocarbon source fingerprinting, Environmental Forensics, 2018; DOI:10.1080/15275922.2018.1474287.

Saba, T., and P.D. Boehm. 2018. Determination of the applicability of CERCLA's petroleum exclusion at contaminated sites – focus on metals. Environmental Forensics; 19(1):27–38.

Saba, T. 2015. Study finds Marcellus NORM exposure risks low. Oil and Gas Journal; June.

Saba, T. 2013. Evaluating claims of groundwater contamination from hydraulic fracturing. Oil and Gas Journal. July. Available at: http://www.ogj.com/content/ogj/en/articles/print/volume-111/issue-7/drilling-production/evaluating-claims-of-groundwater-contamination.html.

Saba, T., and S. Su. 2013. Tracking polychlorinated biphenyls (PCBs) congener patterns in Newark Bay surface sediment using principal component analysis (PCA) and positive matrix factorization (PMF). Journal of Hazardous Materials; 260:634-643.

Saba, T., and P.D. Boehm. 2012. Use of natural gas compositional tracers to investigate gas migration from a gas storage field. Environmental Geosciences June; 19(2):1-12.

Saba, T., and M. Orzechowski. 2011. Lack of data to support a relationship between methane contamination of drinking water wells and hydraulic fracturing: A response to Osborn et al. Proceedings, National Academy of Science of the United States of America. www.pnas.org/cgi/doi/10.1073/pnas.1108435108.

Saba, T., and P.D. Boehm. Congener-based analysis of the weathering of PCB Aroclor 1242 in paper mill sludge. Chemosphere 2011; 82:1321-1328.

Saba, T., and P.D. Boehm. 2011. Quantitative polychlorinated biphenyl (PCB) congener and homologue profile comparisons. Environmental Forensics; 12(2):134-142.

Saba, T., and P.D. Boehm. 2011. CERCLA's petroleum exclusion and the use of chemical forensic methods. ABA Superfund and NRD Litigation Committee Newsletter; 6(2).

Saba, T., F. Mohsen, B. Hilbert, M. Garry, and B. Murphy. 2012. White paper: Methanol use in hydraulic fracturing fluids. Submitted to the Methanol Institute, August 2011 (Version 2 issued January).

Saenton, S., T.H. Illangasekare, K. Soga, and T. Saba. 2002. Effects of source zone heterogeneity on surfactant enhanced NAPL dissolution and resulting remediation end-points. Journal of Contaminant Hydrology; 59(1-2):27-44.

Saba, T., T.H. Illangasekare, and J. Ewing. 2001. Effect of flow dimensionality on mass transfer rate coefficient estimations under enhanced conditions. Journal of Contaminant Hydrology; 51(1-2):63-82.

Saba, T., and T.H. Illangasekare. 2000. Effect of groundwater flow dimensionality on mass transfer from

entrapped nonaqueous phase liquid contaminants. Water Resources Research; 36(4):971-979.

**Conference Proceedings and Presentations s**

Drollette, B., T. Saba, L. Cook, and G. Getzinger. PFAS Environmental Forensics: Unique Approaches to a Unique Contaminant. Presented at the 36th Annual International Conference on Soils, Sediments, Water and Energy. October 20, 2020.

Saba, T., and L. Cook. Considerations for PFAS Fingerprinting. Presented at:

• The 36th Annual International Conference on Soils, Sediments, Water and Energy. October 20, 2020.

• The Law Seminar International - PFAS litigation in the Pacific Northwest. Virtual interactive zoom broadcast. September 14 - 15, 2020.

Saba, T. Simulation of Contaminant Flow Through Fractured Bedrock to Calculate Oil and Gas Impoundment Leakage Date. Presented at the 35th Annual International Conference on Soils, Sediments, Water, & Energy, October 21-24, 2019, Amherst, MA.

Saba, T., and L. Cook. Application and Interpretation Pitfalls of Principal Component Analysis (PCA) for Assessment of Contaminated Sediment Sites. Presented at the 35th Annual International Conference on Soils, Sediments, Water, & Energy, October 21-24, 2019, Amherst, MA.

Saba, T. Hydraulic fracturing and the use of chemical fingerprinting methods in claims of natural gas migration and groundwater contamination. Presented at:

• Short course, SETAC North America 36th Annual Meeting, Salt Lake City, UT. November 1-5, 2016.

• Association for Environmental Health and Sciences Conference, Amherst, MA. October 2015.

• Chartered Institution of Water and Environmental Management Annual Conference, University of London, England, July 2015.

• United Kingdom Environmental Law Association. Liverpool, England, July 4, 2015.

• British Water Technical Forum, London, England, November 19, 2014.

• Department of Environmental Earth and Atmospheric Sciences Lecture Series, University of Massachusetts, Lowell, March 5, 2014.

• Association of Engineering Geologists, Woburn, MA, November 21, 2013.

• International Network of Environmental Forensics Conference, Penn State University, University Park, PA, June 10-12, 2013.

• American Nuclear Society Northeast Meeting, Canton, MA, June 5, 2013.

• The Hydraulic Fracking Conference, the Seminar Group, Santa Barbara, CA, February 8, 2013.

• Conference on Research Frontiers in the Science of Unconventional Energy Resources, Yale Climate and Energy Institute, New Haven, CT, March 5, 2013.

• Future Energy Conference, Seattle, Washington, November 13-14, 2012.

Saba, T. CERCLA's petroleum exclusion and the use of chemical forensic methods. The 29th Annual International Conference on soils, sediments, water, and energy. University of Massachusetts, Amherst,

MA. October 21-24, 2013.

Saba, T., and F. Mohsen. Hydrofracking: Separating the realities from the myths. The American Bar Association 41st Annual Conference on Environmental Law, Salt Lake City, UT, March 22-24, 2012.

Garry, M., T. Saba, F. Mohsen, and L. Hilbert. Health assessment of methanol used in hydraulic fracturing fluids. The 51st Annual Meeting of the Society of Toxicology, San Francisco, CA, March 11-15, 2012.

Saba, T., and S. Su. Tracking sources of polychlorinated biphenyls (PCBs) to Newark Bay sediments using principal component analysis (PCA) and positive matrix factorization (PMF). SETAC North America 32nd Annual Meeting, Boston, MA, November 13-17, 2011.

Saba, T., and P.D. Boehm. Quantitative PCB congener and homologue profile comparisons. Presented at the 6th International Conference on Remediation of Contaminated Sediments. New Orleans, LA, February 7- 11, 2011.

Menzie, C., M. Kierski, T. Saba, S. Meyer, E. Kovatch, J. Kahler. R. Fox, and J. Kern. Multisite ambient investigation for MGPs on the Chicago River. Presented at the 6th International Conference on Remediation of Contaminated Sediments, New Orleans, LA, February 7-11, 2011.

Saba, T., P.D. Boehm. Congener-based analysis of the weathering of PCBs in paper mill sludge. Presented at the 2010 Dioxin Conference, San Antonio, TX, 2010.

Saba, T., and P.D. Boehm. Historical reconstruction of contamination using environmental forensic methods. Boston Bar Association Seminar, Boston, MA, February 11, 2010.

Boehm, P., J. Brown, T. Saba, and K. O'Reilly. The three-part approach to PAH source identification and apportionment in sediments as applied to petroleum, coal tars, and combustion sources. SETAC North America 30th Annual Meeting, New Orleans, LA, November 19-23, 2009.

Saba, T. Environmental weathering of PCBs in sediments. The 26th Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, MA, October 18-21, 2009.

Boehm, P.D., W. Shields, A. Fairbrother, and T. Saba. Determination of the chemical background for sediment — Approaches and conundrums. SMWG meeting in Sarasota Springs, NY. September 29, 2009.

Saba, T., and P.D. Boehm. Using chemical forensics and other lines of evidence to distinguish PAH contributions from different pyrogenic sources to the sediments of the Hylebos Waterway Superfund Site — A CERCLA and MTCA cost recovery case. SMWG Spring Sponsor Forum, Kalamazoo, MI, April 29-30, 2008.

Saba, T., P.D. Boehm, and L. Benton. Identification of natural gas sources using geochemical forensic tools. The 23ed Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, October 15-18, 2007.

Butler, E., and T. Saba. Use of PCB congener and homolog analysis in source apportionment at a rail yard Superfund site. The Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, October 16-19, 2006.

Biemer, T., M. Brown, E. Butler, and T. Saba. Better litigation through chemistry. Presentation to the Boston Bar Association, October 6, 2005.

Saxe, J.K., T. Saba, and E.J. Wannamaker. Do arsenic-containing products influence arsenic concentrations in subsurface drinking water supplies? Society of Environmental Toxicology and Chemistry 24th Annual Meeting, Austin, TX, November 9-13, 2003.

Sharma, M., T. Saba, and A. Bittner. Optimization of groundwater pump and treat systems using numerical modeling and the Monte Carlo approach. 2003 NGWA Midsouth Focus Conference, Philadelphia, PA, 2003.

Sharma, M., T. Saba, and A. Bittner. Optimization of groundwater pump and treat systems using numerical modeling and the Monte Carlo Approach. Presented at the National Ground Water Association Mid-South Focus Conference, Nashville, TN, September 19, 2003.

Illangasekare, T.H., S. Saenton, T. Saba, and C.S. Wilson. Up-scaling of NAPL dissolution from entrapped sources: Implications on end-points for risk assessment. Proceedings, Contaminated Site Remediation Conference, Melbourne, Australia, December 4-8, 2000.

Illangasekare, T.H., T. Cort, T. Saba, F. Barranco, and D. Dai. Pilot-scale laboratory evaluation of subsurface restoration technologies for a diesel contaminated site. Summit of the Geological Society of America, Reno, NV, 2000.

Illangasekare, T.H., and T. Saba. Upscaling of contaminant transport in heterogeneous aquifers: Dissolution of entrapped separate phase organic chemicals. Proceedings, Engineering Jubilee Congress, Engineering of Peradeniya; (2):127-132, 2000.

Illangasekare, T.H., and T. Saba. Intermediate scale physical model testing to investigate upscaling of dissolution of non-aqueous phase liquids in aquifers. Proceedings, Physical Modeling and Testing Environmental Geotechnics, Network of European Centrifuges for Environmental Geotechnic Research (NECER). Garnier J, Thorel E, and Haze E (eds), pp. 285-292, La Baule, France, May 15-17, 2000.

Saba, T., and T.H. Illangasekare. Surfactant-enhanced dissolution of non-aqueous phase waste chemicals: Effect of flow dimensionality. Conference of Hazardous Waste Research, St. Louis, MO, April 1999.

Saba, T., and T.H. Illangasekare. Effects of aquifer heterogeneity and groundwater flow dimensionality on upscaling of natural and surfactant enhanced dissolution of non-aqueous phase liquid waste chemicals. Conference on Hazardous Water Research, Snowbird, UT, 1998.

Saba, T. and T.H. Illangasekare. Effect of aqueous phase flow dimensionality on surfactant enhanced dissolution from entrapped non-aqueous phase liquid contaminants at the spill-site scale. American Geophysical Union, San Francisco, CA, December 6, 1998.

Illangasekare, T.H., and T. Saba. Upscaling of mass transfer from zones with entrapped nonaqueous phase chemicals. American Geophysical Union, San Francisco, CA, December 6, 1998.

Vestal, E.W., T.H. Illangasekare, A. Ramaswami, A. Bielefeldt, A.M. Riffel, and T. Saba. Modeling of net interphase mass exchange in NAPL-water systems undergoing biodegradation at the spill-site scale. American Geophysical Union, San Francisco, CA, December 6, 1998.

Saba, T., and T.H. Illangasekare. Natural dissolution of organic chemicals entrapped in a two-dimensional groundwater systems. AGU 18th Annual Hydrology Days, Colorado State University, Fort Collins, CO, 1998.

## Project Experience

**Cost Allocation-Related Projects**

Waterway sediment sites, northeastern United States (CERCLA Sites): Developed frameworks to allocate environmental response costs among responsible parties. Allocation frameworks were supported by chemical forensics, historical operational information, and transport pathways from upland sites to the sediment.

Major waterway sediment sites, northwestern United States (CERCLA): for confidential Alternative Dispute Resolution (ADL) processes, provided several expert reports evaluating 1) upland sites (e.g., historical operations at different manufacturing facilities, contaminants associated with those operations, historical and current transport pathways) and 2) fingerprinting analyses of waterways sediment chemistry data to track contaminant sources. The outcome from the analyses included reconstruction of historical upland operations, contaminant releases, and spatial extents of impacts to the sediment by different potential responsible parties (PRPs), and proposals of allocation parameters to be considered by the allocation team.

Paoli Railyard Site (CERCLA): Identified PCB sources and approximate spill timing as part of a soil remedial cost allocation model. Reviewed historical PCB purchase records and waste handling practices and performed fingerprinting analysis using PCB congener data.

Major rivers, Midwestern Unites States (CERCLA): Designed and directed field sampling programs, conducted fingerprinting analysis, and calculated mass of PCBs discharged as part of contamination liability and remedial cost allocation analysis.

Petroleum refinery/terminal, Midwestern United States: Reviewed and provided comments on an allocation model to allocate cleanup costs between successive refinery owners. Age-dated petroleum products in groundwater, and linked contamination to the evolution of refinery operations with time.

Hylebos Waterway (CERCLA): Evaluated PAH sources to the sediments as part of a dredging cost allocation matter. Determined the relative importance of candidate sources (primarily creosoted pilings, aluminum smelter sludge, and urban runoff) through chemical fingerprinting, sediment age dating, and PAH concentration gradients.

Industrial site, Kansas: Developed a model to allocate environmental response cost between successive owners/operators at a site. Historical operations included chemical manufacturing, a warehouse, and pipe fabrication. Main chemicals of concern included chlorinated solvents, acetone, and petroleum components (i.e., naphthalene, and trimethylbenzene).

Former munitions site, Massachusetts (CERCLA): Evaluated fate and transport of metals in soil and groundwater resulting from historical munitions and other industrial disposal activities in support of contamination liability analysis.

**Per- and polyfluorinated alkyl substances (PFAS)**

For confidential clients at multiple sites: Advised clients on sources and potential liabilities for PFAS contamination in groundwater, soils, and sediments at multiple sites (e.g., former military sites, airports, landfills, sites where previous fires occurred). Analysis of the PFAS data obtained from the sites required detailed understanding of PFAS manufacturing processes (ECF vs. telomerization), PFAS formulations in different products (e.g., AFFF), changes in PFAS formulations with time, and understanding of domestic and international manufacturing sources. Conducted fate and transport analysis including tracking compound transformations associated with PFAS migration in soil, surface water, groundwater, and air. Forensic analysis included evaluation of percent linear versus branched compounds to assist in evaluating PFAS sources, and the effect of transport in different environmental media on PFAS fingerprints. Evaluated background PFAS concentrations and profiles resulting from regional industrial activities.

Oil and Gas:  addressed claims of PFAS impacts to residential water wells from hydraulic fracturing operations.

**Hydraulic Fracturing, Former Oil and Gas operations, Drilling Mud, Produced Water, Natural Gas Fingerprinting (composition and isotope analysis), NORM, Evaluation of Groundwater Contamination Claims, and Impoundment Emissions of Hazardous Air Pollutants**

Natural gas production, Pennsylvania and West Virginia: Evaluated the scientific merit of claims of groundwater and surface water contamination from hydraulic fracturing operations. Sampled groundwater, streams, ponds, and natural gases in shallow and deep soils, and characterized potential contamination sources such as land use, household activities, former coal mining, roads, and dust. Reconstructed natural baseline conditions in the study areas, using natural gas composition and stable isotope analysis to track sources of gases in groundwater. Issued expert reports, scientific publications, articles, book chapters, and provided expert testimony in depositions and court.

For several energy companies, Louisiana:  at several sites, evaluated claims of groundwater and wetland impacts from former oil and gas operations and the generation of produced water.  Work included design of sampling programs and evaluation of compounds consistent with 29-B parameters, evaluation of background concentrations, and reconstruction of oil and gas operational histories and the use of different compounds.

For a proppant manufacturer, directed laboratory testing to leach chemical components from coated proppants and conducted life-cycle analysis of the leached material.

For an energy company:  Developed a conceptual site model (CSM) for storage gas transport and fate in the subsurface following a catastrophic gas release event from a storage field.  Combined information from gas isotope analysis to identify the types of subsurface gases, geology, and gas well mechanical integrity analysis.  Designed and directed field programs to screen soil and water wells for the presence of gases.

For the Methanol Institute, evaluated the use of methanol in hydraulic fracturing and modeled hypothetical scenarios of methanol impacting groundwater and surface water. Assessed health impacts of methanol and air emissions from gas operations. Issued a white paper detailing the analysis.

Drilling mud accidental releases (West Virginia and Pennsylvania): Characterized the extent of impacts and remedy effectiveness.

Chemical emissions from ponds: Calculated emission rates of methanol from ponds and tanks used to store recycled water (tons per year), as part of a permitting process.

Naturally occurring radioactive material (NORM) in produced water: Characterized NORM concentration levels with time and space at gas pads to define trends and designed a treatment system to reduce NORM-containing solid waste.

Produced water treatment facility: Assessed design, chemical reactions, and failure points along the produced water treatment train.

Natural gas migration from storage fields using gas isotope analysis:

• Gas Storage Fields, Kansas, Louisiana, Wyoming, Michigan, and New York: Designed and implemented forensic field programs to differentiate native gas from storage gas using composition and isotope analysis. Authored reports to State's Conservation Commission, presented findings to FERC, and served as an expert witness.
• Gas Storage Fields, northeastern Pennsylvania: Investigated sources of natural gas bubbling in residential water wells and potential connection to nearby natural gas storage fields. Designed field

sampling programs and used gas composition and isotope analysis to determine the origin of the gas in the water wells.

**PCBs: Tracking of Sources, Timing of Releases, and Apportionment of Liability Cases for Upland Soils and Major Sediment Waterways**

Major bay, Northeast: Analyzed homologue and congener patterns to identify PCB sources to the sediments. Identified congeners associated with specific sources using EPA numerical models (Positive Matrix Factorization). Conducted principal component analysis (PCA) and analyzed PCB profiles in sediment cores as part of a remedial investigation report for the bay.

Bayou (CERCLA site) connected to a major channel, southern United States: Investigated fate and transport of PCBs in sediment and the effect of dredging on surface water quality.

Major bay, Florida: Investigated PCB sources to the surface sediment by analyzing PCB congener data (profile analysis, spatial and concentration distribution analysis, and PCA).

Midwestern city: Identified historical uses of PCB-containing hydraulic fluids in the die casting industry.

Major waterway, East Coast: Analyzed PCB congener data to determine PCB sources and entry points to a waterway for allocation of contamination and remedy costs between responsible parties.

Major waterway, Washington: Analyzed PCB congener data to determine PCB sources and entry points to a waterway for allocation of contamination and remedy costs between responsible parties.

Landfill site, Georgia: Evaluated feasibility of proposed remedial alternative at a PCB- and VOC-contaminated landfill. Recommended modifications to the proposed design to optimize the remediation process.

Northeast nuclear facility: Characterized the spatial distribution of PCBs and lead in soils; contaminants were present in paints used in the facility and contaminated soils, sediments, and groundwater during decommissioning of the facility. Conducted statistical analysis (e.g., variogram) to calculate the sample spacing needed to characterize the extent of spatial impacts.

**Hydrogeology, Fate and Transport Analysis, Groundwater Modeling, and Government Research.**

New Hampshire Superfund site: Developed a 3-D numerical groundwater and solute transport model for chlorinated solvents (MODFLOW and MT3D). Designed a numerical code that automated conducting hundreds of groundwater simulations to optimize the design of a pump and treat system (i.e., optimize groundwater well locations, injection, and extraction rates) to minimize the treatment time of a chlorinated solvents groundwater plume.

Coal ash: Reviewed and assessed the ability of groundwater numerical models to simulate fate and transport of metals associated with coal ash.

Coal mine, West Virginia: Analyzed groundwater data to investigate the cause of a coal mine flooding.

Oil and gas impoundment, Pennsylvania: Calculated timing of produced water release by conducting groundwater flow analysis through fractured bedrock.

Chemical manufacturing facility, Argentina: Designed and modeled a hydraulic barrier system to mitigate offsite transport of contaminated groundwater. Conducted contaminant transport modeling and optimization of injection/extraction well locations.

**Government Scientific Research**

© 2024 Exponent, Inc. All Rights Reserved    •    www.exponent.com    •    888.656.EXPO    •    Page 8

For the Hazardous Substances Research Center, revised USGS groundwater numerical codes MODFLOW and MT3D, capable of simulating the fate and transport of dissolved contaminants in groundwater. Revisions extended MODFLOW/MT3D capabilities to simulate the behavior of NAPLs in the subsurface, including NAPL entrapment in subsurface soils and dissolution in groundwater.

Developed a proprietary model for DNAPL dissolution and transport in groundwater as part of a DOD contract for a decision support system to evaluate effectiveness and cost of DNAPL source zone treatment.

For EPA, investigated novel groundwater remediation technologies on a field scale at the Dover Air Force Base. Supervised and provided technical assistance for research groups to investigate cutting-edge groundwater-remediation technologies (funded by the Strategic Environmental Research and Development Program SERDEP; a joint program between Department of Defense, EPA, and Department of Energy). Managed treatment and disposal of hazardous waste generated from remediation experiments. Collected aqueous and soil samples required for regulatory compliance and performance monitoring. Established and maintained electronic data acquisition systems.

For EPA, served as technical reviewer for BIOCHLOR, a numerical model that simulates biodegradation of chemicals in groundwater.

For NSF, developed groundwater numerical models to predict soil heterogeneity using chemical data (i.e., breakthrough curves) generated from chemical tracers injected into groundwater.

**Dioxins/Furans: Fingerprinting and Analysis of Source**

Louisiana site: Evaluated dioxin and furan fingerprinting patterns in the sediment of bayous and marsh areas to determine responsible parties. Combined dioxin/furan data with sediment age dating information to determine with a high degree of certainty the likely sources of contamination.

Transformer service facility, Mississippi: Evaluated dioxin and furan fingerprint patterns in dust and soil samples collected from residential areas around a transformer service facility to determine whether the dioxin/furans originated from the facility or from background sources.

Major Bay, eastern United States: Analyzed dioxin and furan data from the bay sediments as part of remedial investigation phases. Analysis included age dating of sediment core samples, contaminant spatial patterns (e.g., dioxins/furans, PCBs, PAHs, heavy metals), correlation between dioxins (e.g., 2,3,7,8-TCDD) and other contaminants, and evaluation of the impact of historical dredging activities on current contaminant spatial profiles. Tracked dioxin contamination in the bay sediment to potential upland site sources by reconstructing historical industrial operations at sites located along the bay boundaries, evaluating dioxin generation from different industrial process and contaminant transport pathways to the bay.

**Petroleum Chemistry: PAHs, BTEX, Metals, and Additives (e.g., MTBE)**

Southern U.S. refinery: As part of insurance claim, evaluated petroleum products, sources, and timing of releases of petroleum compounds and additives (MTBE) to state-owned groundwater. Reconstructed releases by combining refinery unit operational and closure histories before and after the enactment of the CWA with chemical data collected over 20 years.

CERCLA sediment site (Brooklyn, New York): Conducted chemical fingerprinting analysis on different chemical classes (i.e., PAHs, PCBs, metals) and identified industrial markers in the sediment to track impacts from different facility on the sediment site as part of CERCLA remedy design costs allocation.

Former refinery sites, CERCLA liability (Illinois, Oklahoma): Combined historical waste handling practices, waste handling unit closures, RCRA cleanup actions, and chemical fingerprinting analysis to determine

the sources and timing of contamination, with a focus on the applicability of the "petroleum exclusion" under CERCLA at the sites.

Texas refinery: Conducted chemical fingerprinting to age-date a petroleum plume beneath the refinery site to determine the responsible party among successive owners.

Midwestern steel manufacturing site: Evaluated the connection between sediment PAH contamination and surface water sheens using chemical fingerprinting techniques.

West Virginia salvage yard site: Evaluated the use of benzene/xylene ratio to age-date contamination and allocate cleanup costs between successive owners.

Petroleum spill, Oregon: Conducted laboratory studies to understand the fate of a diesel spill. Tracked diesel spilled in pilot-scale tanks using gamma ray spectroscopy techniques.

**Metals: Fate and Transport Analysis, Age Dating, and Source Tracking for Allocation of Liability and Remedial Costs**

Former crushed glass disposal site, Pennsylvania: Assessed leach tests conducted on crushed glass and other material to determine the leachability of different metals from the disposed material to the site and assessed the extent of impacts to the site soils, groundwater, and a nearby river.

Arsenical pesticide: Evaluated fate and transport of the different arsenic species in soils and their potential for migration to groundwater and surface waters at Florida sites. Authored reports to the Florida Department of Environmental Protection.

Bayou sediment, Louisiana: Tracked Bayou sediment metal contamination to multiple responsible parties in support of remedial cost allocation. Data evaluation included identification of marker metals and combination of metals used by different industries located along the creek.

Metals in paint: Used statistical methods (variogram analysis) to investigate the sufficiency of a soil-sampling program in characterizing a lead contaminated site.

Former petroleum refinery site, Oklahoma: Investigated the sources of metals in soil and groundwater (petroleum products versus petroleum waste) to determine whether CERCLA's petroleum exclusion applies to the site.

Hydraulic Fracturing, northeastern United States: Evaluated metals data in residential water wells to determine their sources.

**Coal Ash**

For utility companies, eastern United States: Evaluated coal ash basin closure options through the state of North Carolina, by addressing several technical aspects such as:  analyses of compound (e.g., boron) leaching rates from coal ash to groundwater under different basin closure scenarios (e.g., cap in place, excavation), evaluation of contaminant fate and transport models (USGS numerical codes called MODFLOW and MT3DMS) to predict the spatial extent of ash-related compounds in groundwater inside and outside ash basin regulatory compliance boundaries, and analysis of seep discharge rates under basin decanting scenarios.

For utility company, southern United States: Evaluated groundwater data produced from monitoring wells located around coal ash ponds. Compared recent data to historical regional background groundwater data and designed field sampling programs to evaluate groundwater condition at different hydrogeologic formations.

**Manufactured Gas Plants (MGPs): Fate and Transport Analysis and Chemical Fingerprinting (DNAPL, Tar, Distillation Products such as Creosote and Road Tar), Standard of Care, and Site Characterization**

Former MGPs in New York, New Hampshire, Maine, Vermont, and Florida: As part of insurance litigation, evaluated standard of care regarding byproducts handling practices and approximate timing of contamination. Researched historical literature regarding status of environmental knowledge at different times, the different MGP equipment and their construction and operation, historical records such as feedstock changes with time, tar records, spills, leaks, Sanborn insurance maps, public service commission reports, and aerial photographs, among other sources of information. Integrated historical information with forensic analysis, fate and transport, and hydrogeology to identify approximate period of historical leaks and spills. Analyzed tar, oil, and NAPL entrapment and migration patterns to identify contamination sources and track the extent of spatial impact to soil, sediment, and groundwater.

New York former MGPs: As part of site characterization efforts required by the New York State Department of Environmental Conservation, designed environmental sampling programs of soil, sediment, and groundwater to identify potential contamination sources. Conducted chemical fingerprinting analysis on different chemical classes (i.e., PAHs, PCBs, metals) as part of site investigations to track sources of contamination at former MGP sites in Brooklyn, New York. Work is part of site characterization efforts.

Former MGP Site, Michigan: Evaluated the source of impacts to site's soil and groundwater. Potential sources included manufactured gas plant, a landfill, and wastewater treatment facility, all occupying the same footprint at different time frames. Presented findings to an arbitration committee.

Olympia, Washington: Integrated hydrogeology, fate and transport, and chemical fingerprinting analysis of available environmental data to evaluate sources of DNAPL/tar/PAH contamination at a site located two city blocks from a former MGP.

Bellingham, Washington: Investigated sources of PAH contamination in soils in an area adjacent to former MGP operations. In addition to the former MGP operations, other potential sources included creosoted pilings, historical wood milling operations, and operations related to railroad activities.

Former MGP, Rhode Island: Conducted analysis to distinguish between PAHs and metals from different sources (historical filling material, former MGP operations, a former rubber manufacturer, and natural background).

**Chlorinated Solvents and 1-4 dioxane: Fate and Transport Analysis, Field Sampling Design and Analysis of Isotope Data, and Soil Vapor Intrusion Analysis**

Several manufacturing facilities, Midwestern and western United States: Evaluated sources of chlorinated solvents (PCE, TCE, and degradation products and 1-4-dioxane) at or near manufacturing facilities. Utilized different contaminant evaporation models to estimate the approximate start date of PCE release(s) to the soils. Combined information from compound-specific isotope analysis, solvent additive concentrations (1,4-dioxane), and historical information to determine sources and contribution from different sources.

Manufacturing facility, Illinois: Conducted isotope analysis for carbon and chlorine and fate and transport analysis to age-date multiple chlorinated solvent plumes (PCE, TCE, and their degradation products). Used multiple lines of evidence including groundwater travel times, daughter/parent compound ratios, and historical construction of contamination to determine the age of the different plumes. Presented findings to the Illinois Environmental Protection Agency.

Dry cleaning facility, Massachusetts: Reviewed cost recovery documents for municipal water treatment due to alleged contamination from dry cleaning activities. Documented overestimated treatment costs.

Dry cleaning facility, Canada: evaluated carbon isotope data for TCE in groundwater to identify different sources of chlorinated solvents contamination downgradient from the dry cleaner.

Superfund site, New Hampshire: Optimized injection and extraction well locations and flow rates for faster PCE recovery in a pump and treat system, reducing total remediation time by 25%. Modified MODFLOW and MT3D computer modeling to fit Superfund site-specific characteristics and linked the modified versions to a USGS optimization code. Reduced projected plume recovery time by 25%.

Dry cleaning facility, Massachusetts: Allocated contamination shares between responsible parties in a chlorinated solvents plume. Evaluated PCE degradation pathway and performed groundwater modeling and soil vapor intrusion analysis.

Metal electroplating facility, Oklahoma. Conducted analysis, including fate and transport and isotope analysis, to identify sources of chlorinated solvents around the facility. Work included investigating solvent spatial and degradation patterns in groundwater, and assessment of soil vapor intrusion analysis.

**Natural Resource Damage Assessment**

New Jersey Bayway and Bayonne refineries (NRDA): Under the NJ Spill Act, NJ DEP sued the former owner of the Bayway/Bayonne refineries for natural resource damages to soil, sediment, and groundwater. NJDEP experts used the Habitat Equivalency Analysis (HEA) model to calculate the value of damage to natural resources. Work included analysis of the spatial extent of impact to soil, sediment, and groundwater and the start date of contamination for VOCs, PAHs (SVOCs), metals, NAPLs, and pesticides. Reconstructed operations at refinery areas of concern from the early 1900s and identified whether chemical impacts to the environment were attributed to refinery activities or other sources (e.g., background, offsite sources, or other historical activities unrelated to refinery operations). Divided the refineries into areas that either needed additional analysis to determine whether there is harm to ecological receptors or included impacts unrelated to refinery operations. Calculated extent of groundwater contamination with time in response to remedy actions and whether groundwater use was lost from the early 1900s through future. Coordinated work with ecological experts.

# EXHIBIT B



**Expert Report of Tarek Saba, Ph.D.**

**Evaluating Claims of Groundwater Impacts to Residential Water Wells from Hydraulic Fracturing Operations**

*In the matter of*

*DAVID HICE, JOSEPH MOORE, and CHRISTINA BARLOW, individually, and on behalf of all others similarly situated, v. EQT CORPORATION, a Pennsylvania corporation, EQT PRODUCTION COMPANY, a Pennsylvania corporation, and BEUSA HOLDINGS INC., a Delaware corporation.*



# Expert Report of Tarek Saba, Ph.D.

# Evaluating Claims of Groundwater Impacts to Residential Water Wells from Hydraulic Fracturing Operations

*In the matter of DAVID HICE, JOSEPH MOORE, and CHRISTINA BARLOW, individually, and on behalf of all others similarly situated, v. EQT CORPORATION, a Pennsylvania corporation, EQT PRODUCTION COMPANY, a Pennsylvania corporation, and BEUSA HOLDINGS INC., a Delaware corporation*

*Prepared for:*

**EQT Production Company**
**c/o Babst Calland**
**Two Gateway Center**
**Pittsburgh, PA 15222**

*Prepared by:*

**Tarek Saba, Ph.D.**
**Principal Scientist & Office Director**
**77 South Bedford Street, Suite 350**
**Burlington, MA 01803**

September 19, 2024

© Exponent, Inc.

# Contents

Page

**List of Figures** — **v**

**1   Introduction** — **1**

  1.1   Background — 1

  1.2   Retention and Assignment — 1

  1.3   Qualifications — 1

  1.4   Documents Received — 2

**2   The Current Body of Scientific Evidence Demonstrates the Unlikelihood for Fracturing Fluids and Brines to Vertically Migrate from the Deep Marcellus Shale and Impact Shallow Groundwater Wells** — **4**

  2.1   Background: Residential Water Wells — 4

  2.2   Several geologic layers vertically separate the 7,800 foot deep Marcellus formation from shallow groundwater — 5

  2.3   University of Pittsburgh research in Green County demonstrated no communication between Marcellus Shale waters and the upper geological layers — 8

  2.4   The Pennsylvania Geological Survey and Pennsylvania Council of Professional Geologists rejected numerical models claiming vertically upward migration from the Marcellus Shale to shallow groundwater — 9

**3   Claims of Groundwater Impacts to Residential Water Wells from Hydraulic Fracturing Operations Need to be Evaluated on an Individual Water Well Basis** — **11**

  3.1   Horizontal groundwater flow directions vary by location and can influence the sources of compounds found in residential water wells — 11

  3.2   EPA's 2015 study in southwestern Pennsylvania described groundwater quality to be naturally variable and dependent on specific water well conditions — 13

    3.2.1   Effect of formation lithology on water well quality — 13

    3.2.2   Effect of external sources, unrelated to hydraulic fracturing, on water quality — 13

    3.2.3   Changes in water quality with time are not necessarily related to hydraulic fracturing operations — 14

  3.3   Coal mines can have localized impacts on residential water wells — 14



3.4     Property-specific activities can affect the presence of dissolved compounds in a residential water well                                                                 15

3.5     Natural gas concentrations and sources vary by location. Stable Isotope analysis of gases collected from residential water wells, if any, can provide valuable information on both regional and property-specific gas sources                17

        3.5.1     Methane concentrations can be variable on a local scale           17

        3.5.2     Natural gas isotope analysis demonstrates that variable types of gases can occur on a local scale                                                   18

**4     Limitations                                                                          21**

**5     References                                                                          22**

**Attachment 1     Resume of Tarek Saba, Ph.D.**



# List of Figures

Page

Figure 1.     Typical residential water well set up.                                                          5

Figure 2.     Geologic cross section of Greene County shows several geologic layers
              separating the Marcellus Shale from the ground surface.                             6

Figure 3.     Thirty-eight geologic layers separate the Marcellus Shale from the ground
              surface.                                                                                          7

Figure 4.     Surface water features and variable topography in the area surrounding the
              Lumber and Spleen Splitter well pads.                                                  12

Figure 5.     Examples of several surface activities that occurred around the Yoder
              property and the effect of such activities need to be understood for
              individual properties.                                                                         16

Figure 6.     In southwest Pennsylvania, variable baseline methane concentrations were
              documented as a function of location.                                                   17

Figure 7.     Water types and methane distribution as a function of topography in
              Bradford County, Pennsylvania.                                                          18

Figure 8.     Carbon and hydrogen (deuterium) isotopic compositional ranges of
              methane from different sources                                                            19

Figure 9.     Variable methane isotopic fingerprint within a 2.0 x 2.0-mile area.          20



# Acronyms and Abbreviations

| | |
|---|---|
| μg/L | Microgram per liter |
| EPA | United States Environmental Protection Agency |
| mg/L | Milligram per liter |
| PAGS | Pennsylvania Geological Survey |
| PCPG | Pennsylvania Council of Professional Geologists |
| SMCL | Secondary maximum contaminant levels |
| TDS | Total dissolved solids |
| UD/LM | Upper Devonian/Lower Mississippian |
| USGS | United States Geological Survey |



# 1    Introduction

## 1.1    Background

On June 20, 2024, Plaintiffs David Hice, Joseph Moore, and Christina Barlow (collectively, Plaintiffs), on behalf of themselves and others, brought a class action against defendants EQT Corporation, EQT Production Company (collectively, EQT), and Beusa Holdings Inc.[1]  Plaintiffs claim that EQT's operations involving the hydraulic fracturing of an oil and gas well called 13H, located on EQT's Lumber well pad in Greene County, Pennsylvania, caused a fracturing fluids communication with an abandoned well referred to as Fox Hill 1.  Plaintiffs further claim that the alleged communication caused hydraulic fracturing fluid releases into groundwater aquifers and impacts to residents in the area surrounding EQT's Lumber and Spleen Splitter well pads.

## 1.2    Retention and Assignment

I was retained by the law firm Babst Calland on behalf of EQT.  The purpose of my retention is to use my expertise in environmental sciences related to hydraulic fracturing, groundwater and soil chemistry, chemical analyses, and chemical fingerprinting to provide information related to the following topics:

- The current body of scientific evidence regarding the potential for hydraulic fracturing fluids to migrate vertically upward to shallow groundwater (which supplies the water for residential water wells).
- Whether a reliable scientific analysis of claimed groundwater impacts to water wells in the area surrounding EQT's Lumber and Spleen Splitter well pad sites requires an individual assessment of the specific circumstances for each claim.

## 1.3    Qualifications

I am a Principal Scientist at Exponent, Inc. (Exponent) and Office Director of Exponent's office in Burlington, Massachusetts.  Exponent is a publicly traded science and engineering consulting

---

[1]    Class Action Complaint.  2024.  In the United States District Court for the Western District of Pennsylvania.  David Hice et al. v. EQT Corporation et al.  Case 2:24-cv-00896.

firm that employs approximately 1,000 consultants, more than half of whom hold doctorate degrees in their fields.  My doctorate, post doctorate, and consulting work experiences have focused on developing and applying methods and tools to investigate sources of inorganic and organic compounds and natural gas in various environmental media (e.g., groundwater, soils, and sediments) and their fate and transport mechanisms in the environment.

Relevant to this assignment, I have characterized environmental conditions in areas surrounding dozens of unconventional gas operations and investigated claims of groundwater impacts from oil and gas operations in northeast and southwest Pennsylvania, West Virginia, and Louisiana.  I applied my knowledge of these topics by leading investigations to track sources of methane in residential water wells located near hydraulic fracturing operations (Saba and Orzechowski 2011) and conducting life-cycle analysis of methanol used in hydraulic fracturing (Saba et al. 2012).  My publications in these areas were cited by the U.S. Environmental Protection Agency (EPA) in their reports evaluating the potential impacts of hydraulic fracturing on drinking water resources in northeast Pennsylvania (U.S. EPA 2015a) and the hydraulic fracturing water cycle and potential effects on drinking water resources (U.S. EPA 2016).  I have published a book chapter on hydraulic fracturing and the proper chemistry data analysis methods to identify compound sources in drinking water wells.  I also have published several scientific articles in peer-reviewed journals and in conference proceedings on hydrogeology and groundwater remediation, among other topics.  In addition, I have been qualified as an expert in the areas of water chemistry, hydrogeology, fate and transport, chemical forensics, and isotopic analysis of gases in Pennsylvania, among other states.

My resume, including work experience, a list of my publications, and cases for which I provided deposition or court testimony in the last four years, is presented in Attachment 1.  Exponent's compensation for my work is not dependent on the content of my testimony.

## 1.4    Documents Received

As part of my assignment, I received several documents such as:

- The 2024 complaint.
- Affidavits of David Hice and William Yoders.



- Reports by Echelon (2024) and Moody (2024).

In addition, I relied on my education, experience, and review of publicly available data from government agencies such as the United States Geological Survey (USGS), EPA, and the Pennsylvania Department of Environmental Protection (PA DEP), scientific articles, and investigative reports related to hydraulic fracturing.



# 2 The Current Body of Scientific Evidence Demonstrates the Unlikelihood for Fracturing Fluids and Brines to Vertically Migrate from the Deep Marcellus Shale and Impact Shallow Groundwater Wells

## 2.1 Background: Residential Water Wells

A typical residential water well is composed of a casing driven into the ground, with a submersible pump placed in the well to pump groundwater into a pressure tank which supplies the water to a residential home (see Figure 1).  Local geology often dictates the depth of the well and the type of casing to be used.[2] Well screen is attached to the bottom of the casing to prevent too much sediment from entering the well. Two types of pumps are typically used in residential water wells: 1) jet pumps, commonly used for shallow wells with depths of 25 feet or less and are mounted above ground and use suction to draw water from the well; and 2) submersible pumps, where the pumping unit is placed inside the well casing and connected to a power source on the surface, as shown in Figure 1. The typical depth of residential water wells is from less than 30 feet to approximately 300 feet.  The water level inside a residential water well varies and can be from a few feet below ground surface to tens of feet or more, depending on the local conditions.

---

[2]    https://www.epa.gov/privatewells/learn-about-private-water-wells.

Eˣ ™



Figure 1.    Typical residential water well set up.[3]

## 2.2    Several geologic layers vertically separate the 7,800 foot deep Marcellus formation from shallow groundwater

In Greene County, the Marcellus Shale is over 7,000-feet deep and is separated from the ground surface by many geologic layers within the Devonian, Mississippian, Pennsylvanian, and Permian geologic groups (see Figure 2).  Within the Lumber well pad area, the approximately 7,800-foot-deep Marcellus Shale is separated from the ground surface by 38 geologic layers that were identified in the Lumber 3H boring log (see Figure 3).  Many of those layers have characteristically low permeability, meaning they have low to no potential for permitting fluids to flow through them such as shale layers.

---

[3]    Source: https://www.epa.gov/privatewells/learn-about-private-water-wells.

E$^{x}$™



Figure 2.    Geologic cross section of Greene County shows several geologic layers separating the Marcellus Shale from the ground surface.

| Formation Name or Lithology | Top (feet) | Bottom (feet) | Gas at (feet) |
|---|---|---|---|
| Sand/Shale | 1 | 1128 | |
| Sewickley Coal | 1128 | 1133 | |
| Sand/Shale | 1133 | 1235 | |
| Pittsburgh Coal | 1235 | 1242 | |
| Sand/Shale | 1242 | 1711 | |
| Rosedale Salt Sand | 1711 | 1747 | |
| Sand/Shale | 1747 | 2419 | |
| Big Lime | 2419 | 2557 | |
| Sand/Shale | 2557 | 2582 | |
| Big Injun | 2582 | 2681 | |
| Sand/Shale | 2681 | 3200 | |
| Gantz | 3200 | 3271 | |
| Sand/Shale | 3271 | 3354 | |
| Fifty foot | 3354 | 3397 | G- 3373-3718 |
| Sand/Shale | 3397 | 3439 | |
| Thirty foot | 3439 | 3468 | |
| Sand/Shale | 3468 | 3491 | |
| Bayard | 3491 | 3536 | |
| Sand/Shale | 3536 | 3963 | |
| Upper Speechley | 3963 | 3998 | |
| Sand/Shale | 3998 | 4020 | |
| Speechley | 4020 | 4084 | |
| Sand/Shale | 4084 | 4092 | |
| Balltown | 4092 | 4132 | |
| Sand/Shale | 4132 | 4404 | |
| Bradford | 4404 | 4862 | |
| Sand/Shale | 4862 | 5597 | G- 4926-5908 |
| Benson | 5597 | 5659 | |
| Sand/Shale | 5659 | 5987 | G- 5908-6038 |
| Alexander | 5987 | 6437 | |
| Elk | 6437 | 7301 | |
| Sonyea | 7301 | 7467 | |
| Middlesex | 7467 | 7510 | |
| Genesee | 7510 | 7604 | |
| Geneseo | 7604 | 7630 | |
| Tully | 7630 | 7659 | |
| Hamilton | 7659 | 7784 | |
| Marcellus | 7784 | 7808 | |

Figure 3.     Thirty-eight geologic layers separate the Marcellus Shale from the ground surface.

Vertically upward fluid migration from the Marcellus Shale requires sufficient pressure to be exerted to push fluids through an extensive number of geologic layers to reach ground surface. Carter et al. (2013) explained that the pressure exerted on the Marcellus shale fluids would have



to be sustained for "a number of years before frac [*sic*] water and/or brine would reach shallow groundwater aquifers" (p. 9). In practice, elevated pressure exerted on a gas well during the hydraulic fracturing process is only few weeks and is intermittent;[4] a fact highlighting that the vertical migration of fluids/brines is highly unlikely.

Notwithstanding the highly unlikely scenario for fracturing fluids migrating thousands of feet vertically upward to the ground surface, scientific studies were conducted to investigate that possibility and found no potential for vertical migration, as presented below.

## 2.3    University of Pittsburgh research in Green County demonstrated no communication between Marcellus Shale waters and the upper geological layers

In 2014, research was conducted out of the University of Pittsburgh in Greene County to determine whether there is evidence of fracturing fluids migrating from the Marcellus Shale to shallow groundwater (Kolesar 2014).[5] The study concluded there was an absence of evidence supporting fluid migration. The Kolesar (2014) study stated:

> The research objective of this study, located at the National Energy Technology Laboratory Greene County Site in southwestern Pennsylvania, was to test the assumption that hydraulic fracturing is confined to the target formation, and that injected and formation waters do not migrate to overlying units. Strontium isotope compositions were determined for produced waters taken over a period of approximately four months before and fourteen months after hydraulic fracturing from horizontal wells drilled into the Marcellus Shale and from overlying vertical Upper Devonian/Lower Mississippian (UD/LM) gas-producing wells. Water samples from a nearby spring were also collected to analyze the local ground water geochemistry and test the sensitivity of Sr isotopes as an indicator of brine incursions into freshwater aquifers. The results indicate that there was no significant post-hydraulic fracturing migration

---

4    https://majrresources.com/how-long-does-a-hydraulic-fracturing-operation-typically-last/.
5    The Kolesar (2014) publication was cited in U.S. EPA (2015b).

of Marcellus-related fluids or displacement of UD/LM brines into shallower units during the study period and demonstrated that Sr isotopes can detect very small incursions of brine (<0.001%) into groundwater, often at a more sensitive level than shifts in elemental concentrations (Kolesar 2014, pp. iv-v).

## 2.4 The Pennsylvania Geological Survey and Pennsylvania Council of Professional Geologists rejected numerical models claiming vertically upward migration from the Marcellus Shale to shallow groundwater

Additionally, a claim that fracturing fluids can migrate vertically upward from the Marcellus Shale to shallow groundwater has been unanimously rejected by the Pennsylvania Geological Survey (PAGS) and the Pennsylvania Council of Professional Geologists (PCPG). PAGS and PCPG issued a technical rebuttal titled, "Technical Rebuttal to Article Claiming a Link between Hydraulic Fracturing and Groundwater Contamination" (Carter et al. 2013). The rebuttal was in response to a publication by Myers (2012), titled, "Potential Contaminant Pathways from Hydraulically Fractured Shale to Aquifers."[6] The PAGS and PCPG responses in Carter et al. (2013) included the following statements:

- "Myer's model is not realistic … and is not consistent with what the scientific community has documented regarding the depositional and tectonic history of the sedimentary sequence in the Appalachian basin" (p. 2).
- "Myers fails to discuss the critical aspect that fracture connectivity plays in fluid migration … and assumes high connectivity with no corroborating data" (p. 2).
- "Myers fails to discuss how the orientation of fractures relative to the contemporary stress field affects fracture aperture and orientation, and hence rock permeability" (p. 2).
- "Myers does not accurately represent the composition and relative saturation of pore fluids" (p. 2).

---

[6] Myers (2012) presented the results of a groundwater modeling simulation intended to predict how hydraulic fracturing of deep shale gas wells can be expected to impact shallow groundwater aquifers in less than 10 years.

$E\mathcal{x}$™

PAGS and PCPG concluded that the Myers (2012) publication, "brings the American populace ever closer to the slippery slope of misinformation perpetuated by media regarding the shale gas industry" (Carter et al. 2013, p. 10).

For this matter, it appears that the Complaint claims that the fracturing fluids migrated several thousand feet vertically upward from the Marcellus Shale to "an abandoned shallow gas well" (Yoder 2024, p. 1), with no additional information provided. Without further justification from the Complaint, such claim is contrary to our scientific understanding of vertical flow migration.



# 3    Claims of Groundwater Impacts to Residential Water Wells from Hydraulic Fracturing Operations Need to be Evaluated on an Individual Water Well Basis

Research conducted over the past 15 to 20 years demonstrates that the presence of gases and dissolved compounds vary considerably from property to property, and in some instances, within the same property.  Some of the factors affecting such variability include topography, the presence of surface water features, different lithology, property-specific land activity and use, and the presence of different stray gases.  Based on investigations conducted by regulatory agencies, scientists, and my own experience, it is my opinion that evaluating claims of impacts to residential water wells should be conducted on an individual well basis, taking into account the specific circumstances for each claim.

## 3.1    Horizontal groundwater flow directions vary by location and can influence the sources of compounds found in residential water wells

Horizontal groundwater flow can affect the composition of the water supplying a residential water well.  Horizontal groundwater flow directions are affected by the presence of streams and other surface water features.  Freeze and Cherry (1979) state:

> If a well produces water from alluvial sands and gravels that are in hydraulic connection with a stream, the stream will act as a constant-head line source … When a new well starts to pump in such a situation, the pumped water is initially derived from the groundwater zone, but once the cone of depression reaches the stream, the source of some of the pumped water will be streamflow that is induced into the groundwater body under the influence of the gradients set up by the well … Under the steady flow system that develops at such times, the source of all the pumped groundwater is streamflow (Freeze and Cherry, 1979, p. 370).



Hydrogeological setups vary from property to property, thus understanding the hydrogeological setup for a particular property is important for understanding the source or sources of groundwater to a residential water well.

Topography is also an important factor to evaluate when assessing water well impact claims. Besides the effect of surface water features on horizontal groundwater flow, topography "probably has the greatest influence on the depth to the water table in a specific area" (USGS 1989, p. C12).  From my experience working on claims of groundwater impacts in Pennsylvania, typical water well depths range from shallow (less than 50-feet deep) to deep (between 300-feet and 400-feet deep), with groundwater chemistry dependent on well depths.

Within the area surrounding the Lumber and the Spleen Splitter well pads, several streams (e.g., Hamilton Run, Pennsylvania Fork Fish Creek, Herod Run) and variable topography exist, and the influence of those factors on well water quality and chemistry would need to be investigated on an individual well basis (see Figure 4).[7]



Figure 4.    Surface water features and variable topography in the area surrounding the Lumber and Spleen Splitter well pads.

---

[7]    Figure 4 obtained from: https://maps.waterdata.usgs.gov/mapper/index.html.

## 3.2    EPA's 2015 study in southwestern Pennsylvania described groundwater quality to be naturally variable and dependent on specific water well conditions

### 3.2.1    Effect of formation lithology on water well quality

In a "retrospective study in southwestern Pennsylvania" addressing "the potential impacts of hydraulic fracturing on drinking water resources," EPA described how "the quality of groundwater in Washington County [which abuts Greene County] is variable and depends on factors such as formation lithology and residence time" (U.S. EPA 2015b).  EPA highlighted how some compound concentrations in groundwater are variable with dissolved concentrations in several instances greater than EPA's secondary maximum concentration limits (U.S. EPA 2015b).[8]  Thus, to capture and evaluate the variable lithology in a study area, individual wells will need to be examined.

### 3.2.2    Effect of external sources, unrelated to hydraulic fracturing, on water quality

Site-specific external sources can also impact groundwater quality at a specific location.  Some of these external sources include septic systems and fertilizers, with EPA describing that "precise evaluation" would need to be understood on a local scale (U.S. EPA 2015b, p. 55).[9]

---

[8]    EPA stated, "[t]he quality of ground water in Washington County is variable and depends on factors such as formation lithology and residence time.  For example, recharge ground water sampled from hilltops and hillsides is typically calcium-bicarbonate type and usually low in TDS [total dissolved solids] (~500 mg/L; Newport, 1973).  Ground water from valley settings in areas of discharge is typically sodium-bicarbonate type with higher values of TDS (up to 2,000 mg/L).  Williams et al. (1993) reported that concentrations of iron and manganese in the ground water from Washington County are frequently above EPA's secondary maximum contaminant levels (SMCLs).  In their study, over 33% of water samples had iron concentrations greater than the SMCL (300 μg/L), and 30% of water samples had manganese concentrations above the SMCL (50 μg/L).  Hard water was also reported as being a common problem in the county.  TDS concentrations in more than one third of the wells sampled by Williams et al. (1993) exceeded 500 mg/L.  The concentrations of arsenic, cadmium, chromium, copper, lead, mercury, selenium, silver, and zinc were below the drinking water standards established by EPA (Williams et al., 1993).  In some areas, ground water quality in Washington County has been degraded, in part, because of drainage from coal mining operations (Williams et al., 1993).  Additionally, freshwater aquifers in some locations have been contaminated by brine from deeper, non-potable aquifers through historical oil and gas wells that were improperly abandoned or have corroded casings (Newport, 1973)" (U.S. EPA 2015b, p. 15).

[9]    EPA stated, "[i]n this study, primary MCL exceedances were observed for nitrate at location SWPAGW10 and total lead at locations SWPAGW09 and SWPAGW12.  Sources of nitrate to ground water include septic systems, animal manure, and fertilizers applied to lawns and crops; nitrate is not typically considered to be associated with hydraulic fracturing operations.  A precise evaluation of the source of nitrate from the well at location SWPAGW10 was beyond the scope of this project; however, isotopic tracer techniques could be applied for this purpose" (U.S. EPA 2015b, p. 55).

EPA identified some compounds not associated with hydraulic fracturing but that can be present in residential water wells from other sources (e.g., lead) (U.S. EPA 2015b).  Such compounds would help inform investigators about potential compound sources to individual water wells.[10]

### 3.2.3   Changes in water quality with time are not necessarily related to hydraulic fracturing operations

Groundwater quality can naturally change over time.  EPA described that "[t]ime-dependent trends in water quality parameters are critical for evaluating potential impacts because natural variability as well as potential source-response trends can result in changing geochemical signatures with time" (U.S. EPA 2015b, p. 56).

From their analysis of changing compound concentrations in a water well with time, EPA concluded, "[t]hese characteristics suggest that the changing concentrations in this well may not be associated with impacts from Marcellus Shale water or other identifiable sources of contamination and are possibly related to natural variability but mixing processes cannot be ruled out at this location" (U.S. EPA 2015b, p. 56).

## 3.3   Coal mines can have localized impacts on residential water wells

Figure 3, presented above, shows two near-surface coal layers (i.e., Sewickley Coal, Pittsburgh Coal).  The impacts of coal mining and other subsurface processes can degrade the quality of groundwater such that drinking water quality standards are not met.  A 2008 study examining the dissolved metals and associated constituents of 140 abandoned coal-mine discharges across Pennsylvania found that "only one sample met drinking-water standards for inorganic constituents in a public water supply" (Cravotta 2008).  Further analysis revealed that arsenic and beryllium exceeded primary drinking-water standards in 10% and 33% of samples, respectively.  In Greene County, Stoner et al. (1987) conducted a study on "water resources and

---

[10]    EPA stated, "[t]he mobility of lead in ground water is limited due to the low solubility of lead carbonates and hydroxy carbonates, and because of the tendency for lead to sorb to mineral surfaces (Hem 1985).  Precise evaluation of the source of lead in these samples was outside the scope of the study.  Lead is not typically considered to be associated with hydraulic fracturing operations but can be derived from weathering of natural lead-containing minerals (e.g., galena) and drinking water can potentially be contaminated by lead pipes or copper pipes with lead solder" (U.S. EPA 2015b, p. 56).

$E^x$ ™

the effects of coal mining" and found that "[t]he major groundwater-quality problems are high concentrations of iron, manganese, and hardness. Minor problems include hydrogen sulfide gas, methane gas, and occasional high concentrations of chloride" (p. 58).

## 3.4    Property-specific activities can affect the presence of dissolved compounds in a residential water well

The importance of understanding property-specific conditions is further highlighted by the fact that the water level in some of the residential water wells in the area surrounding the Lumber well pad is quite shallow. For example, the water level in the Yoder property water well W2 was only 1.96-feet deep, while the water level in water well W1 was 9.07-feet deep, with the water documented to have iron bacteria, with a sulfur smell (field notes dated April 6, 2023). Near-surface (shallow) groundwater depths makes it prone to impacts by localized ground surface activities, such as road runoff, that can migrate vertically downward and impact groundwater.

The Yoder property experienced ground disturbance over recent years from the demolition of neighboring houses and other visible ground surface disturbances (see Figure 5).[11] An understanding of the impact of such recent activities on residential water well chemistry would be needed as part of evaluation of property-specific groundwater conditions.

---

[11]    Taken from Google Earth.

$E^x$



Figure 5.    Examples of several surface activities that occurred around the Yoder property and the effect of such activities need to be understood for individual properties.

## 3.5 Natural gas concentrations and sources vary by location. Stable Isotope analysis of gases collected from residential water wells, if any, can provide valuable information on both regional and property-specific gas sources

### 3.5.1 Methane concentrations can be variable on a local scale

In southwest Pennsylvania, Perry et al. (2012) demonstrated the presence of background (i.e., baseline) methane in residential water wells, with variable concentrations as a function of location (see Figure 6). The detected baseline methane concentrations were up to greater than 20 mg/L (i.e., above Pennsylvania's action level of 7 mg/L). In northeast Pennsylvania, Perry et al. (2012) demonstrated that methane concentrations in residential water wells vary by topography (see Figure 7); these findings highlight the importance of studying individual water wells to be able to opine on the sources of dissolved compounds and natural gases (if present) in the well of interest.



Figure 6.    In southwest Pennsylvania, variable baseline methane concentrations were documented as a function of location.





Figure 7.    Water types and methane distribution as a function of topography in Bradford County, Pennsylvania.

### 3.5.2    Natural gas isotope analysis demonstrates that variable types of gases can occur on a local scale

Natural gases have two main origins:

- Biogenic gases, which consist mainly of methane produced by bacteria (also known as microbial gas); microbial-type gases are associated with landfills and near-surface marsh gases.

- Thermogenic gases, including stray gases and shale gases.

Figure 8 demonstrates how carbon and hydrogen isotope analysis can be used to differentiate the different types of gases.





Figure 8.    Carbon and hydrogen (deuterium) isotopic compositional ranges of methane from different sources

Molofsky et al. (2011) demonstrated the presence of different types of gases in water wells sampled within an approximate area of 2.0 x 2.0 miles (Figure 9).  The variability of different types of methane supports that water wells would need to be evaluated on an individual basis.







Figure 9.    Variable methane isotopic fingerprint within a 2.0 x 2.0-mile area.



# 4    Limitations

This report summarizes work performed to date and presents the findings resulting from that work.  The findings presented herein are made to a reasonable degree of scientific certainty and are based on the documents available to me.

I reserve the right to supplement this report, present the data in a different format, and expand or modify analysis based on review of additional material as it becomes available through ongoing discovery or through any additional work or review of additional work performed by others.



# 5    References

Carter, K.M., Kresic, N., Muller, P., and Vittorio, L.F.  2013.  Technical rebuttal to article claiming a link between hydraulic fracturing and groundwater contamination.

Cravotta III, C.A.  2008.  Dissolved metals and associated constituents in abandoned coal-mine discharges, Pennsylvania, USA.  Part 1.  Constituent quantities and correlations.  Applied Geochemistry 23, pp. 166-202. doi:10.1016/j.apgeochem.2007.10.011

Freeze, R.A and J.A. Cherry.  1979. Groundwater.  Prentice-Hall, Inc.  Englewood Cliffs, New Jersey.

Kolesar, C.A.  2014.  Strontium isotopes test long-term zonal isolation of injected and Marcellus formation water after hydraulic fracturing.  Submitted to the graduate faculty of Kenneith P. Dietrich School of Arts and Sciences in partial fulfilment of the requirements for the degree of Master of Science.  University of Pittsburgh.

Molofsky, L.J., Conner, J.A., Farhat, S.K, Wylie, A.S., and T. Wagner. 2011. Methane in Pennsylvania water wells unrelated to Marcellus shale fracturing.  Oil and Gas Journal.  pp. 54-67.  December 5

Perry, A.E., Smith, B., Bothun, R., and Hollingsworth M.  2012.  The occurrence of methane in shallow groundwater from extensive pre-drill sampling.  Stray Gas incidence and response forum.  Cleveland, Ohio.

Stoner, J.D., Williams, D.R., Buckwlter, T.F., Felbinger, J.K., and K.L. Pattison.  1987. Water resources and the effects of coal mining, Greene County, Pennsylvania.  Commonwealth of Pennsylvania Department of Environmental Resources, Office of Resources Management, Bureau of Topographic and Geologic Survey.  Prepared in Cooperation with U.S. Geological Survey.  Water Resources Report 63.

United States Geological Survey (USGS).  1989.  Daniel, C.C., Smith, D.G., and Eimers J.L. *Chapter C, Hydrogeology and Simulation of Ground-Water Flow in the Thick Regolith-Fractured Crystalline Rock Aquifer System of Indian Creek Basin, North Carolina*. U.S. Geological Survey Water-Supply Paper 2341-C. Ground-Water Resources of the Piedmont-Blue Ridge Provinces of North Carolina.

U.S. Environmental Protection Agency (USEPA).  2015a.  Retrospective case study in Northeastern Pennsylvania.  Study of the potential impacts of hydraulic fracturing on drinking water resources.  EPA 600/R-14/08.  May.

U.S. Environmental Protection Agency (USEPA).  2015b.  Restrospective case study in southwestern Pennsylvania.  Study of the potential impacts of hydraulic fracturing on drinking water resources.  EPA 600/R-14/084.  May.



U.S. Environmental Protection Agency (USEPA).  2016.  Hydraulic fracturing for oil and gas: impacts from the hydraulic fracturing water cycle on drinking water resources in the United States.  Office of Research and Development, Washington, DC.  EPA-600-R-236Fa.  December.



## Attachment 1

**Resume of Tarek Saba, Ph.D.**





# E*x*ponent®
### Engineering & Scientific Consulting

## Tarek Saba, Ph.D.

Office Director and Principal Scientist | Environmental and Earth Sciences
Burlington
+1-978-461-4605 | tsaba@exponent.com

## Professional Profile

Dr. Tarek Saba is a Principal Scientist in Exponent's Environmental & Earth Sciences practice and the Burlington, Massachusetts, Office Director. As a consultant and expert witness, Dr. Saba advises clients in matters involving claims of liability for environmental contamination and associated response costs.

Dr. Saba has 27 years of professional and academic experience in reconstructing events that led to claims of contamination by applying his knowledge of industrial operations and processes, waste handling practices, prevailing laws and regulations over different time frames, chemical forensics, fate and transport analysis, and hydrogeology. Dr. Saba also allocates contamination liability and cleanup costs among responsible parties under different legal frameworks such as CERCLA, RCRA, NRDA, and product liability claims, and in different industrial settings, such as airports, manufacturing facilities, hydraulic fracturing, natural gas storage fields, petroleum refineries, salt domes, manufactured gas plants (MGPs), landfills, coal ash basins, coal mines, salvage yards, pesticide and herbicide manufacturing facilities, military sites, airports, and shipyards, among many others.

Dr. Saba's expertise includes chemical fingerprinting and evaluating the environmental chemistry of different chemical groups such as PFAS, PCBs, dioxins and furans, metals, PAHs, petroleum products (e.g., gasoline, diesel fuels) and petroleum additives (e.g., MTBE), LNAPL, DNAPL, chlorinated solvents (PCE, TCE, and their degradation products and additives such as 1,4-dioxane), tar and creosote, and radioactive compounds (e.g., radium). Before joining Exponent, Dr. Saba worked on developing groundwater remediation technology as a subcontractor for EPA. .

## Academic Credentials & Professional Honors

Ph.D., Environmental Engineering, University of Colorado, Boulder, 1999

M.S., Water Resources, Cairo University, 1994

B.S., Civil Engineering, Cairo University, 1992

## Publications

**Book Chapters**

Saba, T. Hydraulic fracturing: Data analysis methods to identify sources of dissolved gas and chemical compounds in drinking water wells. Chapter 14. In: Introduction to Environmental Forensics. Murphy, B.L., and R.D. Morrison (eds), pp. 513–529, 2015. ISBN: 9780124046962.

Shields, W.J., T. Saba, P.D. Boehm, and J. Pietari. Congeners: A forensics analysis. In: Introduction to

Environmental Forensics. Murphy, B.L., and R.D. Morrison (eds), pp. 347–393, 2015. ISBN: 9780124046962. Congeners addressed included dioxins/furans, PAHs, PCBs, and PFAS congeners.

**Peer Reviewed and Other Publications**

L. Silver and T. Saba. 2022. What EPA designation of PFAS as hazardous means for companies. Law 360. December 9.

Saba, T. 2019. Forensic analysis of breakthrough curves in fractured bedrock to reconstruct a past contaminant release event— a case study, Environmental Forensics. DOI: 10.1080/15275922.2019.1657518.

Boehm, P.D., J. Pietari, L. Cook, and T. Saba. 2018. Improving rigor in polycyclic aromatic hydrocarbon source fingerprinting, Environmental Forensics, 2018; DOI:10.1080/15275922.2018.1474287.

Saba, T., and P.D. Boehm. 2018. Determination of the applicability of CERCLA's petroleum exclusion at contaminated sites – focus on metals. Environmental Forensics; 19(1):27–38.

Saba, T. 2015. Study finds Marcellus NORM exposure risks low. Oil and Gas Journal; June.

Saba, T. 2013. Evaluating claims of groundwater contamination from hydraulic fracturing. Oil and Gas Journal. July. Available at: http://www.ogj.com/content/ogj/en/articles/print/volume-111/issue-7/drilling-production/evaluating-claims-of-groundwater-contamination.html.

Saba, T., and S. Su. 2013. Tracking polychlorinated biphenyls (PCBs) congener patterns in Newark Bay surface sediment using principal component analysis (PCA) and positive matrix factorization (PMF). Journal of Hazardous Materials; 260:634-643.

Saba, T., and P.D. Boehm. 2012. Use of natural gas compositional tracers to investigate gas migration from a gas storage field. Environmental Geosciences June; 19(2):1-12.

Saba, T., and M. Orzechowski. 2011. Lack of data to support a relationship between methane contamination of drinking water wells and hydraulic fracturing: A response to Osborn et al. Proceedings, National Academy of Science of the United States of America. www.pnas.org/cgi/doi/10.1073/pnas.1108435108.

Saba, T., and P.D. Boehm. Congener-based analysis of the weathering of PCB Aroclor 1242 in paper mill sludge. Chemosphere 2011; 82:1321-1328.

Saba, T., and P.D. Boehm. 2011. Quantitative polychlorinated biphenyl (PCB) congener and homologue profile comparisons. Environmental Forensics; 12(2):134-142.

Saba, T., and P.D. Boehm. 2011. CERCLA's petroleum exclusion and the use of chemical forensic methods. ABA Superfund and NRD Litigation Committee Newsletter; 6(2).

Saba, T., F. Mohsen, B. Hilbert, M. Garry, and B. Murphy. 2012. White paper: Methanol use in hydraulic fracturing fluids. Submitted to the Methanol Institute, August 2011 (Version 2 issued January).

Saenton, S., T.H. Illangasekare, K. Soga, and T. Saba. 2002. Effects of source zone heterogeneity on surfactant enhanced NAPL dissolution and resulting remediation end-points. Journal of Contaminant Hydrology; 59(1-2):27-44.

Saba, T., T.H. Illangasekare, and J. Ewing. 2001. Effect of flow dimensionality on mass transfer rate coefficient estimations under enhanced conditions. Journal of Contaminant Hydrology; 51(1-2):63-82.

Saba, T., and T.H. Illangasekare. 2000. Effect of groundwater flow dimensionality on mass transfer from

entrapped nonaqueous phase liquid contaminants. Water Resources Research; 36(4):971-979.

**Conference Proceedings and Presentations s**

Drollette, B., T. Saba, L. Cook, and G. Getzinger. PFAS Environmental Forensics: Unique Approaches to a Unique Contaminant. Presented at the 36th Annual International Conference on Soils, Sediments, Water and Energy. October 20, 2020.

Saba, T., and L. Cook. Considerations for PFAS Fingerprinting. Presented at:

• The 36th Annual International Conference on Soils, Sediments, Water and Energy. October 20, 2020.

• The Law Seminar International - PFAS litigation in the Pacific Northwest. Virtual interactive zoom broadcast. September 14 - 15, 2020.

Saba, T. Simulation of Contaminant Flow Through Fractured Bedrock to Calculate Oil and Gas Impoundment Leakage Date. Presented at the 35th Annual International Conference on Soils, Sediments, Water, & Energy, October 21-24, 2019, Amherst, MA.

Saba, T., and L. Cook. Application and Interpretation Pitfalls of Principal Component Analysis (PCA) for Assessment of Contaminated Sediment Sites. Presented at the 35th Annual International Conference on Soils, Sediments, Water, & Energy, October 21-24, 2019, Amherst, MA.

Saba, T. Hydraulic fracturing and the use of chemical fingerprinting methods in claims of natural gas migration and groundwater contamination. Presented at:

• Short course, SETAC North America 36th Annual Meeting, Salt Lake City, UT. November 1-5, 2016.

• Association for Environmental Health and Sciences Conference, Amherst, MA. October 2015.

• Chartered Institution of Water and Environmental Management Annual Conference, University of London, England, July 2015.

• United Kingdom Environmental Law Association. Liverpool, England, July 4, 2015.

• British Water Technical Forum, London, England, November 19, 2014.

• Department of Environmental Earth and Atmospheric Sciences Lecture Series, University of Massachusetts, Lowell, March 5, 2014.

• Association of Engineering Geologists, Woburn, MA, November 21, 2013.

• International Network of Environmental Forensics Conference, Penn State University, University Park, PA, June 10-12, 2013.

• American Nuclear Society Northeast Meeting, Canton, MA, June 5, 2013.

• The Hydraulic Fracking Conference, the Seminar Group, Santa Barbara, CA, February 8, 2013.

• Conference on Research Frontiers in the Science of Unconventional Energy Resources, Yale Climate and Energy Institute, New Haven, CT, March 5, 2013.

• Future Energy Conference, Seattle, Washington, November 13-14, 2012.

Saba, T. CERCLA's petroleum exclusion and the use of chemical forensic methods. The 29th Annual International Conference on soils, sediments, water, and energy. University of Massachusetts, Amherst,

MA. October 21-24, 2013.

Saba, T., and F. Mohsen. Hydrofracking: Separating the realities from the myths. The American Bar Association 41st Annual Conference on Environmental Law, Salt Lake City, UT, March 22-24, 2012.

Garry, M., T. Saba, F. Mohsen, and L. Hilbert. Health assessment of methanol used in hydraulic fracturing fluids. The 51st Annual Meeting of the Society of Toxicology, San Francisco, CA, March 11-15, 2012.

Saba, T., and S. Su. Tracking sources of polychlorinated biphenyls (PCBs) to Newark Bay sediments using principal component analysis (PCA) and positive matrix factorization (PMF). SETAC North America 32nd Annual Meeting, Boston, MA, November 13-17, 2011.

Saba, T., and P.D. Boehm. Quantitative PCB congener and homologue profile comparisons. Presented at the 6th International Conference on Remediation of Contaminated Sediments. New Orleans, LA, February 7- 11, 2011.

Menzie, C., M. Kierski, T. Saba, S. Meyer, E. Kovatch, J. Kahler. R. Fox, and J. Kern. Multisite ambient investigation for MGPs on the Chicago River. Presented at the 6th International Conference on Remediation of Contaminated Sediments, New Orleans, LA, February 7-11, 2011.

Saba, T., P.D. Boehm. Congener-based analysis of the weathering of PCBs in paper mill sludge. Presented at the 2010 Dioxin Conference, San Antonio, TX, 2010.

Saba, T., and P.D. Boehm. Historical reconstruction of contamination using environmental forensic methods. Boston Bar Association Seminar, Boston, MA, February 11, 2010.

Boehm, P., J. Brown, T. Saba, and K. O'Reilly. The three-part approach to PAH source identification and apportionment in sediments as applied to petroleum, coal tars, and combustion sources. SETAC North America 30th Annual Meeting, New Orleans, LA, November 19-23, 2009.

Saba, T. Environmental weathering of PCBs in sediments. The 26th Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, MA, October 18-21, 2009.

Boehm, P.D., W. Shields, A. Fairbrother, and T. Saba. Determination of the chemical background for sediment — Approaches and conundrums. SMWG meeting in Sarasota Springs, NY. September 29, 2009.

Saba, T., and P.D. Boehm. Using chemical forensics and other lines of evidence to distinguish PAH contributions from different pyrogenic sources to the sediments of the Hylebos Waterway Superfund Site — A CERCLA and MTCA cost recovery case. SMWG Spring Sponsor Forum, Kalamazoo, MI, April 29-30, 2008.

Saba, T., P.D. Boehm, and L. Benton. Identification of natural gas sources using geochemical forensic tools. The 23ed Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, October 15-18, 2007.

Butler, E., and T. Saba. Use of PCB congener and homolog analysis in source apportionment at a rail yard Superfund site. The Annual International Conference on Soils, Sediments, and Water, University of Massachusetts at Amherst, October 16-19, 2006.

Biemer, T., M. Brown, E. Butler, and T. Saba. Better litigation through chemistry. Presentation to the Boston Bar Association, October 6, 2005.

Saxe, J.K., T. Saba, and E.J. Wannamaker. Do arsenic-containing products influence arsenic concentrations in subsurface drinking water supplies? Society of Environmental Toxicology and Chemistry 24th Annual Meeting, Austin, TX, November 9-13, 2003.

Sharma, M., T. Saba, and A. Bittner. Optimization of groundwater pump and treat systems using numerical modeling and the Monte Carlo approach. 2003 NGWA Midsouth Focus Conference, Philadelphia, PA, 2003.

Sharma, M., T. Saba, and A. Bittner. Optimization of groundwater pump and treat systems using numerical modeling and the Monte Carlo Approach. Presented at the National Ground Water Association Mid-South Focus Conference, Nashville, TN, September 19, 2003.

Illangasekare, T.H., S. Saenton, T. Saba, and C.S. Wilson. Up-scaling of NAPL dissolution from entrapped sources: Implications on end-points for risk assessment. Proceedings, Contaminated Site Remediation Conference, Melbourne, Australia, December 4-8, 2000.

Illangasekare, T.H., T. Cort, T. Saba, F. Barranco, and D. Dai. Pilot-scale laboratory evaluation of subsurface restoration technologies for a diesel contaminated site. Summit of the Geological Society of America, Reno, NV, 2000.

Illangasekare, T.H., and T. Saba. Upscaling of contaminant transport in heterogeneous aquifers: Dissolution of entrapped separate phase organic chemicals. Proceedings, Engineering Jubilee Congress, Engineering of Peradeniya; (2):127-132, 2000.

Illangasekare, T.H., and T. Saba. Intermediate scale physical model testing to investigate upscaling of dissolution of non-aqueous phase liquids in aquifers. Proceedings, Physical Modeling and Testing Environmental Geotechnics, Network of European Centrifuges for Environmental Geotechnic Research (NECER). Garnier J, Thorel E, and Haze E (eds), pp. 285-292, La Baule, France, May 15-17, 2000.

Saba, T., and T.H. Illangasekare. Surfactant-enhanced dissolution of non-aqueous phase waste chemicals: Effect of flow dimensionality. Conference of Hazardous Waste Research, St. Louis, MO, April 1999.

Saba, T., and T.H. Illangasekare. Effects of aquifer heterogeneity and groundwater flow dimensionality on upscaling of natural and surfactant enhanced dissolution of non-aqueous phase liquid waste chemicals. Conference on Hazardous Water Research, Snowbird, UT, 1998.

Saba, T. and T.H. Illangasekare. Effect of aqueous phase flow dimensionality on surfactant enhanced dissolution from entrapped non-aqueous phase liquid contaminants at the spill-site scale. American Geophysical Union, San Francisco, CA, December 6, 1998.

Illangasekare, T.H., and T. Saba. Upscaling of mass transfer from zones with entrapped nonaqueous phase chemicals. American Geophysical Union, San Francisco, CA, December 6, 1998.

Vestal, E.W., T.H. Illangasekare, A. Ramaswami, A. Bielefeldt, A.M. Riffel, and T. Saba. Modeling of net interphase mass exchange in NAPL-water systems undergoing biodegradation at the spill-site scale. American Geophysical Union, San Francisco, CA, December 6, 1998.

Saba, T., and T.H. Illangasekare. Natural dissolution of organic chemicals entrapped in a two-dimensional groundwater systems. AGU 18th Annual Hydrology Days, Colorado State University, Fort Collins, CO, 1998.

## Project Experience

**Cost Allocation-Related Projects**

Waterway sediment sites, northeastern United States (CERCLA Sites): Developed frameworks to allocate environmental response costs among responsible parties. Allocation frameworks were supported by chemical forensics, historical operational information, and transport pathways from upland sites to the sediment.

Major waterway sediment sites, northwestern United States (CERCLA): for confidential Alternative Dispute Resolution (ADL) processes, provided several expert reports evaluating 1) upland sites (e.g., historical operations at different manufacturing facilities, contaminants associated with those operations, historical and current transport pathways) and 2) fingerprinting analyses of waterways sediment chemistry data to track contaminant sources. The outcome from the analyses included reconstruction of historical upland operations, contaminant releases, and spatial extents of impacts to the sediment by different potential responsible parties (PRPs), and proposals of allocation parameters to be considered by the allocation team.

Paoli Railyard Site (CERCLA): Identified PCB sources and approximate spill timing as part of a soil remedial cost allocation model. Reviewed historical PCB purchase records and waste handling practices and performed fingerprinting analysis using PCB congener data.

Major rivers, Midwestern Unites States (CERCLA): Designed and directed field sampling programs, conducted fingerprinting analysis, and calculated mass of PCBs discharged as part of contamination liability and remedial cost allocation analysis.

Petroleum refinery/terminal, Midwestern United States: Reviewed and provided comments on an allocation model to allocate cleanup costs between successive refinery owners. Age-dated petroleum products in groundwater, and linked contamination to the evolution of refinery operations with time.

Hylebos Waterway (CERCLA): Evaluated PAH sources to the sediments as part of a dredging cost allocation matter. Determined the relative importance of candidate sources (primarily creosoted pilings, aluminum smelter sludge, and urban runoff) through chemical fingerprinting, sediment age dating, and PAH concentration gradients.

Industrial site, Kansas: Developed a model to allocate environmental response cost between successive owners/operators at a site. Historical operations included chemical manufacturing, a warehouse, and pipe fabrication. Main chemicals of concern included chlorinated solvents, acetone, and petroleum components (i.e., naphthalene, and trimethylbenzene).

Former munitions site, Massachusetts (CERCLA): Evaluated fate and transport of metals in soil and groundwater resulting from historical munitions and other industrial disposal activities in support of contamination liability analysis.

**Per- and polyfluorinated alkyl substances (PFAS)**

For confidential clients at multiple sites: Advised clients on sources and potential liabilities for PFAS contamination in groundwater, soils, and sediments at multiple sites (e.g., former military sites, airports, landfills, sites where previous fires occurred). Analysis of the PFAS data obtained from the sites required detailed understanding of PFAS manufacturing processes (ECF vs. telomerization), PFAS formulations in different products (e.g., AFFF), changes in PFAS formulations with time, and understanding of domestic and international manufacturing sources. Conducted fate and transport analysis including tracking compound transformations associated with PFAS migration in soil, surface water, groundwater, and air. Forensic analysis included evaluation of percent linear versus branched compounds to assist in evaluating PFAS sources, and the effect of transport in different environmental media on PFAS fingerprints. Evaluated background PFAS concentrations and profiles resulting from regional industrial activities.

Oil and Gas:  addressed claims of PFAS impacts to residential water wells from hydraulic fracturing operations.

**Hydraulic Fracturing, Former Oil and Gas operations, Drilling Mud, Produced Water, Natural Gas Fingerprinting (composition and isotope analysis), NORM, Evaluation of Groundwater Contamination Claims, and Impoundment Emissions of Hazardous Air Pollutants**

Natural gas production, Pennsylvania and West Virginia: Evaluated the scientific merit of claims of groundwater and surface water contamination from hydraulic fracturing operations. Sampled groundwater, streams, ponds, and natural gases in shallow and deep soils, and characterized potential contamination sources such as land use, household activities, former coal mining, roads, and dust. Reconstructed natural baseline conditions in the study areas, using natural gas composition and stable isotope analysis to track sources of gases in groundwater. Issued expert reports, scientific publications, articles, book chapters, and provided expert testimony in depositions and court.

For several energy companies, Louisiana:  at several sites, evaluated claims of groundwater and wetland impacts from former oil and gas operations and the generation of produced water.  Work included design of sampling programs and evaluation of compounds consistent with 29-B parameters, evaluation of background concentrations, and reconstruction of oil and gas operational histories and the use of different compounds.

For a proppant manufacturer, directed laboratory testing to leach chemical components from coated proppants and conducted life-cycle analysis of the leached material.

For an energy company:  Developed a conceptual site model (CSM) for storage gas transport and fate in the subsurface following a catastrophic gas release event from a storage field.  Combined information from gas isotope analysis to identify the types of subsurface gases, geology, and gas well mechanical integrity analysis.  Designed and directed field programs to screen soil and water wells for the presence of gases.

For the Methanol Institute, evaluated the use of methanol in hydraulic fracturing and modeled hypothetical scenarios of methanol impacting groundwater and surface water. Assessed health impacts of methanol and air emissions from gas operations. Issued a white paper detailing the analysis.

Drilling mud accidental releases (West Virginia and Pennsylvania): Characterized the extent of impacts and remedy effectiveness.

Chemical emissions from ponds: Calculated emission rates of methanol from ponds and tanks used to store recycled water (tons per year), as part of a permitting process.

Naturally occurring radioactive material (NORM) in produced water: Characterized NORM concentration levels with time and space at gas pads to define trends and designed a treatment system to reduce NORM-containing solid waste.

Produced water treatment facility: Assessed design, chemical reactions, and failure points along the produced water treatment train.

Natural gas migration from storage fields using gas isotope analysis:

• Gas Storage Fields, Kansas, Louisiana, Wyoming, Michigan, and New York: Designed and implemented forensic field programs to differentiate native gas from storage gas using composition and isotope analysis. Authored reports to State's Conservation Commission, presented findings to FERC, and served as an expert witness.
• Gas Storage Fields, northeastern Pennsylvania: Investigated sources of natural gas bubbling in residential water wells and potential connection to nearby natural gas storage fields. Designed field

sampling programs and used gas composition and isotope analysis to determine the origin of the gas in the water wells.

**PCBs: Tracking of Sources, Timing of Releases, and Apportionment of Liability Cases for Upland Soils and Major Sediment Waterways**

Major bay, Northeast: Analyzed homologue and congener patterns to identify PCB sources to the sediments. Identified congeners associated with specific sources using EPA numerical models (Positive Matrix Factorization). Conducted principal component analysis (PCA) and analyzed PCB profiles in sediment cores as part of a remedial investigation report for the bay.

Bayou (CERCLA site) connected to a major channel, southern United States: Investigated fate and transport of PCBs in sediment and the effect of dredging on surface water quality.

Major bay, Florida: Investigated PCB sources to the surface sediment by analyzing PCB congener data (profile analysis, spatial and concentration distribution analysis, and PCA).

Midwestern city: Identified historical uses of PCB-containing hydraulic fluids in the die casting industry.

Major waterway, East Coast: Analyzed PCB congener data to determine PCB sources and entry points to a waterway for allocation of contamination and remedy costs between responsible parties.

Major waterway, Washington: Analyzed PCB congener data to determine PCB sources and entry points to a waterway for allocation of contamination and remedy costs between responsible parties.

Landfill site, Georgia: Evaluated feasibility of proposed remedial alternative at a PCB- and VOC-contaminated landfill. Recommended modifications to the proposed design to optimize the remediation process.

Northeast nuclear facility: Characterized the spatial distribution of PCBs and lead in soils; contaminants were present in paints used in the facility and contaminated soils, sediments, and groundwater during decommissioning of the facility. Conducted statistical analysis (e.g., variogram) to calculate the sample spacing needed to characterize the extent of spatial impacts.

**Hydrogeology, Fate and Transport Analysis, Groundwater Modeling, and Government Research.**

New Hampshire Superfund site: Developed a 3-D numerical groundwater and solute transport model for chlorinated solvents (MODFLOW and MT3D). Designed a numerical code that automated conducting hundreds of groundwater simulations to optimize the design of a pump and treat system (i.e., optimize groundwater well locations, injection, and extraction rates) to minimize the treatment time of a chlorinated solvents groundwater plume.

Coal ash: Reviewed and assessed the ability of groundwater numerical models to simulate fate and transport of metals associated with coal ash.

Coal mine, West Virginia: Analyzed groundwater data to investigate the cause of a coal mine flooding.

Oil and gas impoundment, Pennsylvania: Calculated timing of produced water release by conducting groundwater flow analysis through fractured bedrock.

Chemical manufacturing facility, Argentina: Designed and modeled a hydraulic barrier system to mitigate offsite transport of contaminated groundwater. Conducted contaminant transport modeling and optimization of injection/extraction well locations.

**Government Scientific Research**

For the Hazardous Substances Research Center, revised USGS groundwater numerical codes MODFLOW and MT3D, capable of simulating the fate and transport of dissolved contaminants in groundwater. Revisions extended MODFLOW/MT3D capabilities to simulate the behavior of NAPLs in the subsurface, including NAPL entrapment in subsurface soils and dissolution in groundwater.

Developed a proprietary model for DNAPL dissolution and transport in groundwater as part of a DOD contract for a decision support system to evaluate effectiveness and cost of DNAPL source zone treatment.

For EPA, investigated novel groundwater remediation technologies on a field scale at the Dover Air Force Base. Supervised and provided technical assistance for research groups to investigate cutting-edge groundwater-remediation technologies (funded by the Strategic Environmental Research and Development Program SERDEP; a joint program between Department of Defense, EPA, and Department of Energy). Managed treatment and disposal of hazardous waste generated from remediation experiments. Collected aqueous and soil samples required for regulatory compliance and performance monitoring. Established and maintained electronic data acquisition systems.

For EPA, served as technical reviewer for BIOCHLOR, a numerical model that simulates biodegradation of chemicals in groundwater.

For NSF, developed groundwater numerical models to predict soil heterogeneity using chemical data (i.e., breakthrough curves) generated from chemical tracers injected into groundwater.

**Dioxins/Furans: Fingerprinting and Analysis of Source**

Louisiana site: Evaluated dioxin and furan fingerprinting patterns in the sediment of bayous and marsh areas to determine responsible parties. Combined dioxin/furan data with sediment age dating information to determine with a high degree of certainty the likely sources of contamination.

Transformer service facility, Mississippi: Evaluated dioxin and furan fingerprint patterns in dust and soil samples collected from residential areas around a transformer service facility to determine whether the dioxin/furans originated from the facility or from background sources.

Major Bay, eastern United States: Analyzed dioxin and furan data from the bay sediments as part of remedial investigation phases. Analysis included age dating of sediment core samples, contaminant spatial patterns (e.g., dioxins/furans, PCBs, PAHs, heavy metals), correlation between dioxins (e.g., 2,3,7,8-TCDD) and other contaminants, and evaluation of the impact of historical dredging activities on current contaminant spatial profiles. Tracked dioxin contamination in the bay sediment to potential upland site sources by reconstructing historical industrial operations at sites located along the bay boundaries, evaluating dioxin generation from different industrial process and contaminant transport pathways to the bay.

**Petroleum Chemistry: PAHs, BTEX, Metals, and Additives (e.g., MTBE)**

Southern U.S. refinery: As part of insurance claim, evaluated petroleum products, sources, and timing of releases of petroleum compounds and additives (MTBE) to state-owned groundwater. Reconstructed releases by combining refinery unit operational and closure histories before and after the enactment of the CWA with chemical data collected over 20 years.

CERCLA sediment site (Brooklyn, New York): Conducted chemical fingerprinting analysis on different chemical classes (i.e., PAHs, PCBs, metals) and identified industrial markers in the sediment to track impacts from different facility on the sediment site as part of CERCLA remedy design costs allocation.

Former refinery sites, CERCLA liability (Illinois, Oklahoma): Combined historical waste handling practices, waste handling unit closures, RCRA cleanup actions, and chemical fingerprinting analysis to determine

the sources and timing of contamination, with a focus on the applicability of the "petroleum exclusion" under CERCLA at the sites.

Texas refinery: Conducted chemical fingerprinting to age-date a petroleum plume beneath the refinery site to determine the responsible party among successive owners.

Midwestern steel manufacturing site: Evaluated the connection between sediment PAH contamination and surface water sheens using chemical fingerprinting techniques.

West Virginia salvage yard site: Evaluated the use of benzene/xylene ratio to age-date contamination and allocate cleanup costs between successive owners.

Petroleum spill, Oregon: Conducted laboratory studies to understand the fate of a diesel spill. Tracked diesel spilled in pilot-scale tanks using gamma ray spectroscopy techniques.

**Metals: Fate and Transport Analysis, Age Dating, and Source Tracking for Allocation of Liability and Remedial Costs**

Former crushed glass disposal site, Pennsylvania: Assessed leach tests conducted on crushed glass and other material to determine the leachability of different metals from the disposed material to the site and assessed the extent of impacts to the site soils, groundwater, and a nearby river.

Arsenical pesticide: Evaluated fate and transport of the different arsenic species in soils and their potential for migration to groundwater and surface waters at Florida sites. Authored reports to the Florida Department of Environmental Protection.

Bayou sediment, Louisiana: Tracked Bayou sediment metal contamination to multiple responsible parties in support of remedial cost allocation. Data evaluation included identification of marker metals and combination of metals used by different industries located along the creek.

Metals in paint: Used statistical methods (variogram analysis) to investigate the sufficiency of a soil-sampling program in characterizing a lead contaminated site.

Former petroleum refinery site, Oklahoma: Investigated the sources of metals in soil and groundwater (petroleum products versus petroleum waste) to determine whether CERCLA's petroleum exclusion applies to the site.

Hydraulic Fracturing, northeastern United States: Evaluated metals data in residential water wells to determine their sources.

**Coal Ash**

For utility companies, eastern United States: Evaluated coal ash basin closure options through the state of North Carolina, by addressing several technical aspects such as: analyses of compound (e.g., boron) leaching rates from coal ash to groundwater under different basin closure scenarios (e.g., cap in place, excavation), evaluation of contaminant fate and transport models (USGS numerical codes called MODFLOW and MT3DMS) to predict the spatial extent of ash-related compounds in groundwater inside and outside ash basin regulatory compliance boundaries, and analysis of seep discharge rates under basin decanting scenarios.

For utility company, southern United States: Evaluated groundwater data produced from monitoring wells located around coal ash ponds. Compared recent data to historical regional background groundwater data and designed field sampling programs to evaluate groundwater condition at different hydrogeologic formations.

© 2024 Exponent, Inc. All Rights Reserved   •   www.exponent.com   •   888.656.EXPO   •   Page 10

**Manufactured Gas Plants (MGPs): Fate and Transport Analysis and Chemical Fingerprinting (DNAPL, Tar, Distillation Products such as Creosote and Road Tar), Standard of Care, and Site Characterization**

Former MGPs in New York, New Hampshire, Maine, Vermont, and Florida: As part of insurance litigation, evaluated standard of care regarding byproducts handling practices and approximate timing of contamination. Researched historical literature regarding status of environmental knowledge at different times, the different MGP equipment and their construction and operation, historical records such as feedstock changes with time, tar records, spills, leaks, Sanborn insurance maps, public service commission reports, and aerial photographs, among other sources of information. Integrated historical information with forensic analysis, fate and transport, and hydrogeology to identify approximate period of historical leaks and spills. Analyzed tar, oil, and NAPL entrapment and migration patterns to identify contamination sources and track the extent of spatial impact to soil, sediment, and groundwater.

New York former MGPs: As part of site characterization efforts required by the New York State Department of Environmental Conservation, designed environmental sampling programs of soil, sediment, and groundwater to identify potential contamination sources. Conducted chemical fingerprinting analysis on different chemical classes (i.e., PAHs, PCBs, metals) as part of site investigations to track sources of contamination at former MGP sites in Brooklyn, New York. Work is part of site characterization efforts.

Former MGP Site, Michigan: Evaluated the source of impacts to site's soil and groundwater. Potential sources included manufactured gas plant, a landfill, and wastewater treatment facility, all occupying the same footprint at different time frames. Presented findings to an arbitration committee.

Olympia, Washington: Integrated hydrogeology, fate and transport, and chemical fingerprinting analysis of available environmental data to evaluate sources of DNAPL/tar/PAH contamination at a site located two city blocks from a former MGP.

Bellingham, Washington: Investigated sources of PAH contamination in soils in an area adjacent to former MGP operations. In addition to the former MGP operations, other potential sources included creosoted pilings, historical wood milling operations, and operations related to railroad activities.

Former MGP, Rhode Island: Conducted analysis to distinguish between PAHs and metals from different sources (historical filling material, former MGP operations, a former rubber manufacturer, and natural background).

**Chlorinated Solvents and 1-4 dioxane: Fate and Transport Analysis, Field Sampling Design and Analysis of Isotope Data, and Soil Vapor Intrusion Analysis**

Several manufacturing facilities, Midwestern and western United States: Evaluated sources of chlorinated solvents (PCE, TCE, and degradation products and 1-4-dioxane) at or near manufacturing facilities. Utilized different contaminant evaporation models to estimate the approximate start date of PCE release(s) to the soils. Combined information from compound-specific isotope analysis, solvent additive concentrations (1,4-dioxane), and historical information to determine sources and contribution from different sources.

Manufacturing facility, Illinois: Conducted isotope analysis for carbon and chlorine and fate and transport analysis to age-date multiple chlorinated solvent plumes (PCE, TCE, and their degradation products). Used multiple lines of evidence including groundwater travel times, daughter/parent compound ratios, and historical construction of contamination to determine the age of the different plumes. Presented findings to the Illinois Environmental Protection Agency.

Dry cleaning facility, Massachusetts: Reviewed cost recovery documents for municipal water treatment due to alleged contamination from dry cleaning activities. Documented overestimated treatment costs.

Dry cleaning facility, Canada: evaluated carbon isotope data for TCE in groundwater to identify different sources of chlorinated solvents contamination downgradient from the dry cleaner.

Superfund site, New Hampshire: Optimized injection and extraction well locations and flow rates for faster PCE recovery in a pump and treat system, reducing total remediation time by 25%. Modified MODFLOW and MT3D computer modeling to fit Superfund site-specific characteristics and linked the modified versions to a USGS optimization code. Reduced projected plume recovery time by 25%.

Dry cleaning facility, Massachusetts: Allocated contamination shares between responsible parties in a chlorinated solvents plume. Evaluated PCE degradation pathway and performed groundwater modeling and soil vapor intrusion analysis.

Metal electroplating facility, Oklahoma. Conducted analysis, including fate and transport and isotope analysis, to identify sources of chlorinated solvents around the facility. Work included investigating solvent spatial and degradation patterns in groundwater, and assessment of soil vapor intrusion analysis.

**Natural Resource Damage Assessment**

New Jersey Bayway and Bayonne refineries (NRDA): Under the NJ Spill Act, NJ DEP sued the former owner of the Bayway/Bayonne refineries for natural resource damages to soil, sediment, and groundwater. NJDEP experts used the Habitat Equivalency Analysis (HEA) model to calculate the value of damage to natural resources. Work included analysis of the spatial extent of impact to soil, sediment, and groundwater and the start date of contamination for VOCs, PAHs (SVOCs), metals, NAPLs, and pesticides. Reconstructed operations at refinery areas of concern from the early 1900s and identified whether chemical impacts to the environment were attributed to refinery activities or other sources (e.g., background, offsite sources, or other historical activities unrelated to refinery operations). Divided the refineries into areas that either needed additional analysis to determine whether there is harm to ecological receptors or included impacts unrelated to refinery operations. Calculated extent of groundwater contamination with time in response to remedy actions and whether groundwater use was lost from the early 1900s through future. Coordinated work with ecological experts.