# EXHIBIT 7

**F.R.C.P. Rule 1006 Summary Chart of PADEP Water Supply Complaint Determinations**

| PADEP Investigation Number | Township | PADEP Date of Determination | Date of Complaint | Summary of PADEP Key Conclusions |
|---|---|---|---|---|
| 366375 | Freeport Township | 6/9/2023 | 8/16/2022 | "The Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>"The EQT Production Company ("EQT") Lumber Well site is over [redacted] from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition ,... the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."<br><br>"The Water Supply is in a different watershed than the Lumber Well Site and topographically separate from the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supply is upstream and hydraulically separated from the Fox Hill 1 by Hamilton Run."<br><br>"Levels of turbidity and bacteria, E. coli and total coliform, exceed primary drinking water standards in the 2022 sample, but neither was sampled in 2014/2015. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. Total iron and manganese levels exceed secondary drinking water standards in 2014/2015 and 2022 samples, indicating a pre-existing condition. These metals are naturally occurring elements, commonly observed exceeding the standards within the bedrock formation in which your Water Supply appears to be completed. Iron may be the source of orange discoloration that you reported in your Water Supply. Sodium and hardness levels exceed recommended levels, which appears to be a naturally occurring condition. Hardness is caused mostly by calcium and magnesium which can originate in limestone bedrock layers. Sodium is also a naturally occurring element which can originate in limestone."<br><br>"Dissolved methane and ethane were detected at very low concentrations (0.208 mg/L and 0.00104 mg/L respectively) in samples collected from the Water Supply on behalf of EQT. The presence of dissolved gas appears to be a natural occurrence in water supply wells in this area. Sampling conducted by the Department and on behalf of EQT has identified levels of dissolved gas in numerous wells in this area within similar geologic/topographic settings as your Water Supply. Gas fingerprinting (isotopic) analysis of several of the EQT samples indicate that the source of gas is biogenic (formed by bacteria) and unrelated to oil and gas activity." |
| 366377 | Freeport Township | 6/15/2023 | 8/17/2022 | "[T]he Department cannot conclude that the Water Supplies were adversely affected by oil and gas activities."<br><br>"On August 24, 2022, the Department conducted a site visit and collected samples from the Water Supplies .... During the site visit, Well 1 was observed to buried underground. Samples collected from Well 1 were clear with no discernable odor. Samples collected from Well 2 were clear with no discernable odor. Samples collected from Well 3 were clear with no discernable odor. Samples collected from the Spring were clear with no discernable odor."<br><br>"The EQT Lumber Unconventional Well Site is over [redacted] from your Water Supplies. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supplies. The Water Supplies are hydrogeologically separated from the Lumber Well Site and the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supplies are in different watersheds than the Lumber Well Site and the Fox Hill 1 well."<br><br>"In Well 1 and Well 2, the levels of total coliform exceed primary drinking water standards and the sodium levels exceed the recommended range in 2022 samples, but neither were sampled in 2015. The presence of total coliform may suggest influence by surface water into the wellbores and the sodium levels appear to be a naturally occurring. Elevated sodium paired with elevated pH and low hardness in Well 1 and Well 3 indicates that the water supplies are being naturally softened by the bedrock layers in which they are completed. Natural softening occurs in semi-confining clay-rich bedrock layers which causes ion exchange, replacing calcium and magnesium with sodium."<br><br>"Since the water quality sample results do not indicate an impact by oil and gas fluids, the Water Supplies are hydrogeologically separate from the expected incident location, and no other nearby oil and gas activity appears to have occurred, the Water Supplies do not appear to have been impacted by oil and gas activity." |

| 366583 | Freeport Township | 6/9/2023 | 8/29/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>"[S]ample results from the Water Supply do not indicate elevated parameters indicative of oil and gas impact."<br><br>"The EQT Production Company ("EQT") Lumber Well Site is over [redacted] from your Water Supply and the Fox Hill 1 conventional well where the expected communication incident occurred is about [redacted] from your Water Supply. Activity occurring at those well sites at that distance are unlikely to cause an impact to your Water Supply. The Water Supply is located upstream and across Pennsylvania Fork Fish Creek from the Fox Hill 1 well, which provides a hydraulic divide. In addition, ... the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."<br><br>"On January 3, 2023, the Department collected an additional sample from the Water Supply for dissolved gas analysis because you reported the presence of methane in samples collected by a third party. Dissolved methane and ethane were detected in the Water Supply at low levels in the January 3, 2023 Department sample, which appears to be common occurrence in water supply wells in this area. Recent sampling conducted in this area by EQT has identified low levels of methane in numerous wells within similar geologic/topographic settings as your Water Supply. 'Gas fingerprinting' (isotopic) analysis of several of the samples indicated that the source of gas is biogenic and unrelated to oil and gas activity. The gas in this area appears to be formed by microbial processes via the $CO_2$ reduction pathway which can form in alluvial, lacustrine and glacial outwash deposits."<br><br>"Nuisance bacteria may be the source of the odor that you reported in the Water Supply. The presence of these bacteria may also result the sediment filters needing to be changed more frequently." |
| 366763 | Freeport Township | 8/1/2023 | 8/26/2022 | "On September 12, 2022, the Department received a phone call from you stating that there was no longer a need for the Department to conduct the water supply investigation due to determining that the source of the reported issue was caused by the hot water tank and not oil and gas activities. It was indicated that the reported issue was determined to be the hot water tank as the issue resolved when the tank was replaced before the Departments [sic] scheduled visit." |
| 365147 | Springhill Township | 3/29/2023 | 6/29/2022 | "[T]he Department has determined that the Water Supplies ('Spring 1' and 'Spring 2') were not adersely affected by oil and gas activities including but not limited to, the drilling, alteration, or operation of an oil or gas well."<br><br>"On June 30, 2022, the Department conducted a site visit and collected samples from the Water Supplies. The analytical results from these samples are comparable to analytical results from 2020 ('pre-drill values') and do not indicate an impact from [sic] oil and gas related fluids. ... This means that your water quality has not appreciably changed since nearby oil and gas activities commenced."<br><br>"The Department also investigated nearby oil and gas activities to determine possible pathways of contamination to the Water Supply. No such pathways have been identified."<br><br>"Unconventional wells on the EQT Lumber Well Pad are located about [redacted] from your residence. While drilling at this site has occurred recently, it is unlikely to have caused an impact to your Water Suplies. The Water Supplies springs are located in a different watershed than that of the EQT Lumber Pad. Based on topography, the water recharge source area for the Water Supplies appear to be north/northeast of their discharge points, away from the EQT Lumber Pad. In addition, drilling or surface disturbances of the Lumber wells would not be expected to impact springs so close to the surface, especially at distances over [redacted] which are in a different watershed; topographically secluded from the Lumber Pad."<br><br>"The elevated turbidity in Spring 1 suggests that the elevated total metals are suspended within the settlement. Dissolved metal analysis, conducted by EQT, did not detect any dissolved aluminum or iron in Spring 1, which supports that sediment is the source of the metals. The increase in these parameters over pre-drill values, can be attributed to differences in rainfall prior to the sampling events. ... The increased rainfall before the 2022 sampling, would have mobilized additional sediment, causing increased turbidity and total metals."<br><br>"Any observed exceedances can be attributed to natural variations expected in springs and/or differences in precipitation prior to the sampling events. No evidence of an oil and gas impact is present in the water sample results from either spring." |

| 365276 | New Freeport Township | 5/19/2023 | 7/5/2022 | "[T]he Department has determined that the Water Supply (Spring 1) was not adversely affected by oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well."<br><br>"Unconventional wells on the EQT Lumber Well Pad are located about [redacted] from your Water Supply. While drilling at this site has occurred recently, it is unlikely to have caused an impact to your Water Supply. The Water Supply is located in a different watershed than that of the EQT Lumber Pad. Based on topography, the recharge source area for the Water Supply appears to be from a ridge to the south of its discharge point, away from the EQT Lumber Pad. In addition, drilling or surface disturbances of the Lumber wells would not be expected to impact springs at distances over [redacted] away located in a different watershed; topographically secluded from the Lumber Pad. Similarly, the conventional well expected to be impacted by the Lumber fracking is located in a valley, [redacted] east from your Water Supply, with no clear conduit to your Water Supply's recharge or discharge point."<br><br>"Total metals in the Water Supply, including barium, calcium, magnesium, sodium and strontium, were elevated when compared to the pre-drill sample yet below the SMCLs. These are naturally occurring minerals in the earth's crust and abundant in soil. Springs are highly influenced by surface water and commonly exhibit elevated turbidity (sediment), especially after precipitation events. … Although there was an increase in these parameters over pre-drill values, they are shown to be pre-existing within the pre-drill samples. This increase can be attributed to differences in rainfall prior to the sampling events."<br><br>"The increase in TDS and total metals are likely attributed to differences in precipitation amounts, because springs are highly influenced by surface run off which increases during rainfall events. Any observed exceedances can be attributed to natural variations expected in springs and/or differences in precipitation prior to the sampling events."<br><br>"No evidence of an oil and gas impact is present in the water sample results from the Water Supply." |
| 365608 | Springhill Township | 5/16/2023 | 7/18/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>"On July 21, 2022, the Department conducted a site visit and collected samples from the Water Supply. No gas was detected while purging or sampling the Water Supply and the foul odor was not observed. Also, analytical results did not detect the presence of dissolved gas or petroleum related products."<br><br>"There is also the EQT Production Company ("EQT") Lumber Well Site that it almost [redacted] from your Water Supply. Activity occuring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, … the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."<br><br>"Levels of turbidity and bacteria, E. coli and total coliform, in the Water Supply exceeded primary drinking water standards in 2022 samples but were not sampled in 2015. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. You reported sediment is observed in the Water Supply after heavy rain, which may be an indication of surface water infilteration into the Water Supply."<br><br>"Nuisance bacteria may be the source of the foul odor and sheen you reported in the Water Supply."<br><br>"The IR analysis detected no petroleum products in this sample." |

| 366147 | New Freeport Township | 5/31/2023 | 8/9/2022 | "[T]he Department cannot conclude that the Water Supplies were adversely affected by oil and gas activities." |
|---|---|---|---|---|

"The EQT Production Company ('EQT') Lumber Well Site is over [redacted] from your Water Supplies. Activity occurring at the EQT Well Site at a distance of [redacted] is unlikely to cause an impact to your Water Supplies. In addition, ... the results from Department sampling your Water Supplies do not indicate an impact by oil and gas activity."

"Levels of turbidity and bacteria, E. coli and total coliform, in the [redacted] Well excees primary drinking water standards in the 2022 sample, but niether were sampled in 2015. These paramters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. The total aluminum level in the [redacted] Well slightly exceeds the secondary drinking water standars in the 2022 sample but was not sampled in 2015. The source of aluminum is likely the additional turbidity, since it is a naturally occurring metal in soil and bedrock."

"Turbidity also slightly exceeds the primary drinking water standard in the [redacted] Well and the Residence Well, which as described above may indicate influence by surface water. Since these wells are buried, surface water infiltration is likely. Manganese exceeds the secondary drinking water standard and sodium exceeds the recommended level in the [redacted] Well and the Residence well, which both appear to be naturally occurring conditions of groundwater in this area."

"Dissolved methane was detected at low concentrations in all three Water Supplies and dissolved ethane was detected at a very low concentration in the [redacted] Well in samples collected on behalf of EQT. The presence of dissolved gas appears to be natural occurrences in water supply wells in this area. Sampling conducted on behalf of EQT has identified low levels of dissolved gas in numerous wells in this area within similar geologic/topographic settings as the Water Supplies. Gas fingerprinting (isotopic) analysis of several of the samples indicate that the source of gas is biogenic (formed by bacteria) and unrelated to oil and gas activity."

"Nuisance bacteria may be the source of the sewage odor that was reported in the Water Supplies."

| 367819 | Freeport Township | 6/1/2023 | 10/17/2023 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities." |
|---|---|---|---|---|

"The EQT Production Company ("EQT") Lumber Well Site is over [redacted] from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. The Water Supply is hydrogeologically separated from the Lumber Well Site and the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supply is in a different watershed than the Lumber Well Site and topographically separate from the Fox Hill 1 well by two ridges and two stream valleys. In addition, ... the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."

"The level of total coliform in the Water Supply exceeds primary drinking water standards and the hardness level exceeds the recommended range in 2022 samples but neither were sampled in 2015. These parameters are not indicative of oil and gas activities. The presence of total coliform may suggest influence by surface water into the wellbore. The hardness level appears to be a naturally occurring condition, which is caused mostly by calcium and magnesium that can originate in limestone layers into which the water well is drilled."

"Nuisance bacteria may be the source of the foul odor and taste that you reported in the Water Supply."

| 368412 | Freeport Township | 6/13/2023 | 11/21/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities." |
|---|---|---|---|---|

"The EQT Lumber Well Site is over [redacted] from your Water Supply. Activity occurring at that distance is unlikely to cause an impact to your Water Supply. The Water Supply is situated in a separate watershed than the EQT Lumber Well Site and the Fox Hill 1 well where the expected communication incident occurred. The Water Supply is located across Pennsylvania Fork Fish Creek and its tributary from the Fox Hill 1 well, providing a hydrogeologic divide. In addition, ... the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."

"The pH level was elevated in the pre-mining samples, which indicates a pre-existing condition, but hardness and sodium were not samples in 2015. Nonetheless, these parameters are not indicative of oil and gas activities. Elevated pH and sodium paired with low hardness suggest that the water may be naturally softened by the bedrock layers in which the Water Supply is completed. Natural softening occurs in semi-confining clay-rich bedrock layers which causes ion exchange, replacing calcium and magnesium with sodium. Very soft water results in a slippery feeling, which may explain the 'oily feel' that you reported."

"Nuisance bacteria may be the source of the foul odor in the Water Supply."

"Dissolved methane appears to be common in water supply wells in this area. Recent sampling conducted on behalf of EQT has identified levels of methane in numerous wells within similar geologic/topographic settings as your Water Supply. Samples were also collected on behalf of EQT from your Water Supply and sent to a laboratory to determine the isotopic composition of the methane in order to identify the probable origins of the natural gas. Based upon that isotopic sampling and analyses, the methane in your Water Supply appears to be biogenic in origin, naturally formed by microbial processes. The methane in the Water Supply is less mature than gas targeted by nearby oil and gas prdouction and unrelated to oil and gas activity."

| 368810 | Springhill Township | 3/31/2023 | 12/14/2022 | "[T]he Department has determined that it cannot conclude that the Water Supply was adversely affected by oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well."<br><br>"The Department investigated nearby oil and gas activities to determine possible pathways of contamination to the Water Supply. No such pathways have been identified."<br><br>"Moody collected samples on behalf of EQT after an incident during drilling at the EQT Lumber well pad. However, that well pad is about [redacted] from your Water Supply and is unlikely to cause an impact at that distance."<br><br>"TDS and pH levels were in exceedance of secondary drinking water standards which are established as guidelines and may result in aesthetic issues such as taste and odor. Hardness and sodium levels are in exceedance of recommended levels. All of these exceedances appear to be the result of natrual conditions of the aquifer in which the water well has been drilled. The results suggest that the water is being naturally softened by the bedrock layers in which the aquifer is situated."<br><br>"Moody also collected a sample of your Water Supply, which was sent to a laboratory to determine the isotopic composition of the methane in order to identify the probable origins of the natural gas. Based upon that isotopic sampling and analyses, the methane in your Water Supply appears to be biogenic in origin, naturally formed by microbial processes. The methane in the Water Supply is less mature than gas targeted by nearby oil and gas production and unrelated to oil and gas activity." |
| 366764 | Freeport Township | 6/13/2023 | 8/24/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>"The EQT Production Company ('EQT') Lumber Well Site is over [redacted] from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply."<br><br>"Levels of turbidity and bacteria, E. coli and total coliform, exceed primary drinking water standards in the 2022 sample, but neither were sampled in 2015 or 2017. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. Since the Water Supply well is in a cellar, below grade, which does not appear to be watertight, it is likely being influenced by surface water. The odor reported in the Water Supply and observed by the Department during sampling may be attributed to presence of bacteria."<br><br>"Total iron and manganese levels in 2022 samples exceed secondary drinking water standards. These metals are naturally occurring elements, commonly observed exceeding the standards within the bedrock formation in which your Water Supply appears to be completed. Manganese may be the source of black discoloration that you reported in your Water Supply. Since the turbidity in the Water Supply is elevated, the iron and manganese may also originate from this excess sediment." |
| 367330 | Freeport Township | 6/30/2023 | 9/29/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>"The EQT Production Company ('EQT') Lumber Well Site is about [redacted] from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, … the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."<br><br>"No parameters exceed primary drinking water standards. The total manganese level exceeds the secondary drinking water stnadard, which was also the case in 2015 and 2018. Manganese is a naturally occurring element commonly in exceedance within the bedrock formation that your Water Supply appears to be completed within. The sodium level exceeds the recommended level. Sodium is also a naturally occurring element found in limestone bedrock, which occurs in the formations that your Water Supply appears to be completed within. These parameters are not themselves indicative of an impact by oil and gas activity." |

| 367330 | Freeport Township | 7/11/2023 | 9/29/2022 | "[T]he Department cannot conclude that the Water Supply was adversely affected by oil and gas activities."<br><br>The EQT Production Company ('EQT') Lumber Well Site is over [redacted] feet from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, ... the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity."<br><br>"The levels of turbidity and total coliform in the Water Supply exceed primary drinking water standards. The presence of bacteria and turbidity do not indicate an impact by oil and gas activity but may suggest influence by surface water into the wellbore."<br><br>"The total iron and manganese levels exceed secondary drinking water standards. These metals are naturally occurring elements commonly in exceedance within the bedrock formation that your Water Supply appears to be completed within. Hardness exceeds the recommended level which also appears to be a naturally occurring condition caused mostly by calcium and magnesium that can originate in limestone bedrock layers which occur in the formations that your Water Supply appears to be completed within."<br><br>"Nuisance bacteria may be the source of the foul odor that you reported in the Water Supply." |
| 365146 | New Freeport Township | 7/29/2024 | 6/29/2022 | "UVIR analysis indicated that no petroleum products were detected in Well 1." |



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 9, 2023

**CERTIFIED MAIL NO.** ████████████

Re:    Water Supply Request for Investigation 366375
       Negative Determination – 58 Pa. C.S § 3218
       Freeport Township, Greene County

Dear ████████████

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| August 16, 2022 | Orange discolored water with solids | Hardness* – 160 mg/L<br>Iron – 0.328 mg/L<br>Manganese – 0.078 mg/L<br>Sodium* – 64.5 mg/L<br>Turbidity – 3.74 NTU<br>E. coli – 5.3 colonies/100 mL<br>Total Coliform – 40.6 colonies/100 mL |

On August 16, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On August 18, 2022, the Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table. During the site visit, no odor or discoloration was observed during sampling.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the Bisset 1 conventional gas well, operated by Mountain Energy, located about ████████ north of your Water Supply. No recent activity appears to have occurred at this well site.

The EQT Production Company ("EQT") Lumber Well Site is over ████████ from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

7                                                    **DEP(Hice_v._EQT)000182**

The Water Supply is in a different watershed than the Lumber Well Site and topographically separate from the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supply is upstream and hydraulically separated from the Fox Hill 1 by Hamilton Run.

No prior sample data is available for the Water Supply for comparison except for limited results from 2014 and 2015 sampling events conducted prior to proposed mining activity in the area. This water quality data is comparable to Department sample results from August 2022. Levels of turbidity and bacteria, E. coli and total coliform, exceed primary drinking water standards in the 2022 sample, but neither were sampled in 2014/2015. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. Total iron and manganese levels exceed secondary drinking water standards in 2014/2015 and 2022 samples, indicating a pre-existing condition. These metals are naturally occurring elements, commonly observed exceeding the standards within the bedrock formation in which your Water Supply appears to be completed. Iron may be the source of orange discoloration that you reported in your Water Supply. Sodium and hardness levels exceed recommended levels, which appears to be a naturally occurring condition. Hardness is caused mostly by calcium and magnesium which can originate in limestone bedrock layers. Sodium is also a naturally occurring element which can originate in limestone.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of discoloration, odor and/or solids that you reported in the Water Supply.

Dissolved methane and ethane were detected at very low concentrations (0.208 mg/L and 0.00104 mg/L respectively) in samples collected from the Water Supply on behalf of EQT. The presence of dissolved gas appears to be a natural occurrence in water supply wells in this area. Sampling conducted by the Department and on behalf of EQT has identified levels of dissolved gas in numerous wells in this area within similar geologic/topographic settings as your Water Supply. Gas fingerprinting (isotopic) analysis of several of the EQT samples indicate that the source of gas is biogenic (formed by bacteria) and unrelated to oil and gas activity.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of hardness, iron, manganese, sodium, turbidity, E. coli and total coliform as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

8                                                                          DEP(Hice_v._EQT)000183

The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION**.

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
> Exhibit A
> Sample Results Summary Table
> Sample Results
> Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

9

DEP(Hice_v._EQT)000184

**CONFIDENTIAL**

**Exhibit A**

████████████████

New Freeport, PA 15352

DEP(Hice_v._EQT)000185

### Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mining Sample 12/10/2014 | Pre-Mining Sample 8/04/2015 | DEP Sample 8/18/2022 |
|---|---|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | 7.65 | 7.92 | 7.9 H |
| | Alkalinity | mg/L | 30-500* | 230 | 243 | 234 |
| | Hardness | mg/L | 30-150* | NT | NT | **158** |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | NA | NA | 51.31 |
| | Specific Conductance | µS/cm | No Standard | 623 | 650 | 573 |
| | Sulfate | mg/L | 250 | 4.21 | 3.56 | 4.04 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 330 |
| | Total Suspended Solids | mg/L | No Standard | ND | 42 | < 20 U |
| | Turbidity | NTU | 1** | NT | NT | **3.74** |
| | MBAS | mg/L | 0.5 | NT | NT | < 0.20 U |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | ND | 0.0034 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.872 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 48.2 |
| | Iron, Fe | mg/L | 0.3 | **46.50** | **54.30** | **0.328** |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 9.08 |
| | Manganese, Mn | mg/L | 0.05 | **0.369** | **0.535** | **0.078** |
| | Potassium, K | mg/L | No Standard | NT | NT | 2.44 |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 |
| | Sodium, Na | mg/L | 20* | NT | NT | **64.5** |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 1.8 |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 U |
| **Bacteria** | E. Coli | Col/100mL | Absent | NT | NT | **5.3** |
| | Total Coliform | Col/100mL | Absent | NT | NT | **> 200.5** |
| | Slime Bacteria | Col/mL | No Standard | NT | NT | 67000 |
| | Iron Bacteria | Col/mL | No Standard | NT | NT | 35000 |
| | Sulfur Bacteria | Col/mL | No Standard | NT | NT | < 75 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000186

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:**  9557 029            **Date Collected:** 08/18/2022 12:10:00 PM            **Lab Sample ID:**  I2022014736            St

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/19/2022

**County:** Greene                                              **State:**

**Municipality:** Freeport Twp

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                              **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                              **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** bathroom sink

**Reason:** Complaint

**Project:**  NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I176246 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176245 | Intact: | Yes |
| Legal Seal: | I176244 | Intact: | Yes |

DEP(Hice

| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 234.0 mg/L | 08/22/2022 04:28 PM | JAHOGUE |
|---|---|---|---|---|

** Comment ** Sample bottle had headspace present before analysis

| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L (U) | 08/22/2022 10:15 AM | SCHOY |
|---|---|---|---|---|
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 08/22/2022 10:15 AM | SCHOY |
| 38260A | Automated MBAS | <0.20 mg/L (U) | 08/19/2022 11:35 AM | MBOTTS |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.872 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 08/19/2022 09:12 PM | TVOROBEYCH |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 48.200 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 158 mg/L | 08/24/2022 11:37 AM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.328 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
|---|---|---|---|---|
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 08/24/2022 11:37 AM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 9.08 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.078 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 7.9 pH units | 08/22/2022 04:28 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 2.44 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
|---|---|---|---|---|
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 08/22/2022 10:15 AM | SCHOY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 64.50 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 573.00 umhos/cm | 08/23/2022 09:10 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 1.800 mg/L | 08/24/2022 11:37 AM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 21.15 C | 08/22/2022 04:28 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 51.31 mg/L | 08/23/2022 11:54 PM | TVOROBEYCH |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 330 mg/L | 08/19/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 4.04 mg/L | 08/19/2022 09:12 PM | TVOROBEYCH |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 08/23/2022 03:24 PM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | 3.74 NTU | 08/19/2022 11:24 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L (U) | 08/24/2022 11:37 AM | CREITMEYER |

DEP(Hice

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 030                    **Date Collected:** 08/18/2022 12:10:00 PM                    **Lab Sample ID:** B2022005640                    Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/19/2022

**County:** Greene                                    **State:**

**Municipality:** Freeport Twp

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                    **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                    **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** bathroom sink

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I176248 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176247 | Intact: | Yes |

DEP(Hice_

| MMOECT | E. coli MPN | 5.3 cf/100mL | 08/19/2022 09:16 AM | HEBLOSS |
| 99031 | Iron Bacteria* | 35000 cfu/mL | 08/19/2022 09:20 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99033 | Slime Bacteria* | 67000 cfu/mL | 08/19/2022 09:20 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99032 | Sulfur Bacteria* | <75 cfu/mL | 08/19/2022 09:20 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| MMO-T | Total Coliform MPN | >200.5 cf/100mL | 08/19/2022 09:16 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_

# PENNSTATE



College of Agricultural Sciences     Cooperative Extension

## *Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report          F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

```
            ***  ANALYTICAL LABORATORY REPORT  ***

Client: Client's name                        Collected by: KM

Project: Analytical Laboratory Services      Project Number: CL000001

Date Collected: 08/28/90                     Time Collected: 7:35 am

Sample Identification: Kitchen Tap           Lab Number: 01000


Analysis                    Results                   Units

Total Coliform Bacteria       50                      #/100ml
Nitrate-Nitrogen              4.55                    mg/l
pH                            7.50                    units
Iron                          0.55                    mg/l
Hardness as CaCo3             280                     mg/l
Sulfate Sulfur                32.0                    mg/l
Chloride                      25.4                    mg/l
Specific Conductance          344                     umhos/cc


On the basis of the above test result(s), this water sample DOES NOT MEET PaDER
drinking water standards

The following notes apply to this sample:
The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.


                              Submitted by: _____
                                            Laboratory Manager
```

*Figure 1. A sample water analysis report*

An Equal Opportunity University          College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

17

DEP(Hice_v._EQT)000192

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects.  To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*.  See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants.  Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

\* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000193

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.
Please access:
Website:  http://wqext.psu.edu
Email:    mxh16@psu.edu
Fax:      (814) 863-1031
Phone:    (814) 865-7685

For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:

Website:  http://www.age.psu.edu
Email:    aqm5@psu.edu
Address:  Penn State
          246 Agricultural Engineering Bldg.
          University Park, PA  16802
Phone:    (814) 865-7685
Fax:      (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000194

Table 3.  *Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownisb slime in water |

Table 4.  *Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

* *level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities.  It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment.  The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University.  Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA  16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000195



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 15, 2023

**CERTIFIED MAIL NO.** ███████████

Re:     Water Supply Request for Investigation 366377
        Negative Determination – 58 Pa. C.S § 3218
        Freeport Township, Greene County

Dear ███████████ :

The Department has completed its investigation of your water supplies ("Well 1", "Well 2, "Well 3" and "Spring") listed in Exhibit A (collectively "Water Supplies"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supplies were adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**



| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| August 17, 2022 | Water quality concern related to an incident during EQT drilling activity | Well 1<br>pH – 8.6<br>Sodium* – 133 mg/L<br>Hardness* – 0 mg/L<br>Total Coliform – > 200.5 colonies/100 mL<br><br>Well 2<br>Sodium* – 70.6 mg/L<br>Total Coliform – 200.5 colonies/100 mL<br><br>Well 3<br>pH – 8.6<br>Hardness* – 29 mg/L<br>Sodium* – 183 mg/L<br><br>Spring<br>Hardness* – 228 mg/L<br>E. Coli – 78.2 colonies/100 mL<br>Total Coliform – 200.5 colonies/100 mL<br>Turbidity – 7.36 NTU |

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

21

DEP(Hice_v._EQT)000196

On August 17, 2022, after being notified of your concern about the water quality of your Water Supplies, the Department began investigating your complaint. On August 24, 2022, the Department conducted a site visit and collected samples from the Water Supplies which are summarized in the attached tables. During the site visit, Well 1 was observed to buried underground. Samples collected from Well 1 were clear with no discernable odor. Samples collected from Well 2 were clear with no discernable odor. Samples collected from Well 3 were clear with no discernable odor. Samples collected from the Spring were clear with no discernable odor.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supplies. The closest oil and gas activity to Well 1 and Well 2 is the Robert W & Marion Stadelman B24 conventional well, operated by EQT Production Company ("EQT"), located about ████ southeast of Well 1 and ████ southeast of Well 2. The closest oil and gas activity to Well 3 is the Snider 1 conventional oil well, operated by Noumenon Group, located about ████ southwest. The closest oil and gas activity to the Spring is the Kuhn 1 conventional oil well, also operated by Noumenon Group, located about ████ ████ north. No recent activity appears to have occurred at these well sites.

The EQT Lumber Unconventional Well Site is over ████ from your Water Supplies. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supplies. The Water Supplies are hydrogeologically separated from the Lumber Well Site and the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supplies are in different watersheds than the Lumber Well Site and the Fox Hill 1 well.

Parameters typically associated with oil and gas activity were not observed in sample results from any of the Water Supplies. No prior sample data is available for the Water Supplies for comparison except for limited results from 2015 sampling events conducted on Well 1 and Well 2 prior to proposed mining activity in the area. This water quality data is generally comparable to Department sample results from August 2022, and no sample results indicate an impact by oil and gas activity. In Well 1 and Well 2, the levels of total coliform exceed primary drinking water standards and the sodium levels exceed the recommended range in 2022 samples, but neither were sampled in 2015. The presence of total coliform may suggest influence by surface water into the wellbores and the sodium levels appear to be a naturally occurring. Elevated sodium paired with elevated pH and low hardness in Well 1 and Well 3 indicates that the water supplies are being naturally softened by the bedrock layers in which they are completed. Natural softening occurs in semi-confining clay-rich bedrock layers which causes ion exchange, replacing calcium and magnesium with sodium.

Bacteria levels, E. coli and total coliform, and turbidity are elevated in the Spring. These parameters are commonly in exceedance of standards in springs due to the high influence by surface water. Hardness, which is composed mostly of calcium and magnesium, is also elevated in the Spring which appears to be a naturally occurring condition.

Since the water quality sample results do not indicate an impact by oil and gas fluids, the Water Supplies are hydrogeologically separate from the expected incident location, and no other nearby oil and gas activity appears to have occurred, the Water Supplies do not appear to have been

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

22

DEP(Hice_v._EQT)000197

impacted by oil and gas activity.

While the Department did not determine that oil and gas activities polluted your Water Supplies, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of sodium hardness and total coliform in Well 1, sodium and total coliform in Well 2, hardness and sodium in Well 3 and hardness, E. coli, total coliform and turbidity in the Spring as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.
The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.
A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

23

DEP(Hice_v._EQT)000198

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:

Exhibit A
Sample Results Summary Tables
Sample Results
Fact Sheet – Interpreting Water Supply Results

cc:     Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

24

DEP(Hice_v._EQT)000199

**CONFIDENTIAL**

**Exhibit A**



New Freeport, PA 15352



New Freeport, PA 15352

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

25

DEP(Hice_v._EQT)000200

## Water Sample Results Summary Tables

**Well 1**

| Parameter | | Unit | MCL, SMCL, RL* | Pre-Mining 1/15/2015 | Pre-Mining 8/04/2015 | DEP Sample 8/24/2022 |
|---|---|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | **8.59** | **8.60** | **8.6** H |
| | Alkalinity | mg/L | 30-500* | 220 | 225 | 224.4 |
| | Hardness | mg/L | 30-150* | NT | NT | **0** |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 (U) |
| | Chloride, Cl | mg/L | 250 | NA | NA | 25.67 |
| | Specific Conductance | µS/cm | No Standard | 505 | 498 | 517 |
| | Sulfate | mg/L | 250 | 19.4 | 21.7 | 11.73 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 298 |
| | Total Suspended Solids | mg/L | No Standard | 16 | NT | < 20 (U) |
| | Turbidity | NTU | 1* | NT | NT | < 1 |
| Total Metals | MBAS | mg/L | 0.5 | NT | NT | < 0.20 (U) |
| | Aluminum, Al | mg/L | 0.2 | 0.1640 | 0.0131 | < 0.015 (U) |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 (U) |
| | Barium, Ba | mg/L | 2 | NT | NT | < 0.010 (U) |
| | Calcium, Ca | mg/L | 75* | NT | NT | < 0.100 (U) |
| | Iron, Fe | mg/L | 0.3 | **7.830** | **0.369** | < 0.100 (U) |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 (U) |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | < 0.010 (U) |
| | Manganese, Mn | mg/L | 0.05 | 0.0260 | ND | < 0.010 (U) |
| | Potassium, K | mg/L | No Standard | NT | NT | < 1.00 (U) |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 (U) |
| | Sodium, Na | mg/L | 20* | NT | NT | **133** |
| | Strontium, Sr | mg/L | No Standard | NT | NT | < 0.010 (U) |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 (U) |
| Bacteria | E. Coli | Col/100mL | 0 | NT | NT | < 1.0 |
| | Total Coliform | Col/100mL | 0 | NT | NT | **> 200.5** |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter
NA – Not applicable

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

26

DEP(Hice_v._EQT)000201

**Well 2**

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mining 1/15/2015 | Pre-Mining 8/04/2015 | DEP Sample 8/24/2022 |
|---|---|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 8.01 | 8.16 | 8.2 H |
| | Alkalinity | mg/L | 30-500* | 200 | 199 | 205.6 |
| | Hardness | mg/L | 30-150* | NT | NT | 94 |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 (U) |
| | Chloride, Cl | mg/L | 250 | NA | NA | 22.54 |
| | Specific Conductance | µS/cm | No Standard | 575 | 510 | 451 |
| | Sulfate | mg/L | 250 | 13.6 | 21.9 | 8.06 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 264 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | < 20 (U) |
| | Turbidity | NTU | 1* | NT | NT | < 1 |
| Total Metals | MBAS | mg/L | 0.5 | NT | NT | < 0.20 (U) |
| | Aluminum, Al | mg/L | 0.2 | 0.0043 | ND | < 0.015 (U) |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 (U) |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.164 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 28.3 |
| | Iron, Fe | mg/L | 0.3 | 0.0149 | 0.0186 | < 0.100 (U) |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 (U) |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 5.58 |
| | Manganese, Mn | mg/L | 0.05 | ND | ND | < 0.010 (U) |
| | Potassium, K | mg/L | No Standard | NT | NT | < 1.00 (U) |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 (U) |
| | Sodium, Na | mg/L | 20* | NT | NT | **70.6** |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.233 |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 (U) |
| Bacteria | E. Coli | Col/100mL | 0 | NT | NT | < 1.0 |
| | Total Coliform | Col/100mL | 0 | NT | NT | **200.5** |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter
NA – Not applicable

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

27

DEP(Hice_v._EQT)000202

**Well 3**

| | Parameter | Unit | MCL, SMCL, RL* | Well 3 8/24/2022 |
|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | **8.6** H |
| | Alkalinity | mg/L | 30-500* | 362.6 |
| | Hardness | mg/L | 30-150* | **29** |
| | Bromide, Br | mg/L | No Standard | < 0.2 (U) |
| | Chloride, Cl | mg/L | 250 | 32.53 |
| | Specific Conductance | μS/cm | No Standard | 787 |
| | Sulfate | mg/L | 250 | 20.32 |
| | Total Dissolved Solids | mg/L | 500 | 464 |
| | Total Suspended Solids | mg/L | No Standard | < 20 (U) |
| | Turbidity | NTU | 1* | < 1 |
| Total Metals | MBAS | mg/L | 0.5 | < 0.20 (U) |
| | Aluminum, Al | mg/L | 0.2 | < 0.015 (U) |
| | Arsenic, As | mg/L | 0.01 | < 0.003 (U) |
| | Barium, Ba | mg/L | 2 | 0.1 |
| | Calcium, Ca | mg/L | 75* | 6.96 |
| | Iron, Fe | mg/L | 0.3 | < 0.100 (U) |
| | Lithium, Li | mg/L | No Standard | < 0.025 (U) |
| | Magnesium, Mg | mg/L | No Standard | 2.76 |
| | Manganese, Mn | mg/L | 0.05 | < 0.010 (U) |
| | Potassium, K | mg/L | No Standard | 1.35 |
| | Selenium, Se | mg/L | 0.05 | < 0.004 (U) |
| | Sodium, Na | mg/L | 20* | **183** |
| | Strontium, Sr | mg/L | No Standard | 0.2 |
| | Zinc, Zn | mg/L | 5 | < 0.030 (U) |
| Bacteria | E. Coli | Col/100mL | 0 | < 1.0 |
| | Total Coliform | Col/100mL | 0 | < 1.0 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit
   may be reported.
NT – Analysis was not performed for this parameter
NA – Not applicable

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

28

DEP(Hice_v._EQT)000203

**Spring**

| | Parameter | Unit | MCL, SMCL, RL* | Spring 8/24/2022 |
|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 7.9 H |
| | Alkalinity | mg/L | 30-500* | 240.8 |
| | Hardness | mg/L | 30-150* | **228** |
| | Bromide, Br | mg/L | No Standard | < 0.20 (U) |
| | Chloride, Cl | mg/L | 250 | 3.23 |
| | Specific Conductance | µS/cm | No Standard | 468 |
| | Sulfate | mg/L | 250 | 15.15 |
| | Total Dissolved Solids | mg/L | 500 | 270 |
| | Total Suspended Solids | mg/L | No Standard | 118 |
| | Turbidity | NTU | 1* | **7.36** |
| | MBAS | mg/L | 0.5 | < 0.20 (U) |
| Total Metals | Aluminum, Al | mg/L | 0.2 | 0.165 |
| | Arsenic, As | mg/L | 0.01 | < 0.003 (U) |
| | Barium, Ba | mg/L | 2 | 0.056 |
| | Calcium, Ca | mg/L | 75* | 61.9 |
| | Iron, Fe | mg/L | 0.3 | 0.18 |
| | Lithium, Li | mg/L | No Standard | < 0.025 (U) |
| | Magnesium, Mg | mg/L | No Standard | 17.8 |
| | Manganese, Mn | mg/L | 0.05 | < 0.010 (U) |
| | Potassium, K | mg/L | No Standard | 1.1 |
| | Selenium, Se | mg/L | 0.05 | < 0.004 (U) |
| | Sodium, Na | mg/L | 20* | 4.92 |
| | Strontium, Sr | mg/L | No Standard | 0.17 |
| | Zinc, Zn | mg/L | 5 | < 0.030 (U) |
| Bacteria | E. Coli | Col/100mL | 0 | **78.2** |
| | Total Coliform | Col/100mL | 0 | **200.5** |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit
   may be reported.
NT – Analysis was not performed for this parameter
NA – Not applicable

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

29

DEP(Hice_v._EQT)000204

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 035          **Date Collected:** 08/24/2022 10:00:00 AM          **Lab Sample ID:** I2022015037          Sta

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                                          **State:**

**Municipality:** Freeport Twp

▬▬▬▬▬▬▬

▬▬▬▬▬▬▬

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well 1 outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183552 | Intact: | Yes |
| Legal Seal: | I183551 | Intact: | Yes |
| Legal Seal: | I183550 | Intact: | Yes |

DEP(Hice

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 224.4 mg/L | 08/25/2022 04:44 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H  ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 08/29/2022 10:25 AM | ELEEDY |
| 01002H  ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/29/2022 10:25 AM | ELEEDY |
| 38260A  Automated MBAS | <0.20 mg/L  (U) | 08/25/2022 12:29 PM | MAMCNULTY |
| 01007M  BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 71870  BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/25/2022 05:21 PM | TVOROBEYCH |
| 00916A  CALCIUM, TOTAL (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 00900  HARDNESS, TOTAL (CALCULATED) | 0 mg/L | 08/26/2022 11:02 AM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M  IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 01132A  LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 00927A  MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 01055M  MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 00403  pH, Lab (Electrometric) | 8.6 pH units | 08/25/2022 04:44 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A  POTASSIUM, TOTAL (WATER & WASTE) BY ICP | <1.00 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 01147H  SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/29/2022 10:25 AM | ELEEDY |
| 00929A  SODIUM, TOTAL (WATER & WASTE) BY ICP | 133.00 mg/L | 08/26/2022 11:02 AM | CREITMEYER |
| 00095  SPECIFIC CONDUCTIVITY @ 25.0 C | 517.00 umhos/cm | 08/29/2022 06:06 PM | MTUZINSKI |
| 01082M  STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |
| 00403T  Temperature at which pH is measured | 18.64 C | 08/25/2022 04:44 PM | JAHOGUE |
| 00940  Total Chloride-Ion Chromatograph | 25.67 mg/L | 08/25/2022 05:21 PM | TVOROBEYCH |
| 70300  TOTAL DISSOLVED SOLIDS @ 180C | 298 mg/L | 08/25/2022 11:11 AM | JRONEMUS |
| 00945  Total Sulfate-Ion Chromatograph | 11.73 mg/L | 08/25/2022 05:21 PM | TVOROBEYCH |
| 00530  TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 08/25/2022 01:49 PM | JRONEMUS |
| 82079  TURBIDITY, NEPHELMETRIC | <1 NTU | 08/25/2022 12:44 PM | JAHOGUE |
| 01092A  ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L  (U) | 08/26/2022 11:02 AM | CREITMEYER |

DEP(Hice  v

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 036          **Date Collected:** 08/24/2022 10:00:00 AM          **Lab Sample ID:** B2022005840          St

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                                                      **State:**

**Municipality:** Freeport Twp

NEW FREEPORT PA. 15325

**Facility/Permit ID:** 059-28088                                      **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                      **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** Well 1 outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183553 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183554 | Intact: | Yes |

DEP(Hice

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT E. coli MPN | >410.6/100ml | 08/25/2022 09:43 AM | HEBLOSS |
| MMO-T Total Coliform MPN | >200.5 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 037          **Date Collected:** 08/24/2022 10:15:00 AM          **Lab Sample ID:** I2022015038          Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                                              **State:**

**Municipality:** Freeport Twp

███████████████
███████████████

NEW FREEPORT PA. 15325

**Facility/Permit ID:** 059-28088                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                              **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well 2 outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183547 | Intact: | Yes |
| --- | --- | --- | --- |
| Legal Seal: | I183546 | Intact: | Yes |
| Legal Seal: | I183545 | Intact: | Yes |

**DEP(Hice_**

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 205.6 mg/L | 08/25/2022 05:16 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 08/29/2022 10:28 AM | ELEEDY |
| 01002H   ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/29/2022 10:28 AM | ELEEDY |
| 38260M   Automated MBAS | <0.20 mg/L  (U) | 08/25/2022 12:33 PM | MAMCNULTY |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.164 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/25/2022 05:34 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 28.300 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 94 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 08/26/2022 11:07 AM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/26/2022 11:07 AM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 5.58 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 11:07 AM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 8.2 pH units | 08/25/2022 05:16 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | <1.00 mg/L  (U) | 08/26/2022 11:07 AM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/29/2022 10:28 AM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 70.60 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 451.00 umhos/cm | 08/29/2022 06:09 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.233 mg/L | 08/26/2022 11:07 AM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 18.48 C | 08/25/2022 05:16 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 22.54 mg/L | 08/25/2022 05:34 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 264 mg/L | 08/25/2022 11:11 AM | JRONEMUS |
| 00945   Total Sulfate-Ion Chromatograph | 8.06 mg/L | 08/25/2022 05:34 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 08/25/2022 01:49 PM | JRONEMUS |
| 82079   TURBIDITY, NEPHELMETRIC | <1 NTU | 08/25/2022 12:45 PM | JAHOGUE |
| 01092A   ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L  (U) | 08/26/2022 11:07 AM | CREITMEYER |

**DEP(Hice_v**

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 038                **Date Collected:** 08/24/2022 10:15:00 AM                **Lab Sample ID:** B2022005841                Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                                                                    **State:**

**Municipality:** Freeport Twp

███████████████

████████████████████

NEW FREEPORT PA. 15325

**Facility/Permit ID:** 059-28088                                    **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                            **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well 2 outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | 1183548 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | 1183549 | Intact: | Yes |

**DEP(Hice_v**

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the r * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 042          **Date Collected:** 08/24/2022 11:05:00 AM          **Lab Sample ID:** I2022015029          Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp

███████████████

███████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well 3 outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183472 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183471 | Intact: | Yes |
| Legal Seal: | I183470 | Intact: | Yes |

40

**DEP(Hice_v**

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 362.6 mg/L | 08/25/2022 04:02 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 08/29/2022 09:40 AM | ELEEDY |
| 01002H   ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/29/2022 09:40 AM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 08/25/2022 12:00 PM | MAMCNULTY |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.100 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/25/2022 04:16 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 6.960 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 29 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 08/26/2022 01:30 PM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/26/2022 01:30 PM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 2.76 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 01:30 PM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 8.6 pH units | 08/25/2022 04:02 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.35 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/29/2022 09:40 AM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 183.00 mg/L | 09/15/2022 01:30 PM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 787.00 umhos/cm | 08/29/2022 05:39 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.200 mg/L | 08/26/2022 01:30 PM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 18.69 C | 08/25/2022 04:02 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 32.53 mg/L | 08/25/2022 04:16 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 464 mg/L | 08/25/2022 11:11 AM | JRONEMUS |
| 00945   Total Sulfate-Ion Chromatograph | 20.32 mg/L | 08/25/2022 04:16 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 08/25/2022 01:49 PM | JRONEMUS |
| 82079   TURBIDITY, NEPHELMETRIC | <1 NTU | 08/25/2022 12:37 PM | JAHOGUE |
| 01092A   ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L  (U) | 08/26/2022 01:30 PM | CREITMEYER |

**DEP(Hice_v**

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 043    **Date Collected:** 08/24/2022 11:05:00 AM    **Lab Sample ID:** B2022005843    Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene    **State:**

**Municipality:** Freeport Twp

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088    **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**    **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well 3, outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183473 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183474 | Intact: | Yes |

43

**DEP(Hice_v**

| MMOECT | E. coli MPN | <1.0 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |
| MMO-T | Total Coliform MPN | <1.0 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the r* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 044                **Date Collected:** 08/24/2022 11:15:00 AM              **Lab Sample ID:** I2022015030              Sta

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                                                                    **State:**

**Municipality:** Freeport Twp

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                    **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                        **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** spring

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183469 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183468 | Intact: | Yes |
| Legal Seal: | I183467 | Intact: | Yes |

**DEP(Hice_v**

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 240.8 mg/L | 08/25/2022 04:10 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 165.000 ug/L | 08/29/2022 09:43 AM | ELEEDY |
| 01002H   ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/29/2022 09:43 AM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 08/25/2022 12:04 PM | MAMCNULTY |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.056 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/25/2022 04:29 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 61.900 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 228 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.180 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/26/2022 01:32 PM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 17.80 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 08/26/2022 01:32 PM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 7.9 pH units | 08/25/2022 04:10 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.10 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/29/2022 09:43 AM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 4.92 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 468.00 umhos/cm | 08/29/2022 05:42 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.170 mg/L | 08/26/2022 01:32 PM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 18.68 C | 08/25/2022 04:10 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 3.23 mg/L | 08/25/2022 04:29 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 270 mg/L | 08/25/2022 11:11 AM | JRONEMUS |
| 00945   Total Sulfate-Ion Chromatograph | 15.15 mg/L | 08/25/2022 04:29 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | 118 mg/L | 08/25/2022 01:49 PM | JRONEMUS |
| 82079   TURBIDITY, NEPHELMETRIC | 7.36 NTU | 08/25/2022 12:37 PM | JAHOGUE |
| 01092A   ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L  (U) | 08/26/2022 01:32 PM | CREITMEYER |

DEP(Hice_v

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 045          **Date Collected:** 08/24/2022 11:15:00 AM          **Lab Sample ID:** B2022005844          Stat

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp

███████████████

███████████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** spring

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | 1183465 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | 1183466 | Intact: | Yes |

**DEP(Hice_v**

| Test Code / CAS # | Description | Reported Results | Date And Time Analyzed | Approved By |
|---|---|---|---|---|
| MMOECT | E. coli MPN | 78.2 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |
| MMO-T | Total Coliform MPN | 200.5 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the re
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension
## Agricultural and Biological Engineering

## How to Interpret a Water Analysis Report          F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

***         ANALYTICAL LABORATORY REPORT         ***

Client: Client's name                          Collected by: KM

Project: Analytical Laboratory Services        Project Number: CL000001

Date Collected: 08/28/90                        Time Collected: 7:35 am

Sample Identification: Kitchen Tap              Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4 55 | mg/l |
| pH | 7 50 | units |
| Iron | 0 55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
                    Laboratory Manager

*Figure 1. A sample water analysis report*

DEP(Hice_v._EQT)000225

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000226

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

**testing ask for publication** *Water Tests: What Do the Numbers Mean?* **at your local extension office or from the following sources.**
    Please access:
    Website:   http://wqext.psu.edu
    Email:     mxb16@psu.edu
    Fax:       (814) 863-1031
    Phone:     (814) 865-7685


    **For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

    Website:   http://www.age.psu.edu
    Email:     aqm5@psu.edu
    Address:   Penn State
               **246 Agricultural Engineering Bldg. University Park, PA  16802**
    Phone:     (814) 865-7685
    Fax:       (814) 863-1031

PSU  rev. 8/01

DEP(Hice_v._EQT)000227

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000228



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 9, 2023

**CERTIFIED MAIL NO.** ███████████

Re:     Water Supply Request for Investigation 366583
        Negative Determination – 58 Pa. C.S § 3218
        Freeport Township, Greene County

Dear ███████████  :

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above/Below Statewide Standards or Recommended Levels* |
|---|---|---|
| August 29, 2022 | Odor change and more frequent changing of cartridge filters | pH – 8.8<br>Hardness* – 4 mg/L<br>Sodium* – 180 mg/L<br>Total Coliform – 118.4 colonies/100 mL |

On August 29, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On August 31, 2022 and January 3, 2023, the Department conducted site visits and collected samples from the Water Supply which are summarized in the attached table. On August 31, 2022, the water samples were clear and had a slight sulfur-like odor present. On January 3, 2023, the water samples were clear with no discernable odor.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest known oil and gas activity to your Water Supply is the Kiger B-5 conventional gas well, operated by CNX Gas Company, located about ███████ east of your Water Supply. No recent activity appears to have occurred at this well site.

As you reported, an abandoned gas well may be located on your property. Because no methane was detected nearby that well, it does not appear to be leaking. Therefore, methane in your Water Supply does not appear to originate from the abandoned well. Also, the abandoned well does not

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

54

DEP(Hice_v._EQT)000229

appear to be impacting the Water Supply because sample results from the Water Supply do not indicate elevated parameters indicative of oil and gas impact.

The EQT Production Company ("EQT") Lumber Well Site is over ███████ from your Water Supply and the Fox Hill 1 conventional well where the expected communication incident occurred is about ███████ from your Water Supply. Activity occurring at those well sites at that distance are unlikely to cause an impact to your Water Supply. The Water Supply is located upstream and across Pennsylvania Fork Fish Creek from the Fox Hill 1 well, which provides a hydraulic divide. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

No prior sample data is available for the Water Supply for comparison except for limited results from 2015 and 2017 sampling events conducted prior to proposed mining activity in the area which did not include analysis of dissolved gases. This water quality data is comparable to Department sample results from August 2022. The level of total coliform in the Water Supply exceeds primary drinking water standards and the hardness level is less than the recommended range in 2022 samples but neither were sampled in 2015 or 2017. These parameters are not indicative of oil and gas activities. The presence of total coliform may suggest influence by surface water into the wellbore. The low hardness levels (calcium and magnesium), paired with elevated sodium and pH levels, suggest that the water is being naturally softened by the bedrock layers in which the water well is completed. Natural softening occurs in semi-confining clay-rich bedrock layers which causes ion exchange, replacing calcium and magnesium with sodium.

On January 3, 2023, the Department collected an additional sample from the Water Supply for dissolved gas analysis because you reported the presence of methane in samples collected by a third party. Dissolved methane and ethane were detected in the Water Supply at low levels in the January 3, 2023 Department sample, which appears to be common occurrence in water supply wells in this area. Recent sampling conducted in this area by EQT has identified low levels of methane in numerous wells within similar geologic/topographic settings as your Water Supply. "Gas fingerprinting" (isotopic) analysis of several of the samples indicated that the source of gas is biogenic and unrelated to oil and gas activity. The gas in this area appears to be formed by microbial processes via the $CO_2$ reduction pathway which can form in alluvial, lacustrine and glacial outwash deposits.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the odor that you reported in the Water Supply. The presence of these bacteria may also result the sediment filters needing to be changed more frequently.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of sodium, total coliform and hardness as identified above and also set forth in the attached sampling results.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

55

DEP(Hice_v._EQT)000230

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.
The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION**.

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

56

DEP(Hice_v._EQT)000231

Enclosures:
        Exhibit A
        Sample Results Summary Table
        Sample Results
        Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

57

DEP(Hice_v._EQT)000232

**CONFIDENTIAL**

**Exhibit A**

Holbrook, PA 15341

DEP(Hice_v._EQT)000233

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, MSC, RL* | Pre-Mine Sample 1/13/2015 | Pre-Mine Sample 10/26/2017 | DEP Sample 8/31/2022 | DEP Sample 1/3/2023 |
|---|---|---|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | **8.92** | 7.92 | **8.8** H | NT |
| | Alkalinity | mg/L | 30-500* | 268 | 240 | 276.4 | NT |
| | Hardness | mg/L | 30-150* | NT | NT | **4** | NT |
| | Bromide, Br | mg/L | n/a | NT | NT | < 0.2 U | NT |
| | Chloride, Cl | mg/L | 250 | NA | NA | 82.61 | NT |
| | Specific Conductance | µS/cm | n/a | 686 | 794 | 760 | NT |
| | Sulfate | mg/L | 250 | 4.84 | 1.43 | 1.53 | NT |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 408 | NT |
| | Total Suspended Solids | mg/L | n/a | ND | 6 | < 20 U | NT |
| | Turbidity | NTU | 1* | NT | NT | < 1 | NT |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | 0.0104 | 0.032 | 0.0193 | NT |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U | NT |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.054 | NT |
| | Calcium, Ca | mg/L | 75* | NT | NT | 1.36 | NT |
| | Iron, Fe | mg/L | 0.3 | 0.0214 | **4.19** | < 0.100 U | NT |
| | Lithium, Li | mg/L | n/a | NT | NT | < 0.025 U | NT |
| | Magnesium, Mg | mg/L | n/a | NT | NT | 0.23 | NT |
| | Manganese, Mn | mg/L | 0.05 | 0.0056 | **0.0635** | < 0.010 U | NT |
| | Potassium, K | mg/L | n/a | NT | NT | < 1.00 U | NT |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 U | NT |
| | Sodium, Na | mg/L | 20* | NT | NT | 180 | NT |
| | Strontium, Sr | mg/L | n/a | NT | NT | 0.046 | NT |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 U | NT |
| **Bacteria** | E. Coli | Col/100mL | 0 | NT | NT | < 1.0 | NT |
| | Total Coliform | Col/100mL | 0 | NT | NT | **118.4** | NT |
| | Slime-Forming Bacteria | Col/mL | n/a | NT | NT | 440000 | NT |
| | Iron-Related Bacteria | Col/mL | n/a | NT | NT | 2200 | NT |
| | Sulfate-Reducing Bacteria | Col/mL | n/a | NT | NT | < 75 | NT |
| **Dissolved Gases** | Ethane | mg/L | n/a | NT | NT | NT | 0.0298 |
| | Ethane Duplicate | mg/L | n/a | NT | NT | NT | 0.0124 U |
| | Methane | mg/L | DEP Action Level - 7 | NT | NT | NT | 3.24 |
| | Methane Duplicate | mg/L | | NT | NT | NT | 1.57 |
| | Propane | mg/L | n/a | NT | NT | NT | 0.0142 U |
| | Propane Duplicate | mg/L | n/a | NT | NT | NT | 0.0142 U |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000234

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 050          **Date Collected:** 08/31/2022 09:15:00 AM          **Lab Sample ID:** I2022015423          Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 09/01/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp



HOLBROOK PA. 15341

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183537 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183536 | Intact: | Yes |
| Legal Seal: | I183535 | Intact: | Yes |

**DEP(Hice_v**

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 276.4 mg/L | 09/01/2022 07:09 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 19.300 ug/L | 09/02/2022 12:00 PM | ELEEDY |
| 01002H   ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 09/02/2022 12:00 PM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 09/02/2022 10:17 AM | MAMCNULTY |
| ** Comment ** Possble Matrix Interference | | | |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.054 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 09/07/2022 01:53 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 1.360 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 4 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 09/08/2022 12:07 PM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 09/08/2022 12:07 PM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 0.23 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 09/08/2022 12:07 PM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 8.8 pH units | 09/01/2022 07:09 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | <1.00 mg/L  (U) | 09/08/2022 12:07 PM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 09/02/2022 12:00 PM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 180.00 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 760.0 umhos/cm | 09/07/2022 03:36 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.046 mg/L | 09/08/2022 12:07 PM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 19.64 C | 09/01/2022 07:09 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 82.61 mg/L | 09/07/2022 03:44 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 408 mg/L | 09/01/2022 11:11 AM | JRONEMUS |
| 00945   Total Sulfate-Ion Chromatograph | 1.53 mg/L | 09/07/2022 01:53 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 09/01/2022 10:45 AM | JRONEMUS |
| 82079   TURBIDITY, NEPHELMETRIC | <1 NTU | 09/01/2022 11:37 AM | JAHOGUE |

DEP(Hice_v

J - Indicates an estimated value reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 051      **Date Collected:** 08/31/2022 09:15:00 AM      **Lab Sample ID:** B2022006100     Sta

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 09/01/2022

**County:** Greene                 **State:**

**Municipality:** Freeport Twp

████████████

████████████████

HOLBROOK PA. 15341

**Facility/Permit ID:** 059-28088                 **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B016

**Matrix:** Water

| Legal Seal: | I183539 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183538 | Intact: | Yes |

DEP(Hice_v

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT   E. coli MPN | <34 cf/100mL | 09/01/2022 08:54 AM | HEBLOSS |
| 99031   Iron Bacteria* | 2200 cfu/mL | 09/01/2022 09:13 AM | HEBLOSS |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99033   Slime Bacteria* | 440000 cfu/mL | 09/01/2022 09:13 AM | HEBLOSS |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99032   Sulfur Bacteria* | <75 cfu/mL | 09/01/2022 09:13 AM | HEBLOSS |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| MMO-T   Total Coliform MPN | 118.4 cf/100mL | 09/01/2022 08:54 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the r
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v

## Analytical Report For
## Oil And Gas Mgmt

**Sample ID:** 9557 070          **Date Collected:** 01/03/2023 01:20:00 PM          **Lab Sample ID:** O2023000003          Sta

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 01/04/2023

**County:** Greene          **State:**

**Municipality:** Freeport Twp

▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬

HOLBROOK PA. 15341

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I176347 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176346 | Intact: | Yes |

**DEP(Hice_v**

| Test Code | Description | Reported Results | Date And Time Analyzed | Approved by |
|-----------|-------------|------------------|------------------------|-------------|
| 74840 | Ethane | 29.8 ug/L | 01/10/2023 02:00 AM | DACLEMENS |

Continuing calibration recoveries low. Results and/or reporting limits may be biased low.

| 74828 | Methane | 3240 ug/L | 01/10/2023 02:00 AM | DACLEMENS |

Continuing calibration recoveries low. Results and/or reporting limits may be biased low.

| 74986 | Propane | 14.2 ug/L  (U) | 01/10/2023 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the r
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

ORGANICS LABORATORY QUALIFIERS
------------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the cal bration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colu
    (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 071          **Date Collected:** 01/03/2023 01:22:00 PM          **Lab Sample ID:** O2023000004          Sta

**Name of Sample Collector:** Jena Lexie

**Date Received:** 01/04/2023

**County:** Greene                                          **State:**

**Municipality:** Freeport Twp

HOLBROOK PA. 15341

**Facility/Permit ID:** 059-28088                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I176345 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176344 | Intact: | Yes |

DEP(Hice_v

| 74840 | Ethane | 12.4 ug/L  (U) | 01/10/2023 02:00 AM | DACLEMENS |
| 74828 | Methane | 1570 ug/L | 01/10/2023 02:00 AM | DACLEMENS |

Continuing calibration recoveries low. Results and/or reporting limits may be biased low.

| 74986 | Propane | 14.2 ug/L  (U) | 01/10/2023 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented
meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS
-------------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colu
(e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

**DEP(Hice_**

# PENNSTATE



College of Agricultural Sciences     Cooperative Extension

## *Agricultural and Biological Engineering*

---

## How to Interpret a Water Analysis Report                F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

*** ANALYTICAL LABORATORY REPORT ***

Client: Client's name                                Collected by: KM

Project: Analytical Laboratory Services              Project Number: CL000001

Date Collected: 08/28/90                             Time Collected: 7:35 am

Sample Identification: Kitchen Tap                   Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4 55 | mg/l |
| pH | 7 50 | units |
| Iron | 0 55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:
The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by: _____
                        Laboratory Manager

*Figure 1. A sample water analysis report*

---

An Equal Opportunity University     College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

DEP(Hice_v._EQT)000244

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

\* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000245

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

**testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.**

Please access:
Website:   http://wqext.psu.edu
Email:     mxh16@psu.edu
Fax:       (814) 863-1031
Phone:     (814) 865-7685

**For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

Website:   http://www.age.psu.edu
Email:     aqm5@psu.edu
Address:   Penn State
           246 Agricultural Engineering Bldg.
           University Park, PA  16802
Phone:     (814) 865-7685
Fax:       (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000246

*Table 3.  Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4.  Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities.  It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment.  The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University.  Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA  16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000247



August 1, 2023

**CERTIFIED MAIL NO.** ███████████████

Re:     Water Supply Request for Investigation [366763]
        58 Pa. C.S § 3218 Determination – Not Able to Contact
        Freeport Township, Greene County

Dear ████████████

On August 26, 2022, the Department received a water supply complaint notification from you that oil and gas activities may have influenced your water supply listed in Exhibit A. In response to this notification, a complaint investigation was initiated.

On September 12, 2022, the Department received a phone call from you stating the there was no longer a need for the Department to conduct the water supply complaint investigation due to determining that the source of the reported issue was caused by the hot water tank and not oil and gas activities. It was indicated that the reported issue was determined to be the hot water tank as the issue resolved when the tank was replaced before the Departments scheduled visit.

In response to this verbal notification and in order to close the complaint, the Department attempted to contact you via telephone at (878) 379-6154 on April 17, 2023 and June 5, 2023 to request a formal complaint withdrawal in writing.

This correspondence is a result of the Department's inability to contact you.  If you do not respond within 14 days of the receipt of this correspondence, the Department will consider this as you declining to have the Department continue the water supply investigation and the complaint will be closed.  Closure of this investigation does not prevent you from contacting the Department with a complaint or with other information.

Please contact Jena Lexie at 724-769-1034 if you have any questions.

Sincerely,

Alexandria Barravecchio
Environmental Group Manager
District Oil and Gas Operations

DEP(Hice_v._EQT)000248

cc: Jena Lexie
　　Complaint File 366763

**CONFIDENTIAL**
**Exhibit A**

███████████

New Freeport, PA 15352

(Rev. 08/04/2015)

DEP(Hice_v._EQT)000249



## pennsylvania
### DEPARTMENT OF ENVIRONMENTAL PROTECTION

March 29, 2023

**CERTIFIED MAIL NO.** ███████████

Re:    Water Supply Request for Investigation 365147
       Negative Determination – 58 Pa. C.S § 3218
       ~~Springhill Township, Greene County~~

Dear ████████████

The Department has completed its investigation of your water supplies listed in Exhibit A ("Water Supplies"). Based on the sample results and other information obtained to date, the Department has determined that the Water Supplies ("Spring 1" and "Spring 2") were not adversely affected by oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well. This information is summarized below.

### CASE INFORMATION

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels |
|---|---|---|
| June 29, 2022 | Concern with water quality following incident at the EQT Production Company ("EQT") Lumber Well Pad | Spring 1 Aluminum – 0.366 mg/L Iron – 0.356 mg/L Turbidity – 6.63 mg/L |

On June 29, 2022, after being notified of your concern about the water quality of your Water Supplies, the Department began investigating your complaint. On June 30, 2022, the Department conducted a site visit and collected samples from the Water Supplies. The analytical results from these samples are comparable to analytical results from 2020 ("pre-drill values") and do not indicate an impact form oil and gas related fluids. Specifically, the "pre" and "post" drilling sample results from your Water Supplies are comparable, except for a few parameters discussed in further detail below. This means that your water quality has not appreciably changed since nearby oil and gas activities commenced.

The Department also investigated nearby oil and gas activities to determine possible pathways of contamination to the Water Supply. No such pathways have been identified. Department records indicate that the closest gas well to your Water Supplies is a conventional well, operated by Mountain Energy, located about ███████ northeast of your residence. No recent activity has been reported at this site. Unconventional wells on the EQT Lumber Well Pad are located about ███

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

75

DEP(Hice_v._EQT)000099

████ from your residence. While drilling at this site has occurred recently, it is unlikely to have caused an impact to your Water Supplies. The Water Supplies springs are located in a different watershed than that of the EQT Lumber Pad. Based on topography, the water recharge source area for the Water Supplies appear to be north/northeast of their discharge points, away from the EQT Lumber Pad. In addition, drilling or surface disturbances of the Lumber wells would not be expected to impact springs so close to the surface, especially at distances over ████████ which are in a different watershed; topographically secluded from the Lumber Pad.

The sample results from the Water Supplies are summarized in the attached table. Total metals in Spring 1, including aluminum and iron, were in exceedance of secondary drinking water standards in Department sample results, and elevated over pre-drill values. These are naturally occurring minerals in the earth's crust and abundant in soil. Springs are high influenced by surface water and commonly exhibit elevated turbidity (sediment), especially after precipitation events. The elevated turbidity level in Spring 1 suggests that the elevated total metals are suspended within the sediment. Dissolved metal analysis, conducted by EQT, did not detect any dissolved aluminum or iron in Spring 1, which supports that sediment is the source of the metals. The increase in these parameters over pre-drill values, can be attributed to differences in rainfall prior to the sampling events. In the month prior to sampling in 2020, approximately 1.29 inches of rain was reported, while in the month prior to sampling in 2022, 5.36 inches of rain was reported. The increased rainfall before the 2022 sampling, would have mobilized additional sediment, causing increased turbidity and total metals.

No parameters were in exceedance of drinking water standards in the Department sample results of Spring 2. The EQT sample indicated a slightly elevated turbidity level which can be attributed to natural variation due to the additional rainfall.

Overall, the water quality of the Water Supplies is comparable to pre-drill data. Any observed exceedances can be attributed to natural variations expected in springs and/or differences in precipitation prior to the sampling events. No evidence of an oil and gas impact is present in the water sample results from either spring.

While the Department did not determine that oil and gas activities polluted your Water Supplies, please do note that your water quality in Spring 1 does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions to Spring 1 regarding the levels of aluminum, iron and turbidity as identified above and also set forth in the attached sampling results. Use of a sediment filter would likely mitigate elevated levels of these parameters.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A. The Board's address is:

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

76

DEP(Hice_v._EQT)000100

Environmental Hearing Board
Rachel Carson State Office Building, Second Floor
400 Market Street
P.O. Box 8457
Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
    Exhibit A
    Sample Results Table
    Sample Results
    Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File
       OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

77

DEP(Hice_v._EQT)000101

**CONFIDENTIAL**

**Exhibit A**

New Freeport, PA 15352

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

78

DEP(Hice_v._EQT)000102

DEP(Hice_v._EQT)000103

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| pH | | 6.5-8.5 | 7.26 | 7.3 # | .7.69 | 7.27 | 7.6 |
| Alkalinity | mg/L | 30-300* | 75.8 | 72.2 | 72 | 114 | 122 |
| Hardness | mg/L | 30-150* | 82.9 | 81 | 85.9 | 139 | 1 |
| Bromide | mg/L | No Standard | <0.400 | <0.2 U | <0.072 U | <0.400 | <0.2 |
| Chloride | mg/L | 250 | <2.00 | 0.67 | 0.868 | 2.99 | 2. |
| Specific Conductance | µS/cm | No Standard | 171 | 160.7 | 165 | 275 | 2 |
| Sulfate | mg/L | 250 | 8.77 | 7.08 | 7.11 | 23 | 21 |
| Total Dissolved Solids | mg/L | 500 | 26 | 118 | 72 | 64 | 1 |
| Total Suspended Solids | mg/L | No Standard | 1.6 | <20 U | <4.00 | <0.800 | <20 |
| Turbidity | NTU | 1** | **3.81** | **6.63** | **2.67** | <1.00 | < |
| Total Aluminum | mg/L | 0.2 | <0.100 | **0.366** | **0.305** | <0.100 | 0.02 |
| Dissolved Aluminum | mg/L | | NT | NT | <0.0756 U | NT | N |
| Total Arsenic | mg/L | 0.01 | <0.008 | <0.003 U | <0.00394 U | <0.008 | <0.003 |
| Total Barium | mg/L | 2 | 0.0498 | 0.051 | 0.0497 | 0.0665 | 0.0 |
| Total Calcium | mg/L | 75* | 23.7 | 24.7 | 25.4 | 40.8 | 41 |
| Total Iron | mg/L | 0.3 | <0.200 | **0.356** | 0.277 | <0.200 | <0.100 |
| Dissolved Iron | mg/L | | NT | NT | <0.185 U | NT | N |
| Total Lithium | mg/L | No Standard | <0.0100 | <0.025 U | <0.00720 U | <0.0100 | <0.025 |
| Total Magnesium | mg/L | No Standard | 5.76 | 4.78 | 5.48 | 9.15 | 8. |
| Total Manganese | mg/L | 0.05 | <0.0200 | <0.010 U | <0.0124 U | <0.0200 | <0.010 |
| Total Potassium | mg/L | No Standard | 1.72 | 1.48 | 1.55 | 1.96 | 1. |
| Total Selenium | mg/L | 0.05 | <0.0200 | <0.004 U | <0.00167 U | <0.0200 | <0.004 |
| Total Sodium | mg/L | 20* | 2.52 | 1.99 | 2.32 | 5.42 | 4. |
| Total Strontium | mg/L | No Standard | 0.116 | 0.102 | 0.109 | 0.156 | 0.1 |
| Total Zinc | mg/L | 5 | <0.0200 | <0.030 U | <0.0101 U | <0.0200 | <0.030 |

**Bold** font indicates an exceedance of standard or recommended level

**Turbidity standard applicable only to unfiltered water sources

#: Holding time exceeded; U: Analysis was performed for the test, but it was not detected; NT: Analysis was not performed

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9542 003          Date Collected: 06/30/2022 09:45:00 AM          Lab Sample ID: I2022011521          Status:

Name of Sample Collector: Jessica M Hirsch

Date Received: 07/01/2022

County: Greene                                          State:

Municipality: Springhill Twp



NEW FREEPORT PA. 15352

Facility/Permit ID: 059-28088                          FIX ID: 845836

Facility: LUMBER 13H

Sub-Facility:                                          FIX ID: 0

Name:

Sample Medium: Ground Water

Sample Medium Type: Water

Location: bailed from spring 1 holding tank

Reason: Complaint

Project: NOT INDICATED

Standard Anlysis: 946

Matrix: Water

| Field Tests | | |
|---|---|---|
| pH | 6.80 | pH units |
| Specific Conductance | 0.166 | mS/cm |

DEP(Hice_v._EQT)000104

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410  ALKALINITY AS CaCO3 @ pH 4.5 | 72.2 mg/L | 07/01/2022 12:47 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H  ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 366.000 ug/L | 07/05/2022 01:35 PM | ELEEDY |
| 01002H  ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 07/05/2022 01:35 PM | ELEEDY |
| 38260A  Automated MBAS | <0.20 mg/L  (U) | 07/01/2022 12:34 PM | MBOTTS |
| 01007M  BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.051 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 71870  BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 07/01/2022 12:44 PM | TVOROBEYCH |
| 00916A  CALCIUM, TOTAL (WATER & WASTE) BY ICP | 24.700 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 00900  HARDNESS, TOTAL (CALCULATED) | 81 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M  IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.356 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 01132A  LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 07/05/2022 12:02 PM | CREITMEYER |
| 00927A  MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 4.78 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 01055M  MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 07/05/2022 12:02 PM | CREITMEYER |
| 00403  pH, Lab (Electrometric) | 7.3 pH units | 07/01/2022 12:47 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A  POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.48 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 01147H  SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 07/05/2022 01:35 PM | ELEEDY |
| 00929A  SODIUM, TOTAL (WATER & WASTE) BY ICP | 1.99 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 00095  SPECIFIC CONDUCTIVITY @ 25.0 C | 160.70 umhos/cm | 07/01/2022 01:39 PM | MAMCNULTY |
| 01082M  STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.102 mg/L | 07/05/2022 12:02 PM | CREITMEYER |
| 00403T  Temperature at which pH is measured | 19.77 C | 07/01/2022 12:47 PM | JAHOGUE |
| 00940  Total Chloride-Ion Chromatograph | 0.67 mg/L | 07/01/2022 12:44 PM | TVOROBEYCH |
| 70300  TOTAL DISSOLVED SOLIDS @ 180C | 118 mg/L | 07/01/2022 12:00 AM | SCOOVER |
| 00945  Total Sulfate-Ion Chromatograph | 7.08 mg/L | 07/01/2022 12:44 PM | TVOROBEYCH |
| 00530  TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 07/01/2022 12:02 PM | JRONEMUS |

DEP(Hice_v_EQT)000105

2 of

meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the report.
* denotes tests that the laboratory is not accredited for

Case 2:24-cv-00896-WSH    Document 34-11    Filed 09/20/24    Page 83 of 288

U – Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J – Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000106

## Analytical Report For
## Oil And Gas Mgmt

Sample ID: 9542 004          Date Collected: 06/30/2022 10:15:00 AM          Lab Sample ID: I2022011522          Status:

Name of Sample Collector: Jessica M Hirsch
Date Received: 07/01/2022

County: Greene          State:
Municipality: Springhill Twp

██████████████████

NEW FREEPORT PA. 15352

Facility/Permit ID: 059-28088          FIX ID: 845836
Facility: LUMBER 13H
Sub-Facility:          FIX ID: 0
Name:

Sample Medium: Ground Water
Sample Medium Type: Water

Location: Spring 2
Reason: Complaint
Project: NOT INDICATED
Standard Anlysis: 946
Matrix: Water

| Field Tests | | |
|---|---|---|
| pH | 7.24 | pH units |
| Specific Conductance | 0.284 | mS/cm |

DEP(Hice_v._EQT)000107

1 of

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 122.6 mg/L | 07/01/2022 01:10 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 26.300 ug/L | 07/07/2022 01:05 PM | ELEEDY |
| 01002H   ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 07/05/2022 01:38 PM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 07/01/2022 12:37 PM | MBOTTS |
| 01007M   BARIUM, TOTAL  in MG/L.(WATER & WASTE) BY ICP | 0.064 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 07/01/2022 01:12 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 41.700 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 140 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 07/05/2022 12:05 PM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 07/05/2022 12:05 PM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 8.77 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 07/05/2022 12:05 PM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 7.6 pH units | 07/01/2022 01:10 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.74 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 07/05/2022 01:38 PM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 4.91 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 288.00 umhos/cm | 07/01/2022 01:42 PM | MAMCNULTY |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.154 mg/L | 07/05/2022 12:05 PM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 19.87 C | 07/01/2022 01:10 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 2.87 mg/L | 07/01/2022 01:12 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 170 mg/L | 07/01/2022 12:00 AM | SCOOVER |
| 00945   Total Sulfate-Ion Chromatograph | 21.10 mg/L | 07/01/2022 01:12 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 07/01/2022 12:02 PM | JRONEMUS |

DEP(Hice_v._EQT)000108

2 o

meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the laboratory. Any exceptions are listed in the report.

* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000109

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension
*Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report          F 103

Paul D. Robillard, Assistant Professor of Agricultural Engineering
William E. Sharpe, Professor of Forest Hydrology
Bryan R. Swistock, Extension Associate

**W**hether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

---

*** ANALYTICAL LABORATORY REPORT ***

Client: Client's name

Collected by: KM

Project: Analytical Laboratory Services

Project Number: CL000001

Date Collected: 06/28/99

Time Collected: 7:35 am

Sample Identification: Kitchen Tap

Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by: _____
Laboratory Manager

*Figure 1. A sample water analysis report*

---

An Equal Opportunity University          College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

86

DEP(Hice_v._EQT)000110

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report.* See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters.* The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000111

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpalatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

## Additional Resources

For more detailed information about water

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.

Please access:
Website:   http://wqext.psu.edu
Email:     mxh16@psu.edu
Fax:       (814) 863-1031
Phone:     (814) 865-7685

For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:

Website:   http://www.age.psu.edu
Email:     aqm5@psu.edu
Address:   Penn State
           246 Agricultural Engineering Bldg.
           University Park, PA  16802
Phone:     (814) 865-7685
Fax:       (814) 863-1031

PSU *rev. 8/01*

DEP(Hice_v._EQT)000112

Table 3. *Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

Table 4. *Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

\* *level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000113



May 19, 2023

**CERTIFIED MAIL NO.** ▮▮▮▮▮▮▮▮▮

Re:    Water Supply Request for Investigation 365276
       Negative Determination – 58 Pa. C.S § 3218
       New Freeport Township, Greene County

Dear ▮▮▮▮▮▮▮

The Department has completed its investigation of your water supplies listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department has determined that the Water Supply (Spring 1) was not adversely affected by oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels |
|---|---|---|
| July 5, 2022 | Concern with water quality at Spring 1 following incident at the EQT Production Company ("EQT") Lumber Well Pad | DEP Sample (7/5/2022): No Exceedances<br><br>EQT Sample (7/5/2022): Total Dissolved Solids – 842 mg/L Turbidity – 2.04 NTU |

NTU – Nephelometric Units, mg/L – Milligrams per Liter

On July 7, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. The same day, the Department conducted a site visit and collected samples from the Water Supply.

The Department's July 7, 2022 samples from your Water Supply were submitted to the Department's laboratory in Harrisburg for analysis. Those results are shown in the table below and enclosed. You will notice in the table that your water samples were compared to pre-drills water samples from your Water Supply and statewide standards and recommended levels. "Pre-drills" refer to samples that were taken from your Water Supply before drilling activity or from a time period pre-dating a complained of change in water quality.

Pre-drills are used to determine if any appreciable changes to the Water Supply may have occurred because of nearby oil and gas activity. The majority of the analytical results from these samples

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

DEP(Hice_v._EQT)000116

are comparable to analytical results from 2020 ("pre-drill values") and do not indicate an impact form oil and gas related fluids. The July 7, 2022 sample results from your Water Supply which differ from the Pre-drills include alkalinity, total dissolved solids ("TDS") and magnesium. The reason for this variation may be attributed to variability in sample collection techniques and precipitation events as explained in more detail below.

The Department also investigated nearby oil and gas activities to determine possible pathways of contamination to the Water Supply. No such pathways have been identified. Department records indicate that the closest gas well to your Water Supply is a conventional well, operated by Zama Petroleum Inc., located about ▮▮▮▮▮ east of your Water Supply. No recent activity has been reported at this site. Unconventional wells on the EQT Lumber Well Pad are located about ▮▮▮ ▮▮ from your Water Supply. While drilling at this site has occurred recently, it is unlikely to have caused an impact to your Water Supply. The Water Supply is located in a different watershed than that of the EQT Lumber Pad. Based on topography, the recharge source area for the Water Supply appears to be from a ridge to the south of its discharge point, away from the EQT Lumber Pad. In addition, drilling or surface disturbances of the Lumber wells would not be expected to impact springs at distances over ▮▮▮▮▮ away located in a different watershed; topographically secluded from the Lumber Pad. Similarly, the conventional well expected to be impacted by the Lumber fracking is located in a valley, ▮▮▮▮▮▮ east from your Water Supply, with no clear conduit to your Water Supply's recharge or discharge point.

The sample results from the Water Supply are summarized in the attached table. No parameters were in exceedance of drinking water standards in the Department sample results. The EQT sample indicated turbidity levels above the recommended level, yet below the pre-drill level. This sample also indicated TDS constituent was above the Secondary Maximum Contaminant Level ("SMCL"), yet the Department's sample from the same date (July 5, 2022) was below this SMCL. This can be attributed to the sample collection variability. All other parameters between the Department's and EQT's samples were comparable.

Total metals in the Water Supply, including barium, calcium, magnesium, sodium and strontium, were elevated when compared to the pre-drill sample yet below the SMCLs. These are naturally occurring minerals in the earth's crust and abundant in soil. Springs are highly influenced by surface water and commonly exhibit elevated turbidity (sediment), especially after precipitation events. The elevated turbidity level in the Water Supply suggests that the elevated total metals are suspended within the sediment. Although there was an increase in these parameters over pre-drill values, tbey are shown to be pre-existing within the pre-drill samples. This increase can be attributed to differences in rainfall prior to the sampling events. In the day prior to sampling in 2020, approximately 0.00 inches of rain was reported, while in the day prior to sampling in 2022, 0.17 inches of rain was reported. The increased rainfall before the July 5, 2022 sampling, would have mobilized additional sediment, causing increased total metals.

Although the July 5, 2022 sample results appear to be slightly elevated, the groundwater chemistry is comparable to pre-drill constituents. The increase in TDS and total metals are likely attributed to differences in precipitation amounts, because springs are highly influenced by surface run off which increases during rainfall events. Any observed exceedances can be attributed to natural variations expected in springs and/or differences in precipitation prior to the sampling events.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

91

DEP(Hice_v._EQT)000117

Furthermore, the sample collection technique used in the pre-drill sample varied by dipping a sample out of the holding tank while the July 5, 2022 samples were collected from the running water entering the holding tank which can show variability in the results. No evidence of an oil and gas impact is present in the water sample results from the Water Supply.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your Water Supply's water quality may not always meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions to the Water Supply regarding the levels of TDS and turbidity as identified above and also set forth in the attached sampling results.

Please contact Matthew Dracup at 814-573-5235 or madracup@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board ("Board"), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A. The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

92

DEP(Hice_v._EQT)000118

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
      Exhibit A
      Sample Results Table
      Sample Results
      Fact Sheet – Interpreting Water Supply Results

      PADEP – Division of Drinking Water Management – Maximum Contaminant Levels

      Fact Sheet – Common Water Test Parameters Related to Natural Gas Drilling

cc:    Complaint File
      OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

93

DEP(Hice_v._EQT)000119

**CONFIDENTIAL**

**Exhibit A**

██████████████ .
New Freeport, PA 15352

████████████████████████████

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

94

DEP(Hice_v._EQT)000120

| Parameter | Unit | MCL, SMCL, RL* | Grab from Holding Tank | Inflow Pipe to Holding Tank | Inflow Pipe to Holding Tank |
|---|---|---|---|---|---|
| | | | Results | | |
| pH | | 6.5-8.5 | 7.27 | 7.9 | 7.75 |
| Alkalinity | mg/L | 30-500* | 78.5 | 122.2 | 120 |
| Hardness | mg/L | 30-150* | 90.9 | 131 | 143 |
| Bromide, Br | mg/L | n/a | <0.400 | <0.2 | <0.072 |
| Chloride, Cl | mg/L | 250 | <2.00 | 1.14 | 1.25 J |
| Nitrate as N | mg/L | 10 | <2.000 | NT | 0.758 J |
| Specific Conductance | µS/cm | n/a | 170 | 258 | 265 |
| Sulfate | mg/L | 250 | 10.4 | 14.48 | 14.9 |
| Total Dissolved Solids | mg/L | 500 | 68 | 176 | **842** |
| Total Suspended Solids | mg/L | n/a | 8.4 | <20 | <1.60 |
| Turbidity | NTU | 1** | **13.3** | <1 | **2.04** |
| Total Aluminum, Al | mg/L | 0.2 | **0.4** | 0.0319 | <0.0756 |
| Total Arsenic, As | mg/L | 0.01 | <0.00800 | <0.003 | 0.00407 J |
| Total Barium, Ba | mg/L | 2 | 0.0264 | 0.034 | 0.0301 |
| Dissolved Barium | mg/L | 2 | NT | NT | 0.0338 |
| Total Calcium, Ca | mg/L | 75* | 26.4 | 37.4 | 40.5 |
| Dissolved Calcium | mg/L | 75* | NT | NT | 36.5 |
| Total Iron, Fe | mg/L | 0.3 | **0.489** | <0.100 | <0.185 |
| Dissolved Iron | mg/L | 0.3 | NT | NT | <0.185 |
| Total Lead, Pb | mg/L | 0.005*** | <0.00800 | NT | <0.00143 |
| Total Lithium, Li | mg/L | n/a | <0.0100 | <0.0250 | <0.00720 |
| Total Magnesium, Mg | mg/L | n/a | 6.05 | 9.06 | 10.1 |
| Dissolved Magnesium | mg/L | n/a | NT | NT | <0.0124 |
| Total Manganese, Mn | mg/L | 0.05 | <0.0200 | <0.010 | <0.0124 |

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

95

DEP(Hice_v

| | | | | | |
|---|---|---|---|---|---|
| Total Strontium, Sr | mg/L | n/a | 0.112 | 0.174 | 0.187 |
| Dissolved Strontium | mg/L | n/a | NT | NT | 0.172 |
| Total Zinc, Zn | mg/L | 5 | <0.0200 | <0.0300 | <0.0101 |
| Ethane | mg/L | n/a | <0.0100 | NT | <0.000582 |
| Ethane Duplicate | mg/L | n/a | NT | NT | NT |
| Methane | mg/L | DEP Action Level: 7 | <0.0250 | NT | <0.00120 |
| Propane | mg/L | n/a | <0.0150 | NT | <0.000841 |
| MBAS | mg/L | 0.5 | <0.0250 | <0.20 | 0.0230 J |
| Oil & Grease | | n/a | <5.10 | NT | <1.67 |

Bold font: exceedance of standard
**Turbidity standard applicable only to unfiltered water sources
***Lead MCL applicable only to bottled, vended, retail and bulk water hauling systems
n/a: Not applicable
NT: Not Tested for during sampling event.
< : Represents "less than" - indicates that the result was less than the Reporting Limit (RL), or the Method Detection
indicated for the parameter.
J: Detected between the Method Detection Limit (MDL) and the Reporting Limit (RL); therefore, the result is an esti

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

96

DEP(Hice_v

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9559 001                     **Date Collected:** 07/05/2022 02:20:00 PM                     **Lab Sample ID:** I2022011752                     Sta

**Name of Sample Collector:** Matthew Dracup

**Date Received:** 07/06/2022

**County:** Greene                                                    **State:**

**Municipality:** Freeport Twp

███████████████

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** S-01

**Reason:** Pollution Incident

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I182020 | Intact: | Yes |
| Legal Seal: | I182019 | Intact: | Yes |
| Legal Seal: | I182018 | Intact: | Yes |

**Stream Condition:**

**Sample Comment:** Cap and Jar headspace = 0 ppm combustible gas, Sampled from inlfow into holding tank.

**Appearance:** Clear, No odor

DEP(Hice_v

| | | | | |
|---|---|---|---|---|
| 38260A | Automated MBAS | <0.20 mg/L (U) | 07/07/2022 12:44 PM | MBOTTS |

QC standard out of range.

| | | | | |
|---|---|---|---|---|
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.034 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 07/06/2022 01:43 PM | TVOROBEYCH |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 37.400 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 131 mg/L | 07/07/2022 12:58 PM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| | | | | |
|---|---|---|---|---|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L (U) | 07/07/2022 12:58 PM | CREITMEYER |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 07/07/2022 12:58 PM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 9.06 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L (U) | 07/07/2022 12:58 PM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 7.9 pH units | 07/06/2022 04:55 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| | | | | |
|---|---|---|---|---|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.22 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 07/07/2022 02:27 PM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 4.20 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 258.00 umhos/cm | 07/11/2022 02:17 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.174 mg/L | 07/07/2022 12:58 PM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 18.92 C | 07/06/2022 04:55 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 1.14 mg/L | 07/06/2022 01:43 PM | TVOROBEYCH |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 176 mg/L | 07/06/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 14.48 mg/L | 07/06/2022 01:43 PM | TVOROBEYCH |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 07/06/2022 11:11 AM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | <1 NTU (U) | 07/06/2022 02:04 PM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L (U) | 07/07/2022 12:58 PM | CREITMEYER |

DEP(Hice_v

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension
## Agricultural and Biological Engineering

## How to Interpret a Water Analysis Report          F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

*** ANALYTICAL LABORATORY REPORT ***

Client: Client's name                          Collected by: KM

Project: Analytical Laboratory Services        Project Number: CL000001

Date Collected: 08/28/90                        Time Collected: 7:35 am

Sample Identification: Kitchen Tap              Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University          College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

100

DEP(Hice_v._EQT)000126

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The pH value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

\* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000127

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

**testing ask for publication** *Water Tests: What Do the Numbers Mean?* **at your local extension office or from the following sources.**
    **Please access:**
    **Website:**  **http://wqext.psu.edu**
    **Email:**    **mxh16@psu.edu**
    **Fax:**      **(814) 863-1031**
    **Phone:**   **(814) 865-7685**


    **For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**


    **Website:**  **http://www.age.psu.edu**
    **Email:**    **aqm5@psu.edu**
    **Address:** **Penn State**
                 **246 Agricultural Engineering Bldg.**
                 **University Park, PA  16802**
    **Phone:**   **(814) 865-7685**
    **Fax:**      **(814) 863-1031**

**PSU rev. 8/01**

DEP(Hice_v._EQT)000128

*Table 3.  Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4.  Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities.  It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment.  The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status.  Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University.  Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA  16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000129

## PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
## DIVISION OF DRINKING WATER MANAGEMENT
## MAXIMUM CONTAMINANT LEVELS (MCLs)
## MAXIMUM RESIDUAL DISINFECTANT LEVELS (MRDLs)

## PRIMARY CONTAMINANTS

### Volatile Organic Chemicals (VOCs):

| | | | | | |
|---|---|---|---|---|---|
| BENZENE | 0.005 | mg/L | MONOCHLOROBENZENE | 0.1 | mg/L |
| CARBON TETRACHLORIDE | 0.005 | mg/L | STYRENE | 0.1 | mg/L |
| o-DICHLOROBENZENE | 0.6 | mg/L | TETRACHLOROETHYLENE | 0.005 | mg/L |
| para-DICHLOROBENZENE | 0.075 | mg/L | TOLUENE | 1 | mg/L |
| 1,2-DICHLOROETHANE | 0.005 | mg/L | 1,2,4-TRICHLOROBENZENE | 0.07 | mg/L |
| 1,1-DICHLOROETHYLENE | 0.007 | mg/L | 1,1,1-TRICHLOROETHANE | 0.2 | mg/L |
| cis-1,2-DICHLOROETHYLENE | 0.07 | mg/L | 1,1,2-TRICHLOROETHANE | 0.005 | mg/L |
| trans-1,2-DICHLOROETHYLENE | 0.1 | mg/L | TRICHLOROETHYLENE | 0.005 | mg/L |
| DICHLOROMETHANE | 0.005 | mg/L | VINYL CHLORIDE | 0.002 | mg/L |
| 1,2-DICHLOROPROPANE | 0.005 | mg/L | XYLENES (Total) | 10 | mg/L |
| ETHYLBENZENE | 0.7 | mg/L | | | |

### Synthetic Organic Chemicals (SOCs):

| | | | | | |
|---|---|---|---|---|---|
| ALACHLOR | 0.002 | mg/L | GLYPHOSATE | 0.7 | mg/L |
| ATRAZINE | 0.003 | mg/L | HEPTACHLOR | 0.0004 | mg/L |
| BENZO(a)PYRENE | 0.0002 | mg/L | HEPTACHLOR EPOXIDE | 0.0002 | mg/L |
| CARBOFURAN | 0.04 | mg/L | HEXACHLOROBENZENE | 0.001 | mg/L |
| CHLORDANE | 0.002 | mg/L | HEXACHLOROCYCLOPENTADIENE | 0.05 | mg/L |
| 2,4-D | 0.07 | mg/L | LINDANE | 0.0002 | mg/L |
| DALAPON | 0.2 | mg/L | METHOXYCHLOR | 0.04 | mg/L |
| DIBROMOCHLOROPROPANE (DBCP) | 0.0002 | mg/L | OXAMYL (Vydate) | 0.2 | mg/L |
| DI(2-ETHYLHEXYL) ADIPATE | 0.4 | mg/L | PCBs | 0.0005 | mg/L |
| DI(2-ETHYLHEXYL) PHTHALATE | 0.006 | mg/L | PENTACHLOROPHENOL | 0.001 | mg/L |
| DINOSEB | 0.007 | mg/L | PICLORAM | 0.5 | mg/L |
| DIQUAT | 0.02 | mg/L | SIMAZINE | 0.004 | mg/L |
| ENDOTHALL | 0.1 | mg/L | 2,3,7,8-TCDD (Dioxin) | $3 \times 10^{-8}$ | mg/L |
| ENDRIN | 0.002 | mg/L | TOXAPHENE | 0.003 | mg/L |
| ETHYLENE DIBROMIDE (EDB) | 0.00005 | mg/L | 2,4,5-TP (Silvex) | 0.05 | mg/L |

### Disinfection Byproducts:

| | | |
|---|---|---|
| TOTAL TRIHALOMETHANES (TTHMs) (Chloroform, Chlorodibromomethane, Bromoform & Bromodichloromethane) | 0.080 | mg/L |
| HALOACETIC ACIDS (HAA5) Monochloroacetic Acid, Dichloroacetic Acid, Trichloroacetic Acid, Monobromoacetic Acid, & Dibromoacetic Acid) | 0.060 | mg/L |
| BROMATE | 0.010 | mg/L |
| CHLORITE | 1.0 | mg/L |

### Disinfectants (MRDLs):    *Note 2*

| | | |
|---|---|---|
| CHLORINE (as $Cl_2$) | 4.0 | mg/L |
| CHLORAMINES (as $Cl_2$) | 4.0 | mg/L |
| CHLORINE DIOXIDE (as $ClO_2$) | 0.8 | mg/L |

MRDL = Maximum Residual Disinfectant Level

### Radionuclides:

| | | |
|---|---|---|
| GROSS ALPHA | 15 | pCi/L |
| COMBINED RADIUM (226 + 228) | 5 | pCi/L |
| BETA PARTICLE & PHOTON ACTIVITY | 4 | mrem/yr |

Gross Alpha MCL excludes Radon and Uranium particle activity.
Beta Particle & Photon Activity MCL is for man-made radionuclides.

| | | |
|---|---|---|
| URANIUM | 30 | µg/L |

### Inorganic Chemicals (IOCs):

| | | | | | |
|---|---|---|---|---|---|
| ANTIMONY | 0.006 | mg/L | FLUORIDE | 2 | mg/L |
| ARSENIC | 0.010 | mg/L | LEAD ** | 0.005 | mg/L |
| ASBESTOS (Fibers longer than 10µm) | 7 million fibers/L | | MERCURY | 0.002 | mg/L |
| BARIUM | 2 | mg/L | NITRATE (as Nitrogen) | 10 | mg/L |
| BERYLLIUM | 0.004 | mg/L | NITRITE (as Nitrogen) | 1 | mg/L |
| CADMIUM | 0.005 | mg/L | NITRATE + NITRITE (as Nitrogen) | 10 | mg/L |
| CHROMIUM | 0.1 | mg/L | SELENIUM | 0.05 | mg/L |
| COPPER ** | 1.0 | mg/L | THALLIUM | 0.002 | mg/L |
| CYANIDE (free CN) | 0.2 | mg/L | | | |

** The lead and copper primary MCLs are applicable only to bot led, vended, retail and bulk water hauling systems

### Microbiological Contaminants:    PRESENCE OR ABSENCE OF TOTAL COLIFORMS BASED ON NUMBER OR PERCENTAGE
OF TOTAL COLIFORM POSITIVE SAMPLES/MONTH **OR** FECAL COLIFORM OR E.COLI POSITIVE ROUTINE OR CHECK SAMPLES

### Turbidity    1 NTU (applicable only to unfiltered surface water sources)

DEP(Hice_v._EQT)000130

April 2006

## PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
## DIVISION OF DRINKING WATER MANAGEMENT
## MAXIMUM CONTAMINANT LEVELS (MCLs)

## SECONDARY CONTAMINANTS

| | | |
|---|---|---|
| ALUMINUM | 0.2 | mg/L |
| CHLORIDE | 250 | mg/L |
| COLOR | 15 color units | |
| CORROSIVITY | non-corrosive | |
| FOAMING AGENTS | 0.5 | Mg/L |
| IRON | 0.3 | Mg/L |
| MANGANESE | 0.05 | mg/L |
| ODOR | 3 T.O.N | |
| pH * | 6.5 - 8.5 | |
| SILVER | 0.1 | mg/L |
| SULFATE | 250 | mg/L |
| TOTAL DISSOLVED SOLIDS | 500 | mg/L |
| ZINC | 5 | mg/L |

*The pH MCL represents a "reasonable goal for drinking water quality."

**Notes:**

mg/L = milligrams per liter = parts per million; μg /L = micrograms per liter = parts per billion;
pCi/L = picocuries per liter (particle activity); mrem/yr = millirems/yr (annual dose equivalent)
μm = micrometers; T.O.N. = threshold odor number

Chapter 109, Safe Drinking Water Regulations, defines MCL and MRDL as follows:

MCL (Maximum Contaminant Level) – the maximum permissible level of a contaminant in water which is delivered to a user of a public water system, and includes the primary and secondary MCLs established under the Federal Safe Drinking Water Act, and MCLs adopted under the act. For MCLs incorporated into this chapter by reference, the term refers to the numerical value and the means of determining compliance with that value and does not refer to the EPA applications to specific types of public water systems or sources.

MRDL (Maximum Residual Disinfectant Level) – the maximum permissible level of a disinfectant added for water treatment that may not be exceeded at the consumer's tap without an unacceptable possibility of adverse health effects. The consumer's tap means the entry point for bottled water and vended water systems, retail water facilities and bulk water hauling systems.

DEP(Hice_v._EQT)000131

# Penn State **Extension**

## Common Water Test Parameters Related to Natural Gas Drilling

This fact sheet provides a summary of parameters commonly reported on water test reports conducted near gas drilling activity. The "Typical Concentrations" column reports results from research projects conducted in Pennsylvania (see page 3 for references). Keep in mind that these "typical" results can vary considerably depending upon well properties and geographic location. As such, the data presented may not be representative of water obtained from your geographic area or water source. Proper testing is recommended to identify your water quality in relation to federal safe drinking water standards. The "Acceptable Levels" column provides U.S. Environmental Protection Agency drinking water standards where applicable. Standards reported as a "MCL" refer to pollutants with health effects while 'SMCL' refers to pollutants with only aesthetic (taste, stains, odor, etc.) effects.

| Parameter | Description | Typical Concentrations (See References for Source of Data) | Acceptable Levels |
|---|---|---|---|
| Alkalinity | A measure of materials in water that can neutralize acidity. Common sources are carbonates and bicarbonates from bedrock—especially limestone. | 68% of water wells had alkalinity between 100 and 300 mg/L.[1] | No standard. Higher alkalinity water supplies may be more likely to have high hardness and/ or total dissolved solids which may cause aesthetic issues. |
| Arsenic | Naturally occurring metal which was also commonly found in industrial wastes, pesticides and treated lumber. | 85% of water wells were below 0.005 mg/L while just 2% exceeded 0.010 mg/L.[4] | Water should contain arsenic below the MCL of 0.010 mg/L to be safe to drink. Higher amounts are carcinogenic and can cause many other health problems. |
| Barium | A metal which typically occurs naturally in low concentrations but can be found in a variety of waste fluids from gas drilling and other industries. | 94% of water wells had concentrations below 0.5 mg/L while just 1% exceeded 2.0 mg/L.[1] | Water should be below the MCL of 2.0 mg/L to be safe to drink due to gastrointestinal illness, muscular weakness and high blood pressure. |
| Bromide | Found abundantly in salt waters, brines, and various waste fluids, bromide is usually found at very low concentrations in freshwater in Pennsylvania. | Bromide in pristine groundwater is typically below 0.10 mg/L.[1 & 2] | No standard. Bromide in water can form carcinogens when chlorine is added to water for disinfection. |
| BTEX | Acronym stands for Benzene, Toluene, Ethylbenzene and Xylene. Organic compounds found commonly in petroleum products—can be an indication of natural petroleum products or leaks from fuel tanks, gas/oil drilling, etc. | Detectable concentrations are rare (less than 1% of water wells).[1] | Water should have less than the MCL's of 0.005 mg/L of benzene, 0.7 mg/L of ethyl-benzene, 1 mg/L of toluene, and 10 mg/L of xylene due to health effects. |
| Chloride | Naturally occurring salt which can also occur at elevated levels from road salt, gas drilling, septic systems and other activities. | 83% of water wells were below 20 mg/L while less than 1% exceed 250 mg/L.[1] | Water should have less than the SMCL of 250 mg/L to avoid salty taste, metal corrosion and other aesthetic problems. |
| Coliform bacteria | Group of bacteria common in surface water. Subgroups such as fecal coliform or *E. coli* bacteria, indicate animal or human waste contamination. | 33% of private water wells contained coliform bacteria and 14% contained *E. coli* bacteria.[4] | Coliform bacteria including fecal coliform and/or *E. coli* bacteria should be absent (MCL <1) to avoid gastrointestinal illness. |



**PENN**STATE

**Cooperative Extension**
*College of Agricultural Sciences*

1

DEP(Hice_v._EQT)000132

| Parameter | Description | Typical Concentrations (See References for Source of Data) | Acceptable Levels |
|---|---|---|---|
| Gross alpha | Measure of alpha radiation given off by naturally occurring radionuclides like radium in water. | 16% of wells in southeast PA exceeded 15 pCi/L[5]. Sample of 21 water wells in Marcellus region found average of 1 pCi/L and 0% above 15 pCi/L. [1] | Water should have less than the MCL of 15 pCi/L due to various health concerns including some cancers. |
| Hardness (Calcium and Magnesium) | Naturally occurring minerals (mostly calcium and magnesium) which can cause grayish or white scale, and other aesthetic issues. | 25% of water wells had very hard water (above 180 mg/L) while 9% had soft water (below 17 mg/L).[4] | No standard. High hardness causes scale build-up, especially where water is heated. |
| Iron | Mineral which can occur naturally or from disturbances (mining, etc.). Causes orange/ brown stains and metallic taste. | 44% had measurable iron, 20% exceed the SMCL of 0.3 mg/L.[1] | Water should contain less than the SMCL of 0.3 mg/L due to aesthetic problems (orange or brown stains and metallic taste). |
| Manganese | Mineral which can occur naturally or from disturbances (mining, etc.). Causes black stains or sediment and metallic taste. | 48% had measurable manganese, 27% exceed the SMCL of 0.05 mg/L.[1] | Water should contain less than the SMCL of 0.05 mg/L due to aesthetic problems (black stains and metallic taste). |
| Methane/ ethane | Naturally occurring or from fossil fuel production, animal manure, biomass decomposition, landfills. May cause bubbling noise in well, spurting faucets, white gas bubbles in water | 24% of water wells had measurable methane and 4% exceeded some level of concern. [1] | No standard. Vented well caps suggested when levels exceed about 7 to 10 mg/L and aeration suggested above 28 mg/L. |
| Nitrate-N | Nutrient typically found at less than 1.0 mg/L in pristine groundwater and streams. Increased levels (above 3 mg/L) often related to fertilizer, animal wastes, and septic systems. | 51% of water wells were below 1.0 mg/L. 20% exceed 5.0 mg/L and about 10% exceed 10.0 mg/ L.[3] | Water should contain less than the MCL of 10 mg/L as nitrate-N due to health concerns related to blue-baby disease. |
| pH | An important overall measure of water quality. Low pH may cause corrosion of metal plumbing components while high pH can cause taste issues. | 80% of wells fell within the SMCL range for pH of 6.5 to 8.5 while 18% were below 6.5 and 2% were above 8.5. | Water should have a pH between the SMCL levels of 6.5 and 8.5 to avoid aesthetic problems like metal corrosion and poor tasting water. |
| Sodium | Common naturally occurring element which can also occur at increased levels due to road salt, gas drilling and other activities. | 64% of water wells were below 20 mg/L. About 6% exceed 100 mg/L.[1] | No standard but sodium levels above 20 mg/L could be a concern to those on low sodium diets. |
| Strontium | Naturally occurring metal found in low concentrations in water. A by-product of ceramics, glass and other industries. Radioactive isotopes originate from historical nuclear testing. | 83% of water wells were below 1 mg/L.[1] | No standard but U.S. EPA has developed a lifetime health advisory suggesting that water contain less than 4 mg/L. |
| Sulfate | A common, naturally occurring constituent of water. High sulfates can originate from bedrock or from mining activity. | Average sulfates were less than 20 mg/L. Over 90% of water wells were below 100 mg/L. About 1% exceed 250 mg/L.[1] | Water should contain less than the SMCL of 250 mg/L due to aesthetic effects including bitter taste and laxative effects. |

2

DEP(Hice_v._EQT)000133

| Parameter | Description | Typical Concentrations (See References for Source of Data) | Acceptable Levels |
|---|---|---|---|
| Surfactants, Methylene Blue Active Substances (MBAS) | Materials used in various detergents and foaming agents. May originate from septic systems, sewage treatment or various industrial wastes. | Detectable concentrations are not common in PA water wells. In a recent survey, 0% exceeded 0.5 mg/L.[1] | Water should have less than the SMCL of 0.5 mg/L to avoid aesthetic problems. Presence of surfactants may indicate other problems (bacteria, etc.) |
| Total Dissolved Solids (TDS) | A measure of all of the dissolved constituents in water. High levels can be caused by natural minerals (like hardness) or pollution from various activities (mining, gas drilling, road salt, etc.) | 75% of wells had TDS levels between 100 and 500 mg/L.[4] | Water should have less than the SMCL of 500 mg/L due to aesthetic effects including bad tastes and stains. |
| Total Suspended Solids (TSS) | A measure of the visible sediment and particles in the water due to soil, metals, etc. | 22% of water wells had measurable TSS levels above 1.0 mg/L.[1] | Causes cloudiness to water. No standard for TSS but there is a MCL for *Turbidity* of 1 NTU which may be produced by about 1 mg/L of TSS. |

**mg/L** stands for milligrams per liter. This is a common water testing measurement and is equal to parts per million (ppm).
**pCi/L** stands for picocuries per liter. This is a common measurement of radioactivity in water.

**More Information**
Penn State Extension has many fact sheets and publications that provide more details about these water quality problems and solutions. For additional information on all aspects of managing private water wells and springs, contact your local Penn State Cooperative Extension office or consult our Water Resources Extension web site at *http://extension.psu.edu/water.*

**References**
[1] Boyer, E. W., B.R. Swistock, J. Clark, M. Madden and D.E Rizzo. (2011). The impact of Marcellus gas drilling on rural drinking water supplies. Final report to The Center for Rural Pennsylvania, Harrisburg, PA. 29 pp. http://www.rural.palegislature.us/documents/reports/Marcellus_and_drinking_water_2012.pdf (sampling of 233 water wells in Pennsylvania)
[2] Davis, S.N., J.T. Fabryka-Martin and L.E. Wolfsberg. (2004). Variations of bromide in potable ground water in the United States. *Ground Water* 42:(6-7):902-9. (sampling of 91 groundwater wells in the United States)
[3] Swistock, B.R., W.E. Sharpe, & P.D. Robillard. (1993). A survey of lead, nitrate and radon contamination of private individual water systems in Pennsylvania. *Journal of Environmental Health*, 55(5), 6-12. (sampling of 1,600 water wells in Pennsylvania)
[4] Swistock, B.R., S. Clemens & W.E. Sharpe. (2009). Drinking water quality in rural Pennsylvania and the effect of management practices. Final report The Center for Rural Pennsylvania, Harrisburg, PA. 24 pp. http://www.rural.palegislature.us/documents/reports/drinking_water_quality.pdf (sampling of 701 water wells in Pennsylvania)
[5] U.S. Geological Survey, 2000. Naturally occurring radionuclides in groundwater of southeastern Pennsylvania. Fact sheet 012. http://pa.water.usgs.gov/reports/fs012-00.html (sampling of 256 water wells in southern Pennsylvania)

**Prepared by Bryan Swistock, water resources extension associate and James Clark, water resources extension educator**

An OUTREACH program of the College of Agricultural Sciences

Penn State College of Agricultural Sciences research, extension, and resident education programs are funded in part by Pennsylvania counties, the Commonwealth of Pennsylvania, and the U.S. Department of Agriculture.

Visit Penn State Extension on the web: **extension.psu.edu**
This publication is available in alternative media on request.

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry, color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, gender identity, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 328 Boucke Building, University Park, PA 16802-5901; Tel 814-865-4700/V, 814-863-1150/TTY.
©The Pennsylvania State University 2012

3

DEP(Hice_v._EQT)000134



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

May 16, 2023

**CERTIFIED MAIL NO.** ███████████

Re:     Water Supply Request for Investigation 365608
        Negative Determination – 58 Pa. C.S § 3218
        Springhill Township, Greene County

Dear ██████████:

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| July 18, 2022 | Gas and/or foul odor in water well | Turbidity – 4.54 NTU<br>E. Coli – 165.2 colonies/100 mL<br>Total Coliform – > 200.5 colonies/100 mL |

On July 18, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On July 21, 2022, the Department conducted a site visit and collected samples from the Water Supply. No gas was detected while purging or sampling the Water Supply and the foul odor was not observed. Also, analytical results did not detect the presence of dissolved gas or petroleum related products.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the J Whitlach 2611 conventional gas well, operated by EQT Production Company, located about ███████ southwest of your Water Supply. No recent activity appears to have occurred at this well site.

There is also the EQT Production Company ("EQT") Lumber Well Site that is almost ███████ from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

109

DEP(Hice_v._EQT)000135

Pipeline replacement work was being conducted in the area, by Peoples Natural Gas ("PNG") on the day of the Department's investigation of your Water Supply. A leak was detected on a portion of the PNG pipeline, about ▮▮▮▮ from your residence, which was reported to PNG personal on site. Because no gas was detected in your Water Supply, it was determined that the pipeline has not caused an impact to your Water Supply.

No prior sample data is available for the Water Supply for comparison except for limited results from a 2015 sampling conducted prior to proposed mining activity in the area. This water quality data is comparable to Department sample results from July 2022. Levels of turbidity and bacteria, E. coli and total coliform, in the Water Supply exceeded primary drinking water standards in 2022 samples but were not sampled in 2015. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. You reported sediment is observed in the Water Supply after heavy rain, which may be an indication of surface water infiltration into the Water Supply.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the foul odor and sheen you reported in the Water Supply.

The Department also collected samples from the Water Supply for ultraviolet/infrared (UVIR) analysis. The UVIR analysis is a generalized analysis to measure for the presence, type and estimated concentration of a compound(mixture) or substance. In the Water Supply, the UV analysis detected an organic compound may be present in this sample, but it could not be identified due to the low concentration of product in the sample. The IR analysis detected no petroleum products in this sample. The UVIR method is a DEP in-house derived test that compares the results to known organic substances from a reference library. If the laboratory gets a match, they will state what the substance resembles (i.e. diesel, gasoline, pump oil etc.) and its concentration. If the level in the sample is too low, as in this case, the organic substance or the concentration cannot be determined. Given that other data was not indicative of impacts from oil and gas well activities, the presence of a low level of an unknown compound, which could come from unknown sources nearby the Water Supply, does not support further inquiry.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of turbidity and bacteria as identified above and also set forth in the attached sampling results. You reported installation of a sediment filter and UV light on the Water Supply, which should help to mitigate these elevated parameters.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

110

DEP(Hice_v._EQT)000136

The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
> Exhibit A
> Sample Results Summary Table
> Sample Results
> Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

111

DEP(Hice_v._EQT)000137

**CONFIDENTIAL**

**Exhibit A**

Holbrook, PA 15341

DEP(Hice_v._EQT)000138

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mining 3/17/2015 | Pre-Mining 8/03/2015 | DEP Sample 7/21/2022 |
|---|---|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 7.49 | 7.71 | 7.1 H |
| | Alkalinity | mg/L | 30-500* | 110 | 111 | 108.6 |
| | Hardness | mg/L | 30-150* | -- | -- | 117 |
| | Bromide, Br | mg/L | No Standard | -- | -- | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | -- | -- | 1.43 |
| | Specific Conductance | μS/cm | No Standard | 315 | 240 | 268 |
| | Sulfate | mg/L | 250 | 24.9 | 15.2 | 13.66 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 162 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | < 20 U |
| | Turbidity | NTU | 1** | -- | -- | **4.54** |
| | MBAS | mg/L | 0.5 | -- | -- | < 0.20 U |
| Total Metals | Aluminum, Al | mg/L | 0.2 | 0.0606 | 0.042 | 0.0747 |
| | Arsenic, As | mg/L | 0.01 | -- | -- | < 0.003 U |
| | Barium, Ba | mg/L | 2 | -- | -- | 0.125 |
| | Calcium, Ca | mg/L | 75* | -- | -- | 36.9 |
| | Iron, Fe | mg/L | 0.3 | 0.0839 | 0.0567 | < 0.10 U |
| | Lithium, Li | mg/L | No Standard | -- | -- | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | -- | -- | 5.92 |
| | Manganese, Mn | mg/L | 0.05 | -- | -- | 0.023 |
| | Potassium, K | mg/L | No Standard | -- | -- | 3.95 |
| | Selenium, Se | mg/L | 0.05 | -- | -- | < 0.004 U |
| | Sodium, Na | mg/L | 20* | -- | -- | 11.2 |
| | Strontium, Sr | mg/L | No Standard | -- | -- | 0.196 |
| | Zinc, Zn | mg/L | 5 | -- | -- | < 0.030 U |
| Bacteria | E. Coli | Col/100mL | Absent | -- | -- | 165.2 |
| | Total Coliform | Col/100mL | Absent | -- | -- | > 200.5 |
| | Slime-Forming Bacteria | Col/mL | No Standard | -- | -- | 67000 |
| | Iron-Related Bacteria | Col/mL | No Standard | -- | -- | 9000 |
| | Sulfate-Reducing Bacteria | Col/mL | No Standard | -- | -- | 6000 |
| Dissolved Gases | Ethane | mg/L | No Standard | -- | -- | 0.0124 U |
| | Ethane Duplicate | mg/L | No Standard | -- | -- | 0.0124 U |
| | Methane | mg/L | DEP Action Level - 7 | -- | -- | 0.0116 U |
| | Methane Duplicate | mg/L | | -- | -- | 0.0116 U |
| | Propane | mg/L | No Standard | -- | -- | 0.0142 U |
| | Propane Duplicate | mg/L | No Standard | -- | -- | 0.0142 U |
| UV/IR | UV | | | -- | -- | OC |
| | IR | | | -- | -- | NPP |

Bold font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
(--) – Analysis was not performed for this parameter
NPP – No petroleum products detected
OC – Organic compound may be present in the sample, but could not be identified due to the low concentration of product in the sample

DEP(Hice_v._EQT)000139

Contact Phone Number: (717) 346-7200

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9542 018          Date Collected: 07/21/2022 11:30:00 AM          Lab Sample ID: I2022012947          Status

**Name of Sample Collector:** Jessica M Hirsch
**Date Received:** 07/22/2022

**County:** Greene                                                                **State:**
**Municipality:** Springhill Twp

HOLBROOK PA. 15341

**Sample Medium:** Ground Water
**Sample Medium Type:** Water

**Location:** Kitchen Sink
**Reason:** Complaint
**Project:** NOT INDICATED
**Standard Anlysis:** 946
**Matrix:** Water

| | | | |
|---|---|---|---|
| **Legal Seal:** | I177234 | **Intact:** | Yes |
| **Legal Seal:** | I177237 | **Intact:** | Yes |
| **Legal Seal:** | I177235 | **Intact:** | Yes |

**Stream Condition:**

**Appearance:** Clear with no noticable odor

DEP(Hice_v._EQT)000140

| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 07/28/2022 10:43 AM | ELEEDY |
|---|---|---|---|---|
| 38260A | Automated MBAS | <0.20 mg/L (U) | 07/22/2022 01:09 PM | MBOTTS |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.125 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 07/22/2022 04:10 PM | TVOROBEYCH |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 36.900 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 117 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| ** Comment ** Accredited by NJ only – accreditation not available from PA | | | | |
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L (U) | 07/29/2022 11:54 AM | CREITMEYER |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 07/29/2022 11:54 AM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 5.92 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.023 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 7.1 pH units | 07/25/2022 04:23 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | | |
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 3.95 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 07/28/2022 10:43 AM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 11.20 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 268.00 umhos/cm | 07/27/2022 04:38 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.196 mg/L | 07/29/2022 11:54 AM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 19.52 C | 07/25/2022 04:23 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 1.43 mg/L | 07/22/2022 04:10 PM | TVOROBEYCH |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 162 mg/L | 07/22/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 13.66 mg/L | 07/22/2022 04:10 PM | TVOROBEYCH |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 07/22/2022 11:36 AM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | 4.54 NTU | 07/22/2022 12:23 PM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L (U) | 07/29/2022 11:54 AM | CREITMEYER |

DEP(Hice_v._EQT)000141

DEP(Hice_v._EQT)000142

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID:  9542 017          Date Collected:  07/21/2022 11:32:00 AM          Lab Sample ID:  B2022004602          Status

Name of Sample Collector: Jessica M Hirsch

Date Received: 07/22/2022

County: Greene                                                   State:

Municipality: Springhill Twp



HOLBROOK PA. 15341

Sample Medium: Ground Water

Sample Medium Type: Water

Location: Kitchen Sink

Reason: Complaint

Project: NOT INDICATED

Standard Anlysis: B017

Matrix: Water

| Legal Seal: | I177236 | Intact: | Yes |
| Legal Seal: | I177238 | Intact: | Yes |

Stream Condition:

Appearance: Clear with no noticable odor

DEP(Hice_v._EQT)000143

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99032 | Sulfur Bacteria* | 6000 /mL | 07/22/2022 10:15 AM | HEBLOSS |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| MMO-T | Total Coliform MPN | >200.5 cf/100mL | 07/22/2022 09:32 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented or meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the rep * denotes tests that the laboratory is not accredited for

U – Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J – Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000144

Contact Phone Number: (717) 346-7200

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9542 013          Date Collected: 07/21/2022 11:25:00 AM          Lab Sample ID: O2022002881          Status

Name of Sample Collector: Jessica M Hirsch

Date Received: 07/22/2022

County: Greene                                          State:

Municipality: Springhill Twp

███████████████

HOLBROOK PA. 15341

Sample Medium: Ground Water

Sample Medium Type: Water

Location: Kitchen sink

Reason: Complaint

Project: NOT INDICATED

Suite: METH

Matrix: Water

| Legal Seal: | I177246 | | Intact: | Yes |
| Legal Seal: | I177247 | | Intact: | Yes |

Stream Condition:

Appearance: Clear with no noticable odor

DEP(Hice_v._EQT)000145

meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the rep
* denotes tests that the laboratory is not accredited for.

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for dual column (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound. Identification unable to be confirmed.

DEP(Hice_v._EQT)000146

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9542 014            **Date Collected:** 07/21/2022 11:27:00 AM            **Lab Sample ID:** O2022002882            Stat

**Name of Sample Collector:** Jessica M Hirsch
**Date Received:** 07/22/2022

**County:** Greene                                    **State:**
**Municipality:** Springhill Twp



HOLBROOK PA. 15341

**Sample Medium:** Ground Water
**Sample Medium Type:** Water

**Location:** Kitchen Sink
**Reason:** Complaint
**Project:** NOT INDICATED
**Suite:** METH
**Matrix:** Water

| Legal Seal: | 1177244 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | 1177245 | Intact: | Yes |

**Stream Condition:**

**Appearance:** Clear with no noticable odor

DEP(Hice_v._EQT)000147

meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the rep

* denotes tests that the laboratory is not accredited for.

Case 2:24-cv-00898-WSH    Document 34-11    Filed 09/20/24    Page 123 of 288

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for dual column
(e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound. Identification unable to be confirmed.

DEP(Hice_v._EQT)000148

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9542 019          Date Collected: 07/21/2022 11:33:00 AM          Lab Sample ID: O2022002900          Stat

Name of Sample Collector: Jessica M Hirsch
Date Received: 07/22/2022

County: Greene                                    State:
Municipality: Springhill Twp

HOLBROOK PA. 15341

Sample Medium: Ground Water
Sample Medium Type: Water

Location: Kitchen Sink
Reason: Complaint
Project: NOT INDICATED
Suite: UVIR
Matrix: Water

| Legal Seal: | 1177233 | Intact: | Yes |
| Legal Seal: | 1177232 | Intact: | Yes |

Stream Condition:

Sample Standard Comment: This is a revised report
Sample Lab Comment: Not Covered Under NJ NELAP Accreditation

DEP(Hice_v._EQT)000149

The UV analysis indicates an organic compound may be present in this sample, but it could not be identified due to the low concentration of product in the sample.

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the re
\* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for dual colum
(e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound. Identification unable to be confirmed.

DEP(Hice_v._EQT)000150

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension

## *Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report    F 103

Paul D. Robillard, Assistant Professor of Agricultural Engineering
William E. Sharpe, Professor of Forest Hydrology
Bryan R. Swistock, Extension Associate

**W**hether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

***  ANALYTICAL LABORATORY REPORT  ***

Client: Client's name                     Collected by: KM

Project: Analytical Laboratory Services   Project Number: CL000001

Date Collected: 08/28/90                  Time Collected: 7:35 am

Sample Identification: Kitchen Tap        Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
                   Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University    College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

125

DEP(Hice_v._EQT)000151

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The pH value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and is released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000152

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpalatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.
Please access:
Website:   http://wqext.psu.edu
Email:      mxh16@psu.edu
Fax:        (814) 863-1031
Phone:    (814) 865-7685

For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:

Website:   http://www.age.psu.edu
Email:      aqm5@psu.edu
Address:   Penn State
            246 Agricultural Engineering Bldg.
            University Park, PA  16802
Phone:    (814) 865-7685
Fax:        (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000153

Table 3.  *Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

Table 4.  *Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

* *level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities.  It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment.  The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University.  Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA  16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000154



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

May 31, 2023

**CERTIFIED MAIL NO.** ███████████

███████████

New Freeport, PA 15352

Re:   Water Supply Request for Investigation 366147
      Negative Determination – 58 Pa. C.S § 3218
      Freeport Township, Greene County

Dear ████████████ :

The Department has completed its investigation of your water supplies ("███████ Well", "███
███ Well" and "Residence Well") listed in Exhibit A (collectively "Water Supplies"). Based
on the sample results and other information obtained to date, the Department cannot conclude that
the Water Supplies were adversely affected by oil and gas activities. This information is
summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| August 9, 2022 | Sewage odor in water wells | ███████ Well<br>Turbidity – 9.64 NTU<br>Aluminum – 0.222 mg/L<br>E. coli – 6.4 colonies/100 mL<br>Total Coliform – > 200.5 colonies/100 mL |
| | | ███████ Well<br>Turbidity – 1.08 NTU<br>Manganese – 0.191 mg/L<br>Sodium – 126.5 mg/L<br><br>Residence Well<br>Turbidity – 1.43 NTU<br>Manganese – 0.198 mg/L<br>Sodium – 104 mg/L |

DEP(Hice_v._EQT)000155

On August 9, 2022, after being notified of your concern about the water quality of your Water Supplies, the Department began investigating your complaint. On August 11, 2022, the Department conducted a site visit and collected samples from the Water Supplies. Results from this sampling are summarized in the attached tables.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supplies. The closest oil and gas activity to your Water Supply is the Bisset 1 conventional gas well, operated by Leatherwood LLC, located about ████ northwest of the Residence Well, ████ northeast of the ████████ Well and ████ northeast of the ████████ Well. No recent activity appears to have occurred at this well site.

The EQT Production Company ("EQT") Lumber Well Site is over ████████ from your Water Supplies. Activity occurring at the EQT Well Site at a distance of ████████ is unlikely to cause an impact to your Water Supplies. In addition, as further discussed below, the results from Department sampling your Water Supplies do not indicate an impact by oil and gas activity.

No prior sample data is available for the Water Supplies for comparison except for limited results from sampling of the ████████ Well in 2015 conducted prior to proposed mining activity in the area. That water quality data is comparable to Department sample results from August 2022. Levels of turbidity and bacteria, E. coli and total coliform, in the ████████ Well exceeds primary drinking water standards in the 2022 sample, but neither were sampled in 2015. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. The total aluminum level in the ████████ Well slightly exceeds the secondary drinking water standards in the 2022 sample but was not sampled in 2015. The source of aluminum is likely the additional turbidity, since it is a naturally occurring metal in soil and bedrock.

Turbidity also slightly exceeds the primary drinking water standard in the ████ ████ Well and the Residence Well, which as described above may indicate influence by surface water. Since these wells are buried, surface water infiltration is likely. Manganese exceeds the secondary drinking water standard and sodium exceeds the recommended level in the ████████ Well and the Residence well, which both appear to be naturally occurring conditions of groundwater in this area.

Dissolved methane was detected at low concentrations in all three Water Supplies and dissolved ethane was detected at a very low concentration in the ████████ Well in samples collected on behalf EQT. The presence of dissolved gas appears to be natural occurrences in water supply wells in this area. Sampling conducted on behalf of EQT has identified low levels of dissolved gas in numerous wells in this area within similar geologic/topographic settings as the Water Supplies. Gas fingerprinting (isotopic) analysis of several of the samples indicate that the source of gas is biogenic (formed by bacteria) and unrelated to oil and gas activity.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supplies. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the sewage odor that was reported in the Water Supplies.

DEP(Hice_v._EQT)000156

While the Department did not determine that oil and gas activities polluted your Water Supplies, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of bacteria, turbidity and aluminum in the ███████ Well and turbidity, manganese and sodium in the ███████ ███████ Well and Residence Well as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.

The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

DEP(Hice_v._EQT)000157

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:

      Exhibit A
      Sample Results Summary Tables
      Sample Results
      Fact Sheet – Interpreting Water Supply Results

cc:      Complaint File, OCC

DEP(Hice_v._EQT)000158

**CONFIDENTIAL**

**Exhibit A**



New Freeport, PA 15352



New Freeport, PA 15352

**Residence**

New Freeport, PA 15352

**DEP(Hice_v._EQT)000159**

## Water Sample Results Summary Tables

**████ Well**

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mining Sample 1/14/2015 | Pre-Mining Sample 8/13/2015 | DEP Sample 8/11/2022 |
|---|---|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | 7.41 | 7.54 | 7.1 H |
| | Alkalinity | mg/L | 30-500* | 116 | 159 | 140.6 |
| | Hardness | mg/L | 30-150* | NT | NT | 144 |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | NA | NA | 20.31 |
| | Specific Conductance | µS/cm | No Standard | 368 | 455 | 374 |
| | Sulfate | mg/L | 250 | 25.3 | 26.9 | 18.3 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 222 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | < 20 U |
| | Turbidity | NTU | 1** | NT | NT | **9.64** |
| | MBAS | mg/L | 0.5 | NT | NT | < 0.20 U |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | NT | NT | **0.222** |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.096 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 48.83 |
| | Iron, Fe | mg/L | 0.3 | 0.139 | 0.111 | 0.158 |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 5.34 |
| | Manganese, Mn | mg/L | 0.05 | 0.0036 | 0.0033 | < 0.010 U |
| | Potassium, K | mg/L | No Standard | NT | NT | 8.63 |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 U |
| | Sodium, Na | mg/L | 20* | NT | NT | 17.04 |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.162 |
| | Zinc, Zn | mg/L | 5 | NT | NT | 0.031 |
| **Bacteria** | E. Coli | Col/100mL | Absent | NT | NT | **6.4** |
| | Total Coliform | Col/100mL | Absent | NT | NT | **> 200.5** |
| | Slime Bacteria | Col/mL | No Standard | NT | NT | 67,000 |
| | Iron Bacteria | Col/mL | No Standard | NT | NT | 35,000 |
| | Sulfur Bacteria | Col/mL | No Standard | NT | NT | 6,000 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000160

**█████ Well**

| | Parameter | Unit | MCL, SMCL, RL* | DEP Sample 8/11/2022 |
|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 8.3 H |
| | Alkalinity | mg/L | 30-500* | 266.6 |
| | Hardness | mg/L | 30-150* | 60 |
| | Bromide, Br | mg/L | No Standard | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | 59.69 |
| | Specific Conductance | µS/cm | No Standard | 662 |
| | Sulfate | mg/L | 250 | < 1.00 U |
| | Total Dissolved Solids | mg/L | 500 | 386 |
| | Total Suspended Solids | mg/L | No Standard | < 20 U |
| | Turbidity | NTU | 1** | 1.08 |
| | MBAS | mg/L | 0.5 | < 0.20 U |
| Total Metals | Aluminum, Al | mg/L | 0.2 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | < 0.003 U |
| | Barium, Ba | mg/L | 2 | 0.754 |
| | Calcium, Ca | mg/L | 75* | 18.27 |
| | Iron, Fe | mg/L | 0.3 | 0.143 |
| | Lithium, Li | mg/L | No Standard | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | 3.38 |
| | Manganese, Mn | mg/L | 0.05 | **0.191** |
| | Potassium, K | mg/L | No Standard | 1.37 |
| | Selenium, Se | mg/L | 0.05 | < 0.004 U |
| | Sodium, Na | mg/L | 20* | **126.5** |
| | Strontium, Sr | mg/L | No Standard | 0.646 |
| | Zinc, Zn | mg/L | 5 | < 0.030 U |
| Bacteria | E. Coli | Col/100mL | Absent | < 1.0 |
| | Total Coliform | Col/100mL | Absent | < 1.0 |
| | Slime Bacteria | Col/mL | No Standard | 67,000 |
| | Iron Bacteria | Col/mL | No Standard | 35,000 |
| | Sulfate Bacteria | Col/mL | No Standard | < 75 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U – Analysis was performed for the test, but it was not detected. The sample quantitation limit is reported.

**DEP(Hice_v._EQT)000161**

**Residence Well**

| Parameter | | Unit | MCL, SMCL, RL* | DEP Sample 8/11/2022 |
|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 8.1 H |
| | Alkalinity | mg/L | 30-500* | 262.8 |
| | Hardness | mg/L | 30-150* | 102 |
| | Bromide, Br | mg/L | No Standard | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | 19.38 |
| | Specific Conductance | µS/cm | No Standard | 570 |
| | Sulfate | mg/L | 250 | 22.26 |
| | Total Dissolved Solids | mg/L | 500 | 342 |
| | Total Suspended Solids | mg/L | No Standard | < 20 U |
| | Turbidity | NTU | 1* | **1.43** |
| | MBAS | mg/L | 0.5 | < 0.20 U |
| Total Metals | Aluminum, Al | mg/L | 0.2 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | < 0.003 U |
| | Barium, Ba | mg/L | 2 | 0.288 |
| | Calcium, Ca | mg/L | 75* | 32 |
| | Iron, Fe | mg/L | 0.3 | 0.189 |
| | Lithium, Li | mg/L | No Standard | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | 5.41 |
| | Manganese, Mn | mg/L | 0.05 | **0.198** |
| | Potassium, K | mg/L | No Standard | 1.35 |
| | Selenium, Se | mg/L | 0.05 | < 0.004 U |
| | Sodium, Na | mg/L | 20* | **104** |
| | Strontium, Sr | mg/L | No Standard | 0.560 |
| | Zinc, Zn | mg/L | 5 | 0.081 |
| Bacteria | E. Coli | Col/100mL | Absent | < 1.0 |
| | Total Coliform | Col/100mL | Absent | < 1.0 |
| | Slime Bacteria | Col/mL | No Standard | < 20 |
| | Iron Bacteria | Col/mL | No Standard | 9,000 |
| | Sulfate Bacteria | Col/mL | No Standard | < 75 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U – Analysis was performed for the test, but it was not detected. The sample quantitation limit is reported.

DEP(Hice_v._EQT)000162

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 017                **Date Collected:** 08/11/2022 09:30:00 AM              **Lab Sample ID:** I2022014182

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                                    **State:**
**Municipality:** Aleppo Twp

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                            **FIX ID:** 845836
**Facility:** LUMBER 13H
**Sub-Facility:**                                                    **FIX ID:** 0
**Name:**

**Sample Medium:** Ground Water
**Sample Medium Type:** Water

**Location:** ▮▮▮ Well
**Reason:** Complaint
**Project:** NOT INDICATED
**Standard Anlysis:** 946
**Matrix:** Water

| Legal Seal: | I176256 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176253 | Intact: | Yes |
| Legal Seal: | I176252 | Intact: | Yes |

DEP(Hice_

| | | | | |
|---|---|---|---|---|
| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 140.6 mg/L | 08/15/2022 12:38 PM | JAHOGUE |

** Comment ** Sample bottle had headspace present before analysis

| | | | | |
|---|---|---|---|---|
| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | 222.000 ug/L | 08/15/2022 10:06 AM | ELEEDY |
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 08/15/2022 10:06 AM | ELEEDY |
| 38260A | Automated MBAS | <0.20 mg/L (U) | 08/12/2022 01:26 PM | MBOTTS |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.096 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 08/12/2022 01:07 PM | TVOROBEYC |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 48.830 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 144 mg/L | 08/17/2022 12:19 PM | MOBERCASH |

** Comment ** Accredited by NJ only - accreditation not available from PA

| | | | | |
|---|---|---|---|---|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.158 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 08/17/2022 12:19 PM | MOBERCASH |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 5.34 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L (U) | 08/17/2022 12:19 PM | MOBERCASH |
| 00403 | pH, Lab (Electrometric) | 7.1 pH units | 08/15/2022 12:38 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| | | | | |
|---|---|---|---|---|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 8.63 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 08/15/2022 10:06 AM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 17.04 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 374.00 umhos/cm | 08/15/2022 06:09 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.162 mg/L | 08/17/2022 12:19 PM | MOBERCASH |
| 00403T | Temperature at which pH is measured | 18.64 C | 08/15/2022 12:38 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 20.31 mg/L | 08/12/2022 01:07 PM | TVOROBEYC |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 222 mg/L | 08/12/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 18.30 mg/L | 08/12/2022 01:07 PM | TVOROBEYC |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 08/12/2022 12:12 PM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | 9.64 NTU | 08/12/2022 11:22 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | 31.00 ug/L | 08/17/2022 12:19 PM | MOBERCASH |

DEP(Hice

DEP(Hice_

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 018          **Date Collected:** 08/11/2022 09:30:00 AM          **Lab Sample ID:** B2022005390          S

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                                    **State:**

**Municipality:** Freeport Twp

███████████████
███████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                    **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** ████████ well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I176255 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176254 | Intact: | Yes |

DEP(Hice_

| | | | | |
|---|---|---|---|---|
| MMOECT | E. coli MPN | 6.4 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |
| 99031 | Iron Bacteria* | 35000 cfu/mL | 08/12/2022 09:14 AM | HEBLOSS |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99033 | Slime Bacteria* | 67000 cfu/mL | 08/12/2022 09:14 AM | HEBLOSS |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99032 | Sulfur Bacteria* | 6000 cfu/mL | 08/12/2022 09:14 AM | HEBLOSS |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| MMO-T | Total Coliform MPN | >200.5 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

**DEP(Hice**

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 019          **Date Collected:** 08/11/2022 10:02:00 AM          **Lab Sample ID:** I2022014183          S

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                        **State:**

**Municipality:** Freeport Twp

████████████
████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                         **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** ████████ Well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I176264 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176263 | Intact: | Yes |
| Legal Seal: | I176262 | Intact: | Yes |

DEP(Hice

| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 266.6 mg/L | 08/15/2022 12:50 PM | JAHOGUE |
|---|---|---|---|---|

** Comment ** Sample bottle had headspace present before analysis

| 01105H | ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 08/15/2022 10:09 AM | ELEEDY |
|---|---|---|---|---|
| 01002H | ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/15/2022 10:09 AM | ELEEDY |
| 38260A | Automated MBAS | <0.20 mg/L  (U) | 08/12/2022 01:29 PM | MBOTTS |
| 01007M | BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.754 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/12/2022 01:32 PM | TVOROBEYC |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 18.270 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 60 mg/L | 08/17/2022 12:26 PM | MOBERCASH |

** Comment ** Accredited by NJ only - accreditation not available from PA

| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.143 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
|---|---|---|---|---|
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/17/2022 12:26 PM | MOBERCASH |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 3.38 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.191 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 00403 | pH, Lab (Electrometric) | 8.3 pH units | 08/15/2022 12:50 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.37 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
|---|---|---|---|---|
| 01147H | SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/15/2022 10:09 AM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 126.50 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 662.00 umhos/cm | 08/15/2022 06:12 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.646 mg/L | 08/17/2022 12:26 PM | MOBERCASH |
| 00403T | Temperature at which pH is measured | 19.27 C | 08/15/2022 12:50 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 59.69 mg/L | 08/12/2022 03:44 PM | TVOROBEYC |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 386 mg/L | 08/12/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | <1.00 mg/L  (U) | 08/12/2022 01:32 PM | TVOROBEYC |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 08/12/2022 12:12 PM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | 1.08 NTU | 08/12/2022 11:23 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L  (U) | 08/17/2022 12:26 PM | MOBERCASH |

DEP(Hice

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 020          **Date Collected:** 08/11/2022 10:02:00 AM          **Lab Sample ID:** B2022005391          S

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                              **State:**

**Municipality:** Freeport Twp

███████████
██████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                              **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** ████████ Well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I176266 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I176265 | Intact: | Yes |

DEP(Hice

| MMOECT | E. coli MPN | <1.0 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |
| 99031 | Iron Bacteria* | 35000 cfu/mL | 08/12/2022 09:15 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99033 | Slime Bacteria* | 67000 cfu/mL | 08/12/2022 09:15 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99032 | Sulfur Bacteria* | <75 cfu/mL | 08/12/2022 09:15 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| MMO-T | Total Coliform MPN | <1.0 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice _

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 021                **Date Collected:** 08/11/2022 10:30:00 AM                **Lab Sample ID:** I2022014203

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                                    **State:**

**Municipality:** Freeport Twp

████████████

████████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                              **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                      **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I176261 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I176258 | Intact: | Yes |
| Legal Seal: | I176257 | Intact: | Yes |

**DEP(Hice**

| Code | Description | Reported Results | Date/Time Analyzed | Approved By |
|---|---|---|---|---|
| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 262.8 mg/L | 08/15/2022 01:50 PM | JAHOGUE |

** Comment ** Sample bottle had headspace present before analysis

| | | | | |
|---|---|---|---|---|
| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L (U) | 08/15/2022 11:00 AM | ELEEDY |
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 08/15/2022 11:00 AM | ELEEDY |
| 38260A | Automated MBAS | <0.20 mg/L (U) | 08/12/2022 01:32 PM | MBOTTS |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.288 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 08/12/2022 02:50 PM | TVOROBEYC |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 32.000 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 102 mg/L | 08/19/2022 12:32 PM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| | | | | |
|---|---|---|---|---|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.189 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 08/19/2022 12:32 PM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 5.41 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.198 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 8.1 pH units | 08/15/2022 01:50 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| | | | | |
|---|---|---|---|---|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.35 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 08/15/2022 11:00 AM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 104.00 mg/L | 08/22/2022 12:32 PM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 570.00 umhos/cm | 08/15/2022 07:11 AM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.560 mg/L | 08/19/2022 12:32 PM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 19.39 C | 08/15/2022 01:50 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 19.38 mg/L | 08/12/2022 02:50 PM | TVOROBEYC |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 342 mg/L | 08/12/2022 11:11 AM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 22.26 mg/L | 08/12/2022 02:50 PM | TVOROBEYC |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 08/12/2022 12:12 PM | JRONEMUS |
| 82079 | TURBIDITY, NEPHELMETRIC | 1.43 NTU | 08/12/2022 11:27 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | 81.00 ug/L | 08/19/2022 12:32 PM | CREITMEYER |

DEP(Hice

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 022              **Date Collected:** 08/11/2022 10:30:00 AM              **Lab Sample ID:** B2022005392

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/12/2022

**County:** Greene                                                                 **State:**

**Municipality:** Freeport Twp

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                    **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** Residence, outside faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I176260 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I176259 | Intact: | Yes |

DEP(Hice

| | | | | |
|---|---|---|---|---|
| MMOECT | E. coli MPN | <1.0 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |
| 99031 | Iron Bacteria* | 9000 cfu/mL | 08/12/2022 09:16 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99033 | Slime Bacteria* | <20 cfu/mL | 08/12/2022 09:16 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99032 | Sulfur Bacteria* | <75 cfu/mL | 08/12/2022 09:16 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| MMO-T | Total Coliform MPN | <1.0 cf/100mL | 08/12/2022 09:00 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice

# PENN STATE



College of Agricultural Sciences    Cooperative Extension

## Agricultural and Biological Engineering

## How to Interpret a Water Analysis Report        F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

***   ANALYTICAL LABORATORY REPORT   ***

| | |
|---|---|
| Client: Client's name | Collected by: KM |
| Project: Analytical Laboratory Services | Project Number: CL000001 |
| Date Collected: 08/28/90 | Time Collected: 7:35 am |
| Sample Identification: Kitchen Tap | Lab Number: 01000 |

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | #/100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University    College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

152

DEP(Hice_v._EQT)000178

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The pH value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000179

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

**testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.**

    Please access:

| | |
|---|---|
| Website: | http://wqext.psu.edu |
| Email: | mxh16@psu.edu |
| Fax: | (814) 863-1031 |
| Phone: | (814) 865-7685 |

**For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

| | |
|---|---|
| Website: | http://www.age.psu.edu |
| Email: | aqm5@psu.edu |
| Address: | Penn State |
| | 246 Agricultural Engineering Bldg. |
| | University Park, PA 16802 |
| Phone: | (814) 865-7685 |
| Fax: | (814) 863-1031 |

PSU rev. 8/01

DEP(Hice_v._EQT)000180

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000181



## pennsylvania
### DEPARTMENT OF ENVIRONMENTAL PROTECTION

June 1, 2023

**CERTIFIED MAIL NO.** ▮▮▮▮▮▮▮▮



Re:    Water Supply Request for Investigation 367819
Negative Determination – 58 Pa. C.S § 3218
Freeport Township, Greene County

Dear ▮▮▮▮▮▮▮ :

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

### CASE INFORMATION

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| October 17, 2022 | Odor and taste of well water | Hardness* – 160 mg/L<br>Total Coliform – 40.6 colonies/100 mL |

On October 17, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On October 26, 2022, the Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the Robert W & Marion Stadelman B24 conventional gas well, operated by CNX Gas Company, located about ▮▮▮▮▮▮ southwest of your Water Supply. No recent activity appears to have occurred at this well site.

The EQT Production Company ("EQT") Lumber Well Site is over ▮▮▮▮▮▮ from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. The Water Supply is hydrogeologically separated from the Lumber Well Site and

---

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

156                    DEP(Hice_v._EQT)000328

the Fox Hill 1 conventional well where the expected communication incident occurred. The Water Supply is in a different watershed than the Lumber Well Site and topographically separate from the Fox Hill 1 well by two ridges and two stream valleys. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

No prior sample data is available for the Water Supply for comparison except for limited results from 2015 and 2018 sampling events conducted prior to proposed mining activity in the area. This water quality data is comparable to Department sample results from October 2022. The level of total coliform in the Water Supply exceeds primary drinking water standards and the hardness level exceeds the recommended range in 2022 samples but neither were sampled in 2015. These parameters are not indicative of oil and gas activities. The presence of total coliform may suggest influence by surface water into the wellbore. The hardness level appears to be a naturally occurring condition, which is caused mostly by calcium and magnesium that can originate in limestone layers into which the water well is drilled.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the foul odor and taste that you reported in the Water Supply.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of total coliform and hardness as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.
The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

157                                    DEP(Hice_v._EQT)000329

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION**.

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
      Exhibit A
      Sample Results Summary Table
      Sample Results
      Fact Sheet – Interpreting Water Supply Results

cc:     Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

158       **DEP(Hice_v._EQT)000330**

**CONFIDENTIAL**

**Exhibit A**

███████████

New Freeport, PA 15352

DEP(Hice_v._EQT)000331

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mine Sample 2/16/2015 | Pre-Mine Sample 10/15/2018 | DEP Sample 10/26/2022 |
|---|---|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | 8.13 | 7.50 | 7.7 H |
| | Alkalinity | mg/L | 30-500* | 158 | 147 | 184.4 |
| | Hardness | mg/L | 30-150* | NT | NT | **160** |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | NT | NT | 1.47 |
| | Specific Conductance | µS/cm | No Standard | 320 | 342 | 343 |
| | Sulfate | mg/L | 250 | 13.2 | 12.1 | 10.03 |
| | Total Dissolved Solids | mg/L | 500 | NT | NT | 204 |
| | Total Suspended Solids | mg/L | No Standard | ND | 5 | < 20 U |
| | Turbidity | NTU | 1** | NT | NT | **1** |
| | MBAS | mg/L | 0.5 | NT | NT | < 0.20 U |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | ND | 0.194 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.103 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 51.4 |
| | Iron, Fe | mg/L | 0.3 | 0.0232 | 0.330 | 0.117 |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 7.61 |
| | Manganese, Mn | mg/L | 0.05 | 0.0190 | 0.076 | 0.015 |
| | Potassium, K | mg/L | No Standard | NT | NT | 1.56 |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 U |
| | Sodium, Na | mg/L | 20* | NT | NT | 15.2 |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.585 |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 U |
| **Bacteria** | E. Coli | Col/100mL | Absent | NT | NT | < 1.0 |
| | Total Coliform | Col/100mL | Absent | NT | NT | **40.6** |
| | Slime Bacteria | Col/mL | No Standard | NT | NT | 13,000 |
| | Iron Bacteria | Col/mL | No Standard | NT | NT | 9,000 |
| | Sulfate Bacteria | Col/mL | No Standard | NT | NT | < 75 |

**Bold** font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000332

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 062                **Date Collected:** 10/26/2022 10:10:00 AM                **Lab Sample ID:** I2022019063

---

**Name of Sample Collector:** Jena Lexie

**Date Received:** 10/27/2022

**County:** Greene                                                                    **State:**

**Municipality:** Freeport Twp

██████████

██████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                              **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                                     **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** kitchen sink

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183583 | Intact: | Yes |
| Legal Seal: | I183582 | Intact: | Yes |
| Legal Seal: | I183581 | Intact: | Yes |

DEP(Hice

| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 184.4 mg/L | 10/27/2022 11:37 AM | JAHOGUE |
|---|---|---|---|---|

** Comment ** Sample bottle had headspace present before analysis

| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L (U) | 10/31/2022 10:52 AM | SCHOY |
|---|---|---|---|---|
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 10/31/2022 10:52 AM | SCHOY |
| 38260A | Automated MBAS | <0.20 mg/L (U) | 10/27/2022 12:45 PM | MAMCNULTY |

** Comment ** Possble Matrix Interference

| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.103 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
|---|---|---|---|---|
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 10/27/2022 06:15 PM | TVOROBEYC |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 51.400 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 160 mg/L | 10/31/2022 11:52 AM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.117 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
|---|---|---|---|---|
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 10/31/2022 11:52 AM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 7.61 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.075 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 7.7 pH units | 10/27/2022 11:37 AM | JAHOGUE |

** Comment ** Holding Time Exceeded

| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.56 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
|---|---|---|---|---|
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 uG/L (U) | 10/31/2022 10:52 AM | SCHOY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 15.20 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 343.00 umhos/cm | 11/01/2022 07:11 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.585 mg/L | 10/31/2022 11:52 AM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 18.61 C | 10/27/2022 11:37 AM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 1.47 mg/L | 10/27/2022 06:15 PM | TVOROBEYC |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 204 mg/L | 11/16/2022 10:40 AM | LHREHA |

** Comment ** Holding Time Exceeded

| 00945 | Total Sulfate-Ion Chromatograph | 10.03 mg/L | 10/27/2022 06:15 PM | TVOROBEYC |
|---|---|---|---|---|
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 10/27/2022 08:21 AM | ANFRIEDLIN |

DEP(Hice

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

DEP(Hice_

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 063        **Date Collected:** 10/26/2022 10:10:00 AM        **Lab Sample ID:** B2022007732

**Name of Sample Collector:** Jena Lexie

**Date Received:** 10/27/2022

**County:** Greene                                                          **State:**

**Municipality:** Freeport Twp

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** kitchen sink

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183585 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183584 | Intact: | Yes |

DEP(Hice

| | | | | |
|---|---|---|---|---|
| MMOECT | E. coli MPN | <1.0 cf/100mL | 10/27/2022 08:30 AM | ABMICKEY |
| 99031 | Iron Bacteria* | 9000 cfu/mL | 10/27/2022 08:40 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99033 | Slime Bacteria* | 13000 cfu/mL | 10/27/2022 08:40 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| 99032 | Sulfur Bacteria* | <75 cfu/mL | 10/27/2022 08:40 AM | CSTERLING |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| | | | | |
|---|---|---|---|---|
| MMO-T | Total Coliform MPN | 40.6 cf/100mL | 10/27/2022 08:30 AM | ABMICKEY |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

**DEP(Hice**

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension

## Agricultural and Biological Engineering

# How to Interpret a Water Analysis Report    F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

---

*** ANALYTICAL LABORATORY REPORT ***

Client: Client's name

Collected by: KM

Project: Analytical Laboratory Services

Project Number: CL000001

Date Collected: 08/28/90

Time Collected: 7:35 am

Sample Identification: Kitchen Tap

Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by: _____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University    College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

166

DEP(Hice_v._EQT)000338

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects.  To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*.  See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants.  Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000339

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|-----------|------------------|------------|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

**testing ask for publication** *Water Tests: What Do the Numbers Mean?* **at your local extension office or from the following sources.**

    Please access:
    Website:   http://wqext.psu.edu
    Email:     mxh16@psu.edu
    Fax:       (814) 863-1031
    Phone:    (814) 865-7685

    **For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

    Website:   http://www.age.psu.edu
    Email:     aqm5@psu.edu
    Address:   Penn State
              246 Agricultural Engineering Bldg.
              University Park, PA 16802
    Phone:    (814) 865-7685
    Fax:       (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000340

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000341

| From: | Joe Moore |
|---|---|
| To: | Hirsch, Jessica |
| Cc: | Hegburg, Don; Lexie, Jena |
| Subject: | [External] Re: Sample Results |
| Date: | Monday, February 6, 2023 3:18:34 PM |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* <u>*Report Phishing button in Outlook.*</u>

Received, thank you.

Joe

On Mon, Feb 6, 2023 at 12:39 PM Hirsch, Jessica <jehirsch@pa.gov> wrote:

Hi Mr. Moore,

Please see the attached document which contains the analytical results from samples collected of your water supply well by the Department on November 28, 2022. This letter was also sent to you via Certified Mail and should be available for you to pick up at the post office.

I also attached the results letter from samples collected by Moody on June 22, 2022. Please note that I redacted any information regarding the previous landowner.

Please confirm receipt of this correspondence and let me know if you have any questions.

Thanks,

**Jessica Morton Hirsch, G.I.T.** | Geoscientist
Department of Environmental Protection

Southwest District Oil and Gas Operations
400 Waterfront Dr. | Pittsburgh, PA 15222
Phone: 412.442.5808 | Fax: 412.442.4328

www.dep.pa.gov

DEP(Hice_v._EQT)000342

PRIVILEGED AND CONFIDENTIAL COMMUNICATION The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.

DEP(Hice_v._EQT)000343



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 13, 2023

**CERTIFIED MAIL NO. 7019 1120 0000 5008 0646**

Re:    Water Supply Request for Investigation 368412
       Negative Determination – 58 Pa. C.S § 3218
       Freeport Township, Greene County

Dear Mr. Moore:

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above/Below Statewide Standards or Recommended Levels* |
|---|---|---|
| November 21, 2022 | Sulfur odor and oily feel of well water | pH – 8.9<br>Hardness* – 4 mg/L<br>Sodium* – 160 mg/L<br>Methane* – 8.56 mg/L |

On November 21, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On November 28, 2022, the Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table. The water samples appeared to be clear, not cloudy, and there was no discernable odor.

Upon receipt of the methane sample results from your Water Supply indicating dissolved methane at 8.56 mg/L, which exceeds the Department "Action Level" of 7 mg/L. The level of dissolved methane in the Water Supply prompted a 78.89 stray gas investigation by oil and gas operators within 2500 feet.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the G. Hoskinson 1 conventional gas well, operated by Zama, located about 1,086 feet southeast of your Water Supply. No recent activity appears to have occurred at this well site and an inspection by the operator indicated no issues.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

172    DEP(Hice_v._EQT)000364

The EQT Lumber Well Site is over 6,500 feet from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. The Water Supply is situated in a separate watershed than the EQT Lumber Well Site and the Fox Hill 1 well where the expected communication incident occurred. The Water Supply is located across Pennsylvania Fork Fish Creek and its tributary from the Fox Hill 1 well, providing a hydrogeologic divide. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

No prior sample data is available for the Water Supply for comparison except for limited results from a 2015 sampling event conducted prior to proposed mining activity in the area. This water quality data is comparable to Department sample results from November 2022. No parameters exceed primary drinking water standards. However, the hardness, sodium and pH levels are outside of the recommended ranges in the 2022 samples. The pH level was elevated in the pre-mining samples, which indicates a pre-existing condition, but hardness and sodium were not sampled in 2015. Nonetheless, these parameters are not indicative of oil and gas activities. Elevated pH and sodium paired with low hardness suggest that the water may be naturally softened by the bedrock layers in which the Water Supply is completed. Natural softening occurs in semi-confining clay-rich bedrock layers which causes ion exchange, replacing calcium and magnesium with sodium. Very soft water results in a slippery feeling, which may explain the "oily feel" that you reported.

Nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the foul odor in the Water Supply.

As previously indicated, dissolved methane was detected in the Department samples from the water supply slightly in exceedance of the Department's "Action Level" of 7 mg/L. However, it was detected in lower levels in the samples collected on behalf of EQT. The presence of methane in the Water Supply may contribute to the odor in the Water Supply. Dissolved methane appears to be common in water supply wells in this area. Recent sampling conducted on behalf of EQT has identified levels of methane in numerous wells within similar geologic/topographic settings as your Water Supply. Samples were also collected on behalf of EQT from your Water Supply and sent to a laboratory to determine the isotopic composition of the methane in order to identify the probable origins of the natural gas. Based upon that isotopic sampling and analyses, the methane in your Water Supply appears to be biogenic in origin, naturally formed by microbial processes. The methane in the Water Supply is less mature than gas targeted by nearby oil and gas production and unrelated to oil and gas activity.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

173

DEP(Hice_v._EQT)000365

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of sodium and dissolved methane as identified above and also set forth in the attached sampling results. You may consider installation of a gas mitigation system to remove methane before it enters the residence. Methane poses rick to human health and safety as a highly flammable gas. It also displaces oxygen in the air, which can lead to unconsciousness or suffocation. Installation of a combustible gas meter in the residence, close to the ceiling in rooms where water is utilized (kitchen, bathrooms, etc.) is recommended to ensure methane levels do not build up to dangerous levels.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.

The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

174    DEP(Hice_v._EQT)000366

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
      Exhibit A
      Sample Results Summary Table
      Sample Results
      Fact Sheet – Interpreting Water Supply Results
      Fact Sheet – Methane Gas and Your Water Well

cc:      Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

175

DEP(Hice_v._EQT)000367

**CONFIDENTIAL**

**Exhibit A**

201 Main Street
New Freeport, PA 15352

DEP(Hice_v._EQT)000368

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mining Sample 1/14/2015 | Pre-Mining Sample 8/5/2015 | DEP Sample 11/28/2022 |
|---|---|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | **8.93** | **8.87** | **8.9 H** |
| | Alkalinity | mg/L | 30-500* | 329 | 361 | 343.6 |
| | Hardness | mg/L | 30-150* | NT | NT | **4** |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | NT | NT | 50.14 |
| | Specific Conductance | µS/cm | No Standard | 724 | 731 | 742 |
| | Sulfate | mg/L | 250 | 5.06 | 4.74 | < 1.00 U |
| | Sulfide | mg/L | No Standard | NT | NT | NT |
| | Total Dissolved Solids | mg/L | 500 | NT | NT | 454 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | < 20 U |
| | Turbidity | NTU | 1* | NT | NT | < 1 U |
| | MBAS | mg/L | 0.5 | NT | NT | < 0.20 U |
| Total Metals | Aluminum, Al | mg/L | 0.2 | ND | 0.0097 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.069 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 1.11 |
| | Iron, Fe | mg/L | 0.3 | 0.0153 | 0.0197 | < 0.100 U |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 0.18 |
| | Manganese, Mn | mg/L | 0.05 | 0.0084 | 0.0054 | < 0.010 U |
| | Potassium, K | mg/L | No Standard | NT | NT | < 1.00 U |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 U |
| | Sodium, Na | mg/L | 20* | NT | NT | **187** |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.042 |
| | Zinc, Zn | mg/L | 5 | NT | NT | < 0.030 U |
| Bacteria | E. Coli | Col/100mL | 0 | NT | NT | < 1.0 |
| | Total Coliform | Col/100mL | 0 | NT | NT | < 1.0 |
| | Slime Bacteria | Col/mL | No Standard | NT | NT | 67,000 |
| | Iron Bacteria | Col/mL | No Standard | NT | NT | 500 |
| | Sulfur Bacteria | Col/mL | No Standard | NT | NT | < 75 |
| Dissolved Gases | Ethane | mg/L | No Standard | NT | NT | 0.0811 |
| | Ethane Duplicate | mg/L | No Standard | NT | NT | 0.0789 |
| | Methane | mg/L | DEP Action | NT | NT | **8.56** |
| | Methane Duplicate | mg/L | Level - 7 | NT | NT | **8.54** |
| | Propane | mg/L | No Standard | NT | NT | 0.0142 U |
| | Propane Duplicate | mg/L | No Standard | NT | NT | 0.0142 U |

**Bold font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000369

## Analytical Report For
## Oil And Gas Mgmt

**Sample ID:** 9557 064          **Date Collected:** 11/28/2022 10:21:00 AM          **Lab Sample ID:** I2022020634          **Stat**

**Name of Sample Collector:** Jena Lexie

**Date Received:** 11/29/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp

JOE MOORE

201 MAIN ST

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183590 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183589 | Intact: | Yes |
| Legal Seal: | I183588 | Intact: | Yes |

DEP(Hice_v._EQT)000370

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 343.5 mg/L | 11/29/2022 10:07 AM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 11/30/2022 01:10 PM | ELEEDY |
| 01002H   ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 11/30/2022 01:10 PM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 11/29/2022 11:35 AM | MAMCNULTY |
| ** Comment ** Possible Matrix Interference | | | |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.069 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 11/29/2022 02:15 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 1.110 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 4 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| ** Comment ** Accredited by NJ only – accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L  (U) | 11/30/2022 12:26 PM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 11/30/2022 12:26 PM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 0.18 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L  (U) | 11/30/2022 12:26 PM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 8.9 pH units | 11/29/2022 10:07 AM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | <1.00 mg/L  (U) | 11/30/2022 12:26 PM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 11/30/2022 01:10 PM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 187.00 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 742.00 umhos/cm | 12/02/2022 03:15 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.042 mg/L | 11/30/2022 12:26 PM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 17.22 C | 11/29/2022 10:07 AM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 50.14 mg/L | 11/30/2022 12:08 AM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 454 mg/L | 12/15/2022 02:30 PM | LHREHA |
| ** Comment ** Holding Time Exceeded | | | |
| 00945   Total Sulfate-Ion Chromatograph | <1.00 mg/L  (U) | 11/29/2022 02:15 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 11/29/2022 01:17 PM | ANFRIEDLIN |

DEP(Hice_v._EQT)000371

U – Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J – Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 065          **Date Collected:** 11/28/2022 10:21:00 AM          **Lab Sample ID:** B2022008050          **Stat**

**Name of Sample Collector:** Jena Lexie

**Date Received:** 11/29/2022

**County:** Greene                                                                **State:**

**Municipality:** Freeport Twp

JOE MOORE

201 MAIN ST

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                                  **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183587 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183586 | Intact: | Yes |

DEP(Hice_v._EQT)000373

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT   E. coli MPN | <1.0 cf/100mL | 11/29/2022 08:45 AM | ABMICKEY |
| 99031   Iron Bacteria* | 500 cfu/mL | 11/29/2022 08:50 AM | ABMICKEY |
| Analysis using HACH-BART methodology, results are estimated. | | | |
| 99033   Slime Bacteria* | 67000 cfu/mL | 11/29/2022 08:50 AM | ABMICKEY |
| Analysis using HACH-BART methodology, results are estimated. | | | |
| 99032   Sulfur Bacteria* | <75 cfu/mL | 11/29/2022 08:50 AM | ABMICKEY |
| Analysis using HACH-BART methodology, results are estimated. | | | |
| MMO-T   Total Coliform MPN | <1.0 cf/100mL | 11/29/2022 08:45 AM | ABMICKEY |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the report * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000374

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 066          **Date Collected:** 11/28/2022 10:25:00 AM          **Lab Sample ID:** O2022004064          **Stat**

**Name of Sample Collector:** Jena Lexie

**Date Received:** 11/29/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp

JOE MOORE

201 MAIN ST

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I183594 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183593 | Intact: | Yes |

DEP(Hice_v._EQT)000375

| Test Codes / CAS # - Description | | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|---|
| 74840 | Ethane | 34.11 ug/L | 12/02/2022 02:00 AM | DACLEMENS |
| 74828 | Methane | 8560 ug/L | 12/02/2022 02:00 AM | DACLEMENS |
| 74986 | Propane | 14.2 ug/L  (U) | 12/02/2022 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented o meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the re *  denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colum (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice_v._EQT)00376

Contact Phone Number:  (717) 346-7200

Case 2:24-cv-00896-WSH    Document 34-11    Filed 09/20/24    Page 186 of 288

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9557 067          **Date Collected:** 11/28/2022 10:27:00 AM          **Lab Sample ID:** O2022004065          **Statu**

**Name of Sample Collector:** Jena Lexie

**Date Received:** 11/29/2022

**County:** Greene                    **State:**

**Municipality:** Freeport Twp

JOE MOORE

201 MAIN ST

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** residential well

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I183592 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I183591 | Intact: | Yes |

DEP(Hice_v._EQT)000377

| Test Codes / CAS # - Description | | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|---|
| 74840 | Ethane | 78.9 ug/L | 12/02/2022 02:00 AM | DACLEMENS |
| 74828 | Methane | 8540 ug/L | 12/02/2022 02:00 AM | DACLEMENS |
| 74986 | Propane | 14.2 ug/L  (U) | 12/02/2022 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented o meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the rep * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colum (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice_v._EQT)000378

# PENNSTATE



College of Agricultural Sciences    Cooperative Extension
*Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report    F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

**W**hether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

***  ANALYTICAL LABORATORY REPORT  ***

Client: Client's name                                    Collected by: KM

Project: Analytical Laboratory Services        Project Number: CL000001

Date Collected: 08/28/90                            Time Collected: 7:35 am

Sample Identification: Kitchen Tap              Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University        College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

DEP(Hice_v._EQT)000379

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters.* The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000380

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpalatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

For more detailed information about water

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.

Please access:
Website:   http://wqext.psu.edu
Email:     mxh16@psu.edu
Fax:       (814) 863-1031
Phone:     (814) 865-7685

For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:

Website:   http://www.age.psu.edu
Email:     aqm5@psu.edu
Address:   Penn State
           246 Agricultural Engineering Bldg.
           University Park, PA  16802
Phone:     (814) 865-7685
Fax:       (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000381

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000382



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

## Methane Gas and Your Water Well

Residents of the coal and natural gas producing regions of Pennsylvania need to be aware of the potential dangers from the accumulation of coal bed methane, or natural gas, in their water wells.

*High concentrations of methane in water wells, water well enclosures and other confined spaces could cause an explosion.*

### What Is Methane?

Methane ($CH_4$) is a naturally occurring hydrocarbon gas found underground. It is formed by microbial and thermogenic processes and is present in shallow and deep coal beds as well as other rock units. It is the main hydrocarbon found in natural gas, coal bed gas, and can occur naturally in some aquifer systems. Methane can occur dissolved in the groundwater or as a gas in the soil and rock zones below the surface.

Methane migrates from areas of high pressure to areas of low pressure. Mining and well drilling operations can affect the pressure in the subsurface and cause the migration of methane to areas of lower pressure such as shallow aquifers, and water wells used as water supplies. Gas migration in the subsurface can also be influenced by an increase or decrease in the water level of an aquifer.

Active underground mining operations can lower groundwater levels, reducing pressure in aquifers occurring above and adjacent to the area of coal extraction. This reduction in pressure can allow gases within the overlying rock layers to migrate into nearby water wells. Methane can also be released from abandoned deep mines, and from abandoned gas wells that are prone to leakage. These releases can also migrate into nearby water wells.

Methane can migrate into water wells in a gaseous phase or dissolved in the ground water. At atmospheric pressure, methane is soluble in water between 26-32 mg/l. It is some times recognizable as effervescent gas bubbles in water drawn from a faucet. In some cases, the release of methane in a water well may be recognized by a sound similar to that of boiling water. However, methane is a colorless and odorless gas, and may accumulate undetected in water well bores and water well enclosures that are not properly vented. Methane may also move into basements of homes and other structures through plumbing and piping containing electrical connections. These conditions could lead to an explosion.

### What Can You Do?

Methane is lighter than air with a specific gravity of .555. As such, methane will not accumulate in the water well bore if the water well is properly vented to the atmosphere. Venting is an inexpensive and effective way to prevent methane accumulation in water wells, water well enclosures and other confined spaces, such as basements. Proper venting eliminates the potential for methane gas to seep into homes or structures from water wells.

### Recommended Venting Procedures

Well vents provide an exit for methane trapped in water well bores or water well enclosures. Proper design is extremely important.

The vent should extend above any possible flood level, potential ignition sources, and areas of exposure, and should have watertight connections to prevent surface water from entering. The well vent should be at least one (1) inch diameter or larger to facilitate gas flow. The end of the vent pipe should have a down-turned "gooseneck" or "T" and be capped with corrosion-resistant



screening. If the vent is not screened, it can become a potential entry point for debris and small animals. In addition, conduits from the water well that carry electrical lines or waterlines into the building should be

**FACT SHEET**

DEP(Hice_v._EQT)000383

sealed so that the air in the conduit does not vent into the building. Well venting will not appreciably remove methane dissolved in the groundwater, however, properly designed water aeration systems are an effective way to lower the concentration of methane dissolved in the water.

## Enclosed Wells

When the top of the water well is buried in a covered pit or enclosed in a basement, the vent pipe must vent gas to the outside air, as shown in the diagram below.

The vent pipe should be screened, and extend above any possible flood level, potential ignition sources, and areas of exposure.

In cases where the water well is located in an enclosure, it should have a tight-fitting well cap, and all openings through the cap should be properly sealed to prevent methane from escaping into the water well enclosure.



## Play It Safe

When a water well is no longer in service, the plumbing connections should be disconnected and sealed to prevent methane from entering the home or building.

**NOTE:** Your water well may differ considerably from the wells depicted in the diagrams. Also, well venting requirements may vary from place to place due to differences in local plumbing codes. Therefore, water well owners are encouraged to contact a professional water well specialist or a local building code enforcement officer to determine the proper venting procedures required under the local plumbing code.

**For more information on methane and water wells, please contact the DEP Office in your area.**

**Southwest Regional Office**

400 Waterfront Dr.
Pittsburgh, PA 15222
Telephone: 412-442-4000
*Counties Served: Allegheny, Armstrong, Beaver, Cambria, Fayette, Greene, Indiana, Somerset, Washington and Westmoreland.*

**Southcentral Regional Office**

909 Elmerton Avenue
Harrisburg, PA 17110
Telephone: 877-333-1904
*Counties Served: Adams, Bedford, Berks, Blair, Cumberland, Dauphin, Franklin, Fulton, Huntingdon, Juniata, Lancaster, Lebanon, Mifflin, Perry, and York.*

**Southeast Regional Office**

2 East Main Street
Norristown, PA 19401
Telephone: 484-250-5900
*Counties Served: Bucks, Chester, Delaware, Montgomery, and Philadelphia*

**Northeast Regional Office**

2 Public Square
Wilkes-Barre, PA 18711-0790
Telephone: 570-826-2511
*Counties Served: Carbon, Lackawanna, Lehigh, Luzerne, Monroe, Northampton, Pike, Schuylkill, Susquehanna, Wayne, and Wyoming*

**Northcentral Regional Office**

208 West Third Street, Suite 101
Williamsport, PA 17701-6448
Telephone: 570-327-3636
*Counties Served: Bradford, Cameron, Centre, Clearfield, Clinton, Columbia, Lycoming, Montour, Northumberland, Potter, Snyder, Sullivan, Tioga, and Union*

**Northwest Regional Office**

230 Chestnut Street
Meadville, PA 16335
Telephone: (814) 332-6945
*Counties Served: Butler, Clarion, Crawford, Elk, Erie, Forest, Jefferson, Lawrence, Mckean, Mercer, Venango, and Warren.*

For more information, visit www.depweb.state.pa.us, keyword: Wells.

*Commonwealth of Pennsylvania*
*www.depweb.state.pa.us*

 Recycled Paper

*Department of Environmental Protection*
*5600-FS-DEP2690   Rev. 11/2008*

DEP(Hice_v._EQT)000384



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

March 31, 2023

**CERTIFIED MAIL NO.** ███████████

Re:    Water Supply Request for Investigation 368810
       Negative Determination – 58 Pa. C.S § 3218
       Springhill Township, Greene County

Dear ████████████████ :

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department has determined that it cannot conclude that the Water Supply was adversely affected by oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| December 14, 2022 | *Stray gas in water supply well* | pH – 9.1<br>Hardness* – 4 mg/L<br>Total dissolved solids (TDS)– 574 mg/L<br>Sodium* – 239 mg/L<br>Dissolved Methane* – 27.4 mg/L and 31.2 mg/L |

This investigation was prompted upon Department review of sample result data from samples collected by Moody and Associates ("Moody") on behalf of EQT Production Company ("EQT"), which indicated dissolved methane over the Department's "Action Level". On December 13, 2022, the Department met with a Moody representative and ████████████████████ ███████████████████████████ to investigate the Water Supply. During this inspection, ████████ filed a formal complaint with the Department. Samples were collected from the Water Supply which indicated elevated dissolved methane. The level of dissolved methane in the Water Supply prompted a 78.89 Stray Gas Migration investigation by oil and gas operators within 2500 feet. Moody also collected a sample from the Water Supply for isotopic analysis which is discussed in further detail below.

The Department investigated nearby oil and gas activities to determine possible pathways of contamination to the Water Supply. No such pathways have been identified. The closest oil and gas activity to your Water Supply is the Leatherwood LLC (CNX) abandoned conventional gas

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

193                    **DEP(Hice_v._EQT)000385**

well located about ███ northwest. No recent activity appears to have occurred at this Well Site. Moody collected samples on behalf of EQT after an incident during drilling at the EQT Lumber well pad. However, that well pad is about ███ from your Water Supply and is unlikely to cause an impact at that distance.

No prior sample data is available for the Water Supply for comparison. Nonetheless, the sample results do not show indicators of impacts from oil and gas activity. No parameters were detected in exceedance of primary drinking water standards. TDS and pH levels were in exceedance of secondary drinking water standards which are established as guidelines and may result in aesthetic issues such as taste and odor. Hardness and sodium levels are in exceedance of recommended levels. All of these exceedances appear to be the result of natural conditions of the aquifer in which the water well has been drilled. The results suggest that the water is being naturally softened by the bedrock layers in which the aquifer is situated.

The sample results from the Water Supply are set forth in the table below:

| Contaminant or Parameter | | Unit | Standard or Recommended Level* | DEP Sample 12/13/2022 |
|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 9.1 # |
| | Alkalinity | mg/L | 30-500* | 453 |
| | Hardness | mg/L | 30-150* | 4 |
| | Bromide | mg/L | No Standard | < 0.2 U |
| | Chloride | mg/L | 250 | 44.61 |
| | Specific Conductance | µS/cm | No Standard | 951 |
| | Sulfate | mg/L | 250 | < 1.00 U |
| | Total Dissolved Solids | mg/L | 500 | 574 |
| | Total Suspended Solids | mg/L | No Standard | < 20 U |
| | Turbidity | NTU | 1** | < 1 |
| Total Metals | Aluminum | mg/L | 0.2 | < 0.015 U |
| | Arsenic | mg/L | 0.01 | < 0.003 U |
| | Barium | mg/L | 2 | 0.068 |
| | Calcium | mg/L | 75* | 1.17 |
| | Iron | mg/L | 0.3 | < 0.100 U |
| | Lithium | mg/L | No Standard | < 0.025 U |
| | Magnesium | mg/L | No Standard | 0.15 |
| | Manganese | mg/L | 0.05 | < 0.010 U |
| | Potassium | mg/L | No Standard | < 1.00 U |
| | Selenium | mg/L | 0.05 | < 0.004 U |
| | Sodium | mg/L | 20* | 239 |
| | Strontium | mg/L | No Standard | 0.047 |
| | Zinc | mg/L | 5 | < 0.030 U |
| Dissolved Gases | Ethane | mg/L | No Standard | 0.233 |
| | Ethane Duplicate | mg/L | No Standard | 0.31 |
| | Methane | mg/L | DEP Action Level - 7 | 27.4 |
| | Methane Duplicate | mg/L | | 31.2 |
| | Propane | mg/L | No Standard | 0.0142 U |
| | Propane Duplicate | mg/L | No Standard | 0.0142 U |

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

194                    DEP(Hice_v._EQT)000386

Water Supply Table Key
**Bold** font indicates an exceedance of standard or recommended level
**Turbidity standard applicable only to unfiltered surface water sources
#: Holding time exceeded
U: Indicates analysis was performed for the test but it was not detected.

CNX is the only active operator within 2500 feet of the Water Supply. They conducted an investigation of their nearby well and did not identify a pathway of migration from the well to the Water Supply.

Moody also collected a sample of your Water Supply which was sent to a laboratory to determine the isotopic composition of the methane in order to identify the probable origins of the natural gas. Based upon that isotopic sampling and analyses, the methane in your Water Supply appears to be biogenic in origin, naturally formed by microbial processes. The methane in the Water Supply is less mature than gas targeted by nearby oil and gas production and unrelated to oil and gas activity.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of hardness, total dissolved solids, sodium dissolved methane as identified above and also set forth in the attached sampling results. You may consider adding a methane mitigation system to your Water Supply to remove methane before it enters the Community Center building. Methane poses risk to human health and safety as a highly flammable gas. It also displaces the oxygen in the air, which can lead to unconsciousness or suffocation. The installation of a combustible gas meter in the building, especially in rooms where water is utilized (kitchen, bathrooms, etc.) is recommended.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A. The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

195

DEP(Hice_v._EQT)000387

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION**.

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
> Exhibit A
> Sample Results
> Fact Sheet – Interpreting Water Supply Results
> Fact Sheet – Methane Gas and Your Water Well
> Fact Sheet – Methane Gas and Its Removal from Water Wells

cc:    Complaint File

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

196    DEP(Hice_v._EQT)000388

**CONFIDENTIAL**

**Exhibit A**



New Freeport, PA 15352

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

197                    **DEP(Hice_v._EQT)000389**

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001 **Date Collected:** 12/13/2022 01:35:00 PM **Lab Sample ID:** I2022021457

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 12/14/2022

**County:** Greene **State:**

**Municipality:** Springhill Twp

████████████

████████████

████████

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** Kitchen sink

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I177287 | Intact: | Yes |
| Legal Seal: | I177289 | Intact: | Yes |
| Legal Seal: | I177290 | Intact: | Yes |
| Legal Seal: | I177294 | Intact: | Yes |
| Legal Seal: | I177288 | Intact: | Yes |

DEP(Hice

** Comment ** Sample bottle had headspace present before analysis

| Code | Parameter | Result | Date | Analyst |
|---|---|---|---|---|
| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L (U) | 12/19/2022 12:27 PM | ELEEDY |
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 12/19/2022 12:27 PM | ELEEDY |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.068 mg/L | 12/16/2022 01:13 PM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 12/14/2022 03:13 PM | TVOROBEYC |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 1.170 mg/L | 12/16/2022 01:13 PM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 4 mg/L | 12/16/2022 01:13 PM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| Code | Parameter | Result | Date | Analyst |
|---|---|---|---|---|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | <0.100 mg/L (U) | 12/16/2022 01:13 PM | CREITMEYER |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 12/16/2022 01:13 PM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 0.15 mg/L | 12/16/2022 01:13 PM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | <0.010 mg/L (U) | 12/16/2022 01:13 PM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 9.1 pH units | 12/14/2022 04:01 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| Code | Parameter | Result | Date | Analyst |
|---|---|---|---|---|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | <1.00 mg/L (U) | 12/16/2022 01:13 PM | CREITMEYER |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 12/19/2022 12:27 PM | ELEEDY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 239.00 mg/L | 12/16/2022 01:13 PM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 951.00 umhos/cm | 12/28/2022 09:03 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.047 mg/L | 12/16/2022 01:13 PM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 20.89 C | 12/14/2022 04:01 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 44.61 mg/L | 12/14/2022 03:13 PM | TVOROBEYC |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 574 mg/L | 12/19/2022 09:35 AM | LHREHA |
| 00945 | Total Sulfate-Ion Chromatograph | <1.00 mg/L (U) | 12/14/2022 03:13 PM | TVOROBEYC |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 12/15/2022 12:57 PM | ANFRIEDLIN |
| 82079 | TURBIDITY, NEPHELMETRIC | <1 NTU | 12/14/2022 10:40 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | <30.0 ug/L (U) | 12/16/2022 01:13 PM | CREITMEYER |

**DEP(Hice**

DEP(Hice

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9542 001          **Date Collected:** 12/13/2022 01:35:00 PM          **Lab Sample ID:** O2022004180

**Name of Sample Collector:** Jessica M Hirsch
**Date Received:** 12/14/2022

**County:** Greene                                                          **State:**
**Municipality:** Springhill Twp

███████████████████
███████████████████
███████████████████

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water
**Sample Medium Type:** Water

**Location:** Kitchen sink
**Reason:** Complaint
**Project:** NOT INDICATED
**Suite:** METH
**Matrix:** Water

| Legal Seal: | I177287 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177288 | Intact: | Yes |
| Legal Seal: | I177289 | Intact: | Yes |
| Legal Seal: | I177294 | Intact: | Yes |
| Legal Seal: | I177290 | Intact: | Yes |

DEP(Hice

| 74828 | Methane | 27400 ug/L | 12/14/2022 02:00 AM | DACLEMENS |
| 74986 | Propane | 14.2 ug/L  (U) | 12/14/2022 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

ORGANICS LABORATORY QUALIFIERS
------------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the cal bration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual col
    (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 002          **Date Collected:** 12/13/2022 01:40:00 PM          **Lab Sample ID:** O2022004181

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 12/14/2022

**County:** Greene                                              **State:**

**Municipality:** Springhill Twp

███████████████

███████████████

███████████████

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** Kitchen sink

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I177292 | Intact: | Yes |
| Legal Seal: | I177293 | Intact: | Yes |

**Stream Condition:**

**Appearance:** Clear then cloudy and effervecent with sulfur odor

DEP(Hice

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente[d] meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for dual col[umn]
   (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

**DEP(Hice**



# PENNSTATE

College of Agricultural Sciences     Cooperative Extension
*Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report               F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see ou the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. Abont 0.03 of a teaspoon of sugar dissolved in a batlitub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

*** ANALYTICAL LABORATORY REPORT ***

Client: Client's name                                  Collected by: KM

Project: Analytical Laboratory Services                Project Number: CL000001

Date Collected: 08/28/90                               Time Collected: 7:35 am

Sample Identification: Kitchen Tap                     Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4 55 | mg/l |
| pH | 7 50 | units |
| Iron | 0 55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
                    Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University     College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

205

DEP(Hice_v._EQT)000397

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000398

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.

Please access:
Website:    http://wqext.psu.edu
Email:      mxh16@psu.edu
Fax:        (814) 863-1031
Phone:      (814) 865-7685

For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:

Website:    http://www.age.psu.edu
Email:      aqm5@psu.edu
Address:    Penn State
            246 Agricultural Engineering Bldg.
            University Park, PA  16802
Phone:      (814) 865-7685
Fax:        (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000399

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000400

![pennsylvania - DEPARTMENT OF ENVIRONMENTAL PROTECTION]

## Methane Gas and Your Water Well

Residents of the coal and natural gas producing regions of Pennsylvania need to be aware of the potential dangers from the accumulation of coal bed methane, or natural gas, in their water wells.

*High concentrations of methane in water wells, water well enclosures and other confined spaces could cause an explosion.*

### What Is Methane?

Methane ($CH_4$) is a naturally occurring hydrocarbon gas found underground. It is formed by microbial and thermogenic processes and is present in shallow and deep coal beds as well as other rock units. It is the main hydrocarbon found in natural gas, coal bed gas, and can occur naturally in some aquifer systems. Methane can occur dissolved in the groundwater or as a gas in the soil and rock zones below the surface.

Methane migrates from areas of high pressure to areas of low pressure. Mining and well drilling operations can affect the pressure in the subsurface and cause the migration of methane to areas of lower pressure such as shallow aquifers, and water wells used as water supplies. Gas migration in the subsurface can also be influenced by an increase or decrease in the water level of an aquifer.

Active underground mining operations can lower groundwater levels, reducing pressure in aquifers occurring above and adjacent to the area of coal extraction. This reduction in pressure can allow gases within the overlying rock layers to migrate into nearby water wells. Methane can also be released from abandoned deep mines, and from abandoned gas wells that are prone to leakage. These releases can also migrate into nearby water wells.

Methane can migrate into water wells in a gaseous phase or dissolved in the ground water. At atmospheric pressure, methane is soluble in water between 26-32 mg/l. It is some times recognizable as effervescent gas bubbles in water drawn from a faucet. In some cases, the release of methane in a water well may be recognized by a sound similar to that of boiling water. However, methane is a colorless and odorless gas, and may accumulate undetected in water well bores and water well enclosures that are not properly vented. Methane may also move into basements of homes and other structures through plumbing and piping containing electrical connections. These conditions could lead to an explosion.

### What Can You Do?

Methane is lighter than air with a specific gravity of .555. As such, methane will not accumulate in the water well bore if the water well is properly vented to the atmosphere. Venting is an inexpensive and effective way to prevent methane accumulation in water wells, water well enclosures and other confined spaces, such as basements. Proper venting eliminates the potential for methane gas to seep into homes or structures from water wells.

### Recommended Venting Procedures

Well vents provide an exit for methane trapped in water well bores or water well enclosures. Proper design is extremely important.

The vent should extend above any possible flood level, potential ignition sources, and areas of exposure, and should have watertight connections to prevent surface water from entering. The well vent should be at least one (1) inch diameter or larger to facilitate gas flow. The end of the vent pipe should have a down-turned "gooseneck" or "T" and be capped with corrosion-resistant



screening. If the vent is not screened, it can become a potential entry point for debris and small animals. In addition, conduits from the water well that carry electrical lines or waterlines into the building should be

**FACT SHEET**

DEP(Hice_v._EQT)000401

sealed so that the air in the conduit does not vent into the building. Well venting will not appreciably remove methane dissolved in the groundwater, however, properly designed water aeration systems are an effective way to lower the concentration of methane dissolved in the water.

### Enclosed Wells

When the top of the water well is buried in a covered pit or enclosed in a basement, the vent pipe must vent gas to the outside air, as shown in the diagram below.

The vent pipe should be screened, and extend above any possible flood level, potential ignition sources, and areas of exposure.

In cases where the water well is located in an enclosure, it should have a tight-fitting well cap, and all openings through the cap should be properly sealed to prevent methane from escaping into the water well enclosure.



### Play It Safe

When a water well is no longer in service, the plumbing connections should be disconnected and sealed to prevent methane from entering the home or building.

**NOTE:** Your water well may differ considerably from the wells depicted in the diagrams. Also, well venting requirements may vary from place to place due to differences in local plumbing codes. Therefore, water well owners are encouraged to contact a professional water well specialist or a local building code enforcement officer to determine the proper venting procedures required under the local plumbing code.

**For more information on methane and water wells, please contact the DEP Office in your area.**

**Southwest Regional Office**

400 Waterfront Dr.
Pittsburgh, PA 15222
Telephone: 412-442-4000
*Counties Served: Allegheny, Armstrong, Beaver, Cambria, Fayette, Greene, Indiana, Somerset, Washington and Westmoreland.*

**Southcentral Regional Office**

909 Elmerton Avenue
Harrisburg, PA 17110
Telephone: 877-333-1904
*Counties Served: Adams, Bedford, Berks, Blair, Cumberland, Dauphin, Franklin, Fulton, Huntingdon, Juniata, Lancaster, Lebanon, Mifflin, Perry, and York.*

**Southeast Regional Office**

2 East Main Street
Norristown, PA 19401
Telephone: 484-250-5900
*Counties Served: Bucks, Chester, Delaware, Montgomery, and Philadelphia*

**Northeast Regional Office**

2 Public Square
Wilkes-Barre, PA 18711-0790
Telephone: 570-826-2511
*Counties Served: Carbon, Lackawanna, Lehigh, Luzerne, Monroe, Northampton, Pike, Schuylkill, Susquehanna, Wayne, and Wyoming*

**Northcentral Regional Office**

208 West Third Street, Suite 101
Williamsport, PA 17701-6448
Telephone: 570-327-3636
*Counties Served: Bradford, Cameron, Centre, Clearfield, Clinton, Columbia, Lycoming, Montour, Northumberland, Potter, Snyder, Sullivan, Tioga, and Union*

**Northwest Regional Office**

230 Chestnut Street
Meadville, PA 16335
Telephone: (814) 332-6945
*Counties Served: Butler, Clarion, Crawford, Elk, Erie, Forest, Jefferson, Lawrence, Mckean, Mercer, Venango, and Warren.*

For more information, visit www.depweb.state.pa.us, keyword: Wells.

Commonwealth of Pennsylvania
www.depweb.state.pa.us

Recycled Paper

Department of Environmental Protection
5600-FS-DEP2690   Rev. 11/2008

210

DEP(Hice_v._EQT)000402

 **PennState Extension**

# Methane Gas and Its Removal from Water Wells

Methane gas can occur in water wells from natural processes or from nearby drilling activity.

Updated: August 26, 2022



Methane may occur in a water well due to natural conditions or it may enter a well due to human activities including coal mining, gas well drilling, pipeline leaks and from landfills. Methane is a colorless, odorless, tasteless, and combustible gas. Production-grade methane is marked by a pungent odor from mercaptan; a chemical odorant added to methane by a gas company before distribution to help in leak detection.

Methane gas alone is not toxic and does not cause health problems in drinking water but at elevated concentrations it can escape quickly from water causing an explosive hazard in poorly ventilated or confined areas. Escaping gas may seep into confined areas of your home, where it may reach dangerous concentrations. There have been cases in Pennsylvania where houses, camps, or wells have exploded due to methane accumulation.

The prevalence of methane in water wells in Pennsylvania is not well defined. A 2011 Penn State study of 233 water wells throughout the Marcellus region of Pennsylvania found detectable methane concentrations in 24% of the water wells before drilling began at adjacent gas well sites. However, most dissolved methane concentrations were very low with only 2% of water wells containing dissolved methane above 10 mg/L and less than 1% were above 28 mg/L. A 2012 report from the United States Geological Survey (USGS) summarized dissolved methane results from 239 water wells throughout New York state and found detectable methane concentrations in 53% of the water wells prior to any drilling of unconventional gas wells. In this study, 9% exceeded 10 mg/L and 2% were above 28 mg/L.

## How Much Methane Is Too Much?

Methane forms an explosive mixture in air at a concentration of 5 to 15 percent by volume. The exact concentration of methane in water that is capable of producing such an explosive mixture depends on the water temperature, ventilation of the water well, percent composition of the gas, and air movement inside the house. The U.S. Department of the Interior, Office of Surface Mining suggests that homeowners with wells that have methane concentrations above 28 mg/L should take immediate action to reduce this concentration.

DEP(Hice_v._EQT)000403

Homeowners with wells that have 10 to 28 mg/L should routinely monitor the well to ensure that concentrations are not increasing and may want to consider reducing this concentration. Wells with methane concentrations below 10 mg/L are generally considered safe for use. However, any water well with a detectable concentration of methane should be routinely tested to ensure that the methane concentration is not increasing to a dangerous level.

# Measuring Methane in Your Well

Many homeowners suspect methane when they hear a gurgling noise coming from their well. Methane can emit this sound, but other gases (such as carbon dioxide) may be the source. Methane escapes quickly from water making it difficult to measure accurately, therefore you should always have a PaDEP accredited laboratory conduct testing for methane. The sampling must be done at your home for the most accurate results and must be collected by lab personnel, not by the homeowner. If you suspect methane in your well, immediately consult a local, accredited water-testing laboratory.

Gas detectors and meters can also identify the existence of methane and other gases (carbon monoxide and propane) in the home. Some brands of detectors for less than $100 can be found at hardware or home improvement stores. Since methane is lighter than air, in-home detectors should be installed near the ceiling of a room to maximize their effectiveness.

# Removing Methane with Well Vents

Methane can enter a water well both above and below the water level. Since methane is lighter than air, any gas entering the water well above the water level will quickly rise and accumulate at the top of the borehole under the well cap.

Methane entering the water well below the water level can remain dissolved in the water but the concentration is dependent on both the pressure and temperature of the water. Groundwater in Pennsylvania water wells typically has a temperature of about 50 degrees Fahrenheit which allows about 28 mg/L of methane gas to remain dissolved in the water. As groundwater is pumped to the surface, methane may be released as water temperature increases and as the water pressure is reduced.

Very little methane can remain in the water once it reaches surface pressure and warms above 58 degrees. Adding a vent tube to the water well cap can promote the release of methane from the water well and, ultimately, lower the concentration of dissolved methane in the water entering the home.

If the well cap is buried or in a covered pit, the casing should extend above the ground surface and subsequently be fitted with a cap and vent. Basement wells are especially problematic because the methane escapes directly into your home. You must fit the well with a sealed cap to prevent this leakage.

DEP(Hice_v._EQT)000404



A variety of vented caps are available from most well drillers for less than $100. Be sure to install these caps correctly to prevent insects and small animals from entering the well. Most have a screen and are turned down. You also want to have the vent tall enough to avoid any potential combustion situations, such as a passing lawn mower (Picture courtesy of Susan Gohr, Twin Lakes Water Treatment, Lawrenceville, PA).

The vent should then extend through the basement wall to the exterior of your house. Local plumbing codes may include venting requirements.

Contact a water-well professional to determine the best method to vent your water well. Keep in mind that vented well caps have a limited capacity to remove dissolved methane from water. Where dissolved methane concentrations occur at high levels, water treatment devices are necessary to remove methane to safe levels.

# Methane Removal Through Aeration

Aeration, or air stripping, can also eliminate methane in well water. Some units remove also remove other volatile organic chemicals and gases such as hydrogen sulfide and radon. These devices range from simple systems, with spray aerators enclosed in a tank, to packed tower aerators, which collect and release the accumulated gas. These units are expensive, but they may be useful when vents are unable to sufficiently reduce the methane concentration or other gases are present in the water. Installing aeration devices usually costs from $1,500 to $5,000 and requires some routine maintenance.

DEP(Hice_v._EQT)000405



A typical aeration treatment unit installed to remove dissolved methane from a water well supply (Picture courtesy of Susan Gohr, Twin Lakes Water Treatment, Lawrenceville, PA)

When considering installation of aeration units, other water quality issues must be taken into account as well, such as levels of iron, manganese and other contaminants. Water with high levels of these types of contaminants may need to be pre-treated in order to prevent clogging the aeration unit. Disinfection equipment may also be recommended since some aeration units can allow bacterial contamination into the water system.



The vent from a basement aeration system exits the home and extends above the roof to release the methane above potential ignition sources Picture courtesy of Susan Gohr, Twin Lakes Water Treatment, Lawrenceville, PA).

Typically aeration devices are installed in the basement, with a vent leading to the outside of the home. Occasionally, aeration units are placed in a separate building where the methane is vented from the water before entering your home.

DEP(Hice_v._EQT)000406

# Additional Resources

For additional information on methane in ground water wells, consult the following publications.

- Boyer, E., B.R. Swistock, J. Clark, D. Rizzo, M. Madden. 2012. Impact of Marcellus Gas Drilling on Rural Drinking Water Supplies, Final report to the Center for Rural Pennsylvania (http://www.rural.palegislature.us/documents/reports/Marcellus_and_drinking_water_2012.pdf), 26 pp.
- Minnesota Department of Health, 2011. Methane in Minnesota Well Water, Fact Sheet (http://www.health.state.mn.us/divs/eh/wells/waterquality/methane.html).
- U.S. Geological Survey, 2006, Methane in West Virginia Ground Water, USGS Fact Sheet 2006- 3011 (https://pubs.usgs.gov/fs/2006/3011/), 6 pp.
- Kappel, W.M., and E.A. Nystrom. 2012. Dissolved methane in New York groundwater(https://pubs.usgs.gov/of/2012/1162/), 1999-2011, U.S.Geological Survey Open-File Report 2012-1162, 6 pp.
- U.S. Department of Interior, Office of Surface Mining. September 2001. Technical Guidance for the Investigation and Mitigation of Fugitive Methane Hazards in Areas of Coal Mining, pp.129

Thanks to the following individuals who reviewed this publication:

- Fred Baldassare, P.G., senior geologist, owner, ECHELON Applied Geoscience Consulting, Murrysville, Pennsylvania
- Tate A. Burckhardt, vice president, Better Water Industries, Inc. Tyler, Minnesota
- James A. Clark, extension educator, Penn State Extension, McKean County
- Sue Gohr, Twin Lakes Water Testing and Treatment, Lawrenceville, PA

Prepared by Bryan R. Swistock, senior extension associate and Dana Rizzo, extension educator.

# Authors

## Bryan Swistock

Former Senior Extension Associate; Water Resources Coordinator

Pennsylvania State University

DEP(Hice_v._EQT)000407



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 13, 2023

**CERTIFIED MAIL NO. 7021 0950 0001 8714 6896**

Re:    Water Supply Request for Investigation 366764
       Negative Determination – 58 Pa. C.S § 3218
       Freeport Township, Greene County

Dear Mr. Dave Hice:

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| August 24, 2022 | Black discolored water after sitting for a few days with an odor and sometimes foam | Hardness* – 198 mg/L<br>Iron – 1.75 mg/L<br>Manganese – 0.491 mg/L<br>Sodium* – 63.9 mg/L<br>Turbidity – 18.4 NTU<br>E. Coli – 12.4 colonies/100 mL<br>Total Coliform – >200.5 colonies/100 mL |

On August 24, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. The Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table. During the August 24, 2022 site visit the samples were cloudy and a slight odor was present. The Water Supply well was observed in a concrete cellar, below grade, which did not appear to be watertight.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the Bisset 1 conventional gas well, operated by Mountain Energy, located about 405 feet north of your Water Supply. No recent activity appears to have occurred at this well site.

The EQT Production Company ("EQT") Lumber Well Site is over 6,500 feet from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

216    DEP(Hice_v._EQT)000285

No prior sample data is available for the Water Supply for comparison except for limited results from 2015 and 2017 sampling events conducted prior to proposed mining activity in the area. This water quality data is generally comparable to Department sample results from August 2022. Levels of turbidity and bacteria, E. coli and total coliform, exceed primary drinking water standards in the 2022 sample, but neither were sampled in 2015 or 2017. These parameters are not indicative of oil and gas activities but may suggest influence by surface water allowing bacteria and excess sediment into the wellbore. Since the Water Supply well is in a cellar, below grade, which does not appear to be watertight, it is likely being influenced by surface water. The odor reported in the Water Supply and observed by the Department during sampling may be attributed to presence of bacteria.

Total iron and manganese levels in 2022 samples exceed secondary drinking water standards. These metals are naturally occurring elements, commonly observed exceeding the standards within the bedrock formation in which your Water Supply appears to be completed. Manganese may be the source of black discoloration that you reported in your Water Supply. Since the turbidity level in the Water Supply is elevated, the iron and manganese may also originate from this excess sediment.

Sodium and hardness levels exceed recommended levels, which appears to be a naturally occurring condition. Hardness is caused mostly by calcium and magnesium which can originate in limestone bedrock layers. Sodium is also a naturally occurring element which can originate in limestone.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of hardness, iron, manganese, sodium, turbidity, e. Coli and total coliform, as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.
The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

217    **DEP(Hice_v._EQT)000286**

appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
     Exhibit A
     Sample Results Summary Table
     Sample Results
     Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

218

DEP(Hice_v._EQT)000287

**CONFIDENTIAL**

**Exhibit A**

699 Golden Oaks Road
New Freeport, PA 15352

DEP(Hice_v._EQT)000288

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mine Sample 1/13/2015 | Pre-Mine Sample 10/4/2017 | DEP Sample 8/24/2022 |
|---|---|---|---|---|---|---|
| General Chemistry | pH | | 6.5-8.5 | 8.01 | 8.18 | 8.1 H |
| | Alkalinity | mg/L | 30-500* | 202 | 218 | 193.4 |
| | Hardness | mg/L | 30-150* | NT | NT | **198** |
| | Bromide, Br | mg/L | No Standard | NT | NT | <0.2 U |
| | Chloride, Cl | mg/L | 250 | NA | NA | 93.1 |
| | Specific Conductance | µS/cm | No Standard | 693 | 663 | 669 |
| | Sulfate | mg/L | 250 | 6.41 | 5.15 | 6.02 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 362 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | <20 U |
| | Turbidity | NTU | 1** | NT | NT | **18.4** |
| | MBAS | mg/L | 0.5 | NT | NT | <0.20 U |
| Total Metals | Aluminum, Al | mg/L | 0.2 | ND | ND | 0.15 |
| | Arsenic, As | mg/L | 0.01 | NT | NT | <0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 0.68 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 61 |
| | Iron, Fe | mg/L | 0.3 | **0.504** | 0.159 | **1.75** |
| | Lithium, Li | mg/L | No Standard | NT | NT | <0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 11.1 |
| | Manganese, Mn | mg/L | 0.05 | 0.0299 | 0.0195 | **0.491** |
| | Potassium, K | mg/L | No Standard | NT | NT | 1.92 |
| | Selenium, Se | mg/L | 0.05 | NT | NT | <0.004 U |
| | Sodium, Na | mg/L | 20* | NT | NT | 63.9 |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.956 |
| | Zinc, Zn | mg/L | 5 | NT | NT | 0.032 |
| Bacteria | E. Coli | Col/100mL | Absent | NT | NT | **12.4** |
| | Total Coliform | Col/100mL | Absent | NT | NT | **>200.5** |

**Bold font indicates an exceedance of standard
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
RL* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.
NT – Analysis was not performed for this parameter

DEP(Hice_v._EQT)000289

## Analytical Report For
## Oil And Gas Mgmt

**Sample ID:** 9557 040          **Date Collected:** 08/24/2022 10:40:00 AM          **Lab Sample ID:** I2022015039          Stati

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene                              **State:**

**Municipality:** Freeport Twp

DAVE HICE

699 GOLDEN OAKS RD

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088               **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                               **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** garage faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

DEP(Hice_v._EQT)000290

| Legal Seal: | I183542 | Intact: | Yes |
| Legal Seal: | I183541 | Intact: | Yes |
| Legal Seal: | I183540 | Intact: | Yes |

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410   ALKALINITY AS CaCO3 @ pH 4.5 | 193.4 mg/L | 08/25/2022 05:23 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H   ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 150.000 ug/L | 08/29/2022 10:31 AM | ELEEDY |
| 01002H   ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 08/29/2022 10:31 AM | ELEEDY |
| 38260A   Automated MBAS | <0.20 mg/L  (U) | 08/25/2022 12:36 PM | MAMCNULTY |
| 01007M   BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.680 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 71870   BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 08/25/2022 06:25 PM | TVOROBEYCH |
| 00916A   CALCIUM, TOTAL (WATER & WASTE) BY ICP | 61.000 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 00900   HARDNESS, TOTAL (CALCULATED) | 198 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| ** Comment ** Accredited by NJ only - accreditation not available from PA | | | |
| 01045M   IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 1.750 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 01132A   LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 08/26/2022 11:12 AM | CREITMEYER |
| 00927A   MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 11.10 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 01055M   MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.491 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 00403   pH, Lab (Electrometric) | 8.1 pH units | 08/25/2022 05:23 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A   POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.92 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 01147H   SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 08/29/2022 10:31 AM | ELEEDY |
| 00929A   SODIUM, TOTAL (WATER & WASTE) BY ICP | 63.90 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 00095   SPECIFIC CONDUCTIVITY @ 25.0 C | 669.00 umhos/cm | 08/29/2022 06:12 PM | MTUZINSKI |
| 01082M   STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.956 mg/L | 08/26/2022 11:12 AM | CREITMEYER |
| 00403T   Temperature at which pH is measured | 18.54 C | 08/25/2022 05:23 PM | JAHOGUE |
| 00940   Total Chloride-Ion Chromatograph | 93.10 mg/L | 08/26/2022 09:03 PM | TVOROBEYCH |
| 70300   TOTAL DISSOLVED SOLIDS @ 180C | 362 mg/L | 08/25/2022 11:11 AM | JRONEMUS |
| 00945   Total Sulfate-Ion Chromatograph | 6.02 mg/L | 08/25/2022 06:25 PM | TVOROBEYCH |
| 00530   TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 08/25/2022 01:49 PM | JRONEMUS |
| 82079   TURBIDITY, NEPHELMETRIC | 18.40 NTU | 08/25/2022 12:47 PM | JAHOGUE |
| 01092A   ZINC, TOTAL (WATER & WASTE) BY ICP | 32.00 ug/L | 08/26/2022 11:12 AM | CREITMEYER |

DEP(Hice_v_ EQT)000291

DEP(Hice_v._EQT)000292

**Contact Phone Number: (717) 346-7200**

## Analytical Report For
### Oil And Gas Mgmt

**Sample ID: 9557 041**          **Date Collected: 08/24/2022 10:40:00 AM**          **Lab Sample ID: B2022005842**          Stat

**Name of Sample Collector:** Jena Lexie

**Date Received:** 08/25/2022

**County:** Greene          **State:**

**Municipality:** Freeport Twp

DAVE HICE

699 GOLDEN OAKS RD

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** garage faucet

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183543 | Intact: | Yes |
| Legal Seal: | I183544 | Intact: | Yes |

DEP(Hice_v._EQT)000293

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT   E. coli MPN | 12.4 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |
| MMO-T   Total Coliform MPN | >200.5 cf/100mL | 08/25/2022 09:43 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the re " denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000294



# PENNSTATE

College of Agricultural Sciences    Cooperative Extension

## *Agricultural and Biological Engineering*

---

## How to Interpret a Water Analysis Report          F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

**W**hether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

```
                        ***  ANALYTICAL LABORATORY REPORT  ***

Client: Client's name                        Collected by: KM

Project: Analytical Laboratory Services      Project Number: CL000001

Date Collected: 08/28/90                      Time Collected: 7:35 am

Sample Identification: Kitchen Tap            Lab Number: 01000

Analysis                        Results                 Units

Total Coliform Bacteria         50                      #/100ml
Nitrate-Nitrogen                4.55                    mg/l
pH                              7.50                    units
Iron                            0.55                    mg/l
Hardness as CaCo3               280                     mg/l
Sulfate Sulfur                  32.0                    mg/l
Chloride                        25.4                    mg/l
Specific Conductance            344                     umhos/cc


        On the basis of the above test result(s), this water sample DOES NOT MEET PaDER
        drinking water standards

        The following notes apply to this sample:

        The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
        The Iron level exceeded the limit of 0.3 mg/l.

                                 Submitted by:_____
                                                Laboratory Manager
```

*Figure 1. A sample water analysis report*

An Equal Opportunity University    College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

226

DEP(Hice_v._EQT)000295

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects.  To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants.  Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The pH value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000296

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|-----------|-----------------|------------|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpalatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

**testing ask for publication** *Water Tests: What Do the Numbers Mean?* **at your local extension office or from the following sources.**
Please access:
Website:   http://wqext.psu.edu
Email:   mxh16@psu.edu
Fax:   (814) 863-1031
Phone:   (814) 865-7685

**For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

Website:   http://www.age.psu.edu
Email:   aqm5@psu.edu
Address:   Penn State
246 Agricultural Engineering Bldg.
University Park, PA  16802
Phone:   (814) 865-7685
Fax:   (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000297

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000298

Hi Mr. Yoders, this is Jessica with DEP. I could not leave you a voicemail because it seems your mailbox has not been set up. Please give me a call when you get a chance at 412-225-7601. Thank you.

Apr 3, 2023 at 12:16 PM

I spoke with your wife and we will be out to collect samples on Thursday at 10

Thu, Jun 20 at 11:34 AM

Hi Bill, we're doing some more sampling in your area next Tuesday 6/25 and wanted to see if you have your other well running so we could sample it then too. Please let me know, thanks.

Mon, Jul 15 at 12:08 PM

Hi Bill, sorry I missed you Friday, I was off work. I can come sample your second well this Wednesday or



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

June 30, 2023

**CERTIFIED MAIL NO.** ▮▮▮▮▮▮▮▮

Re:     Water Supply Request for Investigation 367330
        Negative Determination – 58 Pa. C.S § 3218
        Freeport Township, Greene County

Dear ▮▮▮▮▮▮▮:

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

**CASE INFORMATION**

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| September 29, 2022 | Concern about water quality, odor | Manganese – 0.087 mg/L Sodium* – 47.6 mg/L |

On September 29, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On October 17, 2022, the Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table and were previously shared with you in a letter from the Department dated January 26, 2023 and discussed briefly in a phone call on March 2, 2023.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the H.H. Milliken 1 conventional oil well, operated by Mountain Energy, located about ▮▮▮▮▮ northwest of your Water Supply. Drilling of this well was completed in 2006 and no recent activity appears to have occurred at this well site. Due to the lack of recent activity, it is unlikely this well had an impact on your Water Supply.

The EQT Production Company ("EQT") Lumber Well Site is about ▮▮▮▮▮▮▮ from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

No prior sample data is available from the Water Supply for comparison except for limited results

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

231                                    **DEP(Hice_v._EQT)000300**

from 2015 and 2018 sampling events conducted prior to proposed mining activity in the area. This water quality data is generally comparable to Department samples results from September 2022. No parameters exceed primary drinking water standards. The total manganese level exceeds the secondary drinking water standard, which was also the case in 2015 and 2018. Manganese is a naturally occurring element commonly in exceedance within the bedrock formation that your Water Supply appears to be completed within. The sodium level exceeds the recommended level. Sodium is also a naturally occurring element found in limestone bedrock, which occurs in the formations that your Water Supply appears to be completed within. These parameters are not themselves indicative of an impact by oil and gas activity.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of manganese and sodium as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A.
The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

232                                    DEP(Hice_v._EQT)000301

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
  Exhibit A
  Sample Results Summary Table
  Sample Results
  Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

233

DEP(Hice_v._EQT)000302

**CONFIDENTIAL**

**Exhibit A**

███████████

New Freeport, PA 15352

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | Pre-Mine Sample 3/23/2015 | Pre-Mine Sample 10/25/2018 | DEP Sample 10/17/2022 |
|---|---|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | 8.17 | 7.83 | 8.2 H |
| | Alkalinity | mg/L | 30-500* | 244 | 231 | 229.6 |
| | Hardness | mg/L | 30-150* | NT | NT | 150 |
| | Bromide, Br | mg/L | No Standard | NT | NT | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | NA | NA | 5.85 |
| | Specific Conductance | μS/cm | No Standard | 409 | 431 | 424 |
| | Sulfate | mg/L | 250 | 12.5 | 11.3 | 11.06 |
| | Total Dissolved Solids | mg/L | 500 | NA | NA | 242 |
| | Total Suspended Solids | mg/L | No Standard | ND | ND | < 20 U |
| | Turbidity | NTU | 1* | NT | NT | < 1 |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | ND | ND | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | NT | NT | < 0.003 U |
| | Barium, Ba | mg/L | 2 | NT | NT | 1.35 |
| | Calcium, Ca | mg/L | 75* | NT | NT | 48.1 |
| | Iron, Fe | mg/L | 0.3 | 0.154 | 0.211 | 0.199 |
| | Lithium, Li | mg/L | No Standard | NT | NT | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | NT | NT | 7.29 |
| | Manganese, Mn | mg/L | 0.05 | **0.0724** | **0.0706** | **0.087** |
| | Potassium, K | mg/L | No Standard | NT | NT | 1.49 |
| | Selenium, Se | mg/L | 0.05 | NT | NT | < 0.004 U |
| | Sodium, Na | mg/L | 20* | NT | NT | **47.6** |
| | Strontium, Sr | mg/L | No Standard | NT | NT | 0.9 |
| | Zinc, Zn | mg/L | 5 | NT | NT | 0.051 |
| **Bacteria** | E. Coli | Col/100mL | Absent | NT | NT | < 1.0 |
| | Total Coliform | Col/100mL | Absent | NT | NT | < 1.0 |
| | Slime-Forming Bacteria | Col/mL | No Standard | NT | NT | < 20 |
| | Iron-Related Bacteria | Col/mL | No Standard | NT | NT | < 25 |
| | Sulfate-Reducing Bacteria | Col/mL | No Standard | NT | NT | < 75 |

**Bold** font indicates an exceedance of standard or recommended level

MCL – Primary maximum contaminant level

SMCL – Secondary contaminant level

* – Recommended level

** – PA MCL for turbidity is applicable only to unfiltered surface water sources

H – Holding time exceeded

U/ND – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.

NT – Not tested

NA – Not applicable

DEP(Hice_v._EQT)000304

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 058                    **Date Collected:** 10/17/2022 10:15:00 AM                    **Lab Sample ID:** I2022018521                    St

**Name of Sample Collector:** Jena Lexie

**Date Received:** 10/18/2022

**County:** Greene                                                                          **State:**

**Municipality:** Freeport Twp

███████████████
███████████

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088                                          **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**                                                                          **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** outside hose bib

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I183580 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183579 | Intact: | Yes |
| Legal Seal: | I183578 | Intact: | Yes |

DEP(Hice

| Code | Analyte | Result | Date/Time | Analyst |
|------|---------|--------|-----------|---------|
| 00410 | ALKALINITY AS CaCO3 @ pH 4.5 | 229.6 mg/L | 10/19/2022 02:02 PM | JAHOGUE |

** Comment ** Sample bottle had headspace present before analysis

| Code | Analyte | Result | Date/Time | Analyst |
|------|---------|--------|-----------|---------|
| 01105H | ALUMINUM, TOTAL (WATER & WASTE) ICPMS | <15.0 ug/L (U) | 10/19/2022 10:33 AM | SCHOY |
| 01002H | ARSENIC, TOTAL (WATER & WASTE) BY ICPMS | <3.00 ug/L (U) | 10/19/2022 10:33 AM | SCHOY |
| 38260A | Automated MBAS | <0.20 mg/L (U) | 10/18/2022 12:35 PM | MAMCNULTY |
| 01007M | BARIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 1.350 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L (U) | 10/18/2022 03:37 PM | TVOROBEYCH |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 48.100 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 150 mg/L | 10/20/2022 11:52 AM | CREITMEYER |

** Comment ** Accredited by NJ only - accreditation not available from PA

| Code | Analyte | Result | Date/Time | Analyst |
|------|---------|--------|-----------|---------|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.199 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L (U) | 10/20/2022 11:52 AM | CREITMEYER |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 7.29 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.087 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 00403 | pH, Lab (Electrometric) | 8.2 pH units | 10/19/2022 02:02 PM | JAHOGUE |

** Comment ** Holding Time Exceeded

| Code | Analyte | Result | Date/Time | Analyst |
|------|---------|--------|-----------|---------|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.49 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 01147H | SELENIUM, TOTAL (WATER & WASTE) BY ICPMS | <4.00 ug/L (U) | 10/19/2022 10:33 AM | SCHOY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 47.60 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 424.00 umhos/cm | 10/21/2022 03:01 PM | MTUZINSKI |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.900 mg/L | 10/20/2022 11:52 AM | CREITMEYER |
| 00403T | Temperature at which pH is measured | 17.91 C | 10/19/2022 02:02 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 5.85 mg/L | 10/18/2022 03:37 PM | TVOROBEYCH |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 242 mg/L | 10/19/2022 02:20 PM | LHREHA |

** Comment ** Estimated values, could not rerun sample

| Code | Analyte | Result | Date/Time | Analyst |
|------|---------|--------|-----------|---------|
| 00945 | Total Sulfate-Ion Chromatograph | 11.06 mg/L | 10/18/2022 03:37 PM | TVOROBEYCH |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L (U) | 10/18/2022 01:25 PM | ANFRIEDLIN |
| 82079 | TURBIDITY, NEPHELMETRIC | <1 NTU | 10/18/2022 11:42 AM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | 51.00 ug/L | 10/20/2022 11:52 AM | CREITMEYER |

DEP(Hice

Jennifer Fesler, Technical Director, Bureau of Laboratories

DEP(Hice

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9557 059      **Date Collected:** 10/17/2022 10:15:00 AM      **Lab Sample ID:** B2022007585

**Name of Sample Collector:** Jena Lexie

**Date Received:** 10/18/2022

**County:** Greene      **State:**

**Municipality:** Freeport Twp

▬▬▬▬▬▬
▬▬▬▬▬▬

NEW FREEPORT PA. 15352

**Facility/Permit ID:** 059-28088      **FIX ID:** 845836

**Facility:** LUMBER 13H

**Sub-Facility:**      **FIX ID:** 0

**Name:**

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** outside hose bib

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I183577 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I183576 | Intact: | Yes |

DEP(Hice

| MMOECT | E. coli MPN | <1.0 cf/100mL | 10/18/2022 09:15 AM | HEBLOSS |
| 99031 | Iron Bacteria* | <25 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99033 | Slime Bacteria* | <20 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| 99032 | Sulfur Bacteria* | <75 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |

** Comment ** Analyzed with HACH-BART methodology, results are estimated

| MMO-T | Total Coliform MPN | <1.0 cf/100mL | 10/18/2022 09:15 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice

# PENNSTATE



College of Agricultural Sciences     Cooperative Extension

## *Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report          F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

*** ANALYTICAL LABORATORY REPORT ***

| | |
|---|---|
| Client: Client's name | Collected by: KM |
| Project: Analytical Laboratory Services | Project Number: CL000001 |
| Date Collected: 08/28/90 | Time Collected: 7:35 am |
| Sample Identification: Kitchen Tap | Lab Number: 01000 |

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | #/100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University          College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

241

DEP(Hice_v._EQT)000310

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects.  To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*.  See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants.  Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The pH value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

\* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000311

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|---|---|---|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**

**For more detailed information about water**

**testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.**

Please access:
Website:    http://wqext.psu.edu
Email:      mxh16@psu.edu
Fax:        (814) 863-1031
Phone:      (814) 865-7685

**For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

Website:    http://www.age.psu.edu
Email:      aqm5@psu.edu
Address:    Penn State
            246 Agricultural Engineering Bldg.
            University Park, PA  16802
Phone:      (814) 865-7685
Fax:        (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000312

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000313



## pennsylvania
### DEPARTMENT OF ENVIRONMENTAL PROTECTION

July 11, 2023

**CERTIFIED MAIL NO.** ██████████████



Re:    Water Supply Request for Investigation 367330
       Negative Determination – 58 Pa. C.S § 3218
       Freeport Township, Greene County

Dear ████████:

The Department has completed its investigation of your water supply listed in Exhibit A ("Water Supply"). Based on the sample results and other information obtained to date, the Department cannot conclude that the Water Supply was adversely affected by oil and gas activities. This information is summarized below.

## CASE INFORMATION

| Date of Complaint | Nature of Complaint (odor, taste, quantity, use, color) | Sample Results Above Statewide Standards or Recommended Levels* |
|---|---|---|
| September 29, 2022 | Concern about water quality, odor | Hardness* – 222 mg/L<br>Iron – 0.891 mg/L<br>Manganese – 0.229 mg/L<br>Turbidity – 8.44 NTU<br>Total Coliform – 40.6 colonies/100 mL |

On September 29, 2022, after being notified of your concern about the water quality of your Water Supply, the Department began investigating your complaint. On October 17, 2022, the Department conducted a site visit and collected samples from the Water Supply which are summarized in the attached table and were previously shared with you in a letter from the Department dated January 26, 2023.

The Department investigated whether oil and gas activities have occurred in the recent past that may be associated with an impact to your Water Supply. The closest oil and gas activity to your Water Supply is the Llewellyn P & Jeanne M Williams B13 conventional well, operated by CNX Gas Company, located about ███ feet northwest of your Water Supply. Drilling of this well was completed in 2006 and no recent activity appears to have occurred at this well site. Due to the lack of recent activity, it is unlikely this well had an impact on your Water Supply.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

245                    **DEP(Hice_v._EQT)000314**

The EQT Production Company ("EQT") Lumber Well Site is over ▮▮▮ feet from your Water Supply. Activity occurring at this Well Site at that distance is unlikely to cause an impact to your Water Supply. In addition, as further discussed below, the results from Department sampling your Water Supply do not indicate an impact by oil and gas activity.

No prior sample data is available for the Water Supply for comparison. The levels of turbidity and total coliform in the Water Supply exceed primary drinking water standards. The presence of bacteria and turbidity do not indicate an impact by oil and gas activity but may suggest influence by surface water into the wellbore.

The total iron and manganese levels exceed secondary drinking water standards. These metals are naturally occurring elements commonly in exceedance within the bedrock formation that your Water Supply appears to be completed within. Hardness exceeds the recommended level which also appears to be a naturally occurring condition caused mostly by calcium and magnesium that can originate in limestone bedrock layers which occur in the formations that your Water Supply appears to be completed within.

Low levels of nuisance bacteria (iron, sulfur and slime) were also detected in the Water Supply. There are no drinking water standards for these bacteria, but they may build up a water supply causing aesthetic issues or reduced yield. Nuisance bacteria may be the source of the foul odor that you reported in the Water Supply.

While the Department did not determine that oil and gas activities polluted your Water Supply, please do note that your water quality does not meet (*i.e.*, is worse than) health and/or aesthetic statewide standards. You may consider exploring remedial actions regarding the levels of total coliform, turbidity, total iron and manganese, and hardness as identified above and also set forth in the attached sampling results.

Please contact Jessica Hirsch at 412-442-5808 or jehirsch@pa.gov if you have any questions about the Department's determination regarding the Water Supply.

Any person aggrieved by this action may appeal the action to the Environmental Hearing Board (Board), pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. § 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A. The Board's address is:

> Environmental Hearing Board
> Rachel Carson State Office Building, Second Floor
> 400 Market Street
> P.O. Box 8457
> Harrisburg, PA 17105-8457

TDD users may contact the Environmental Hearing Board through the Pennsylvania Relay Service, 800-654-5984.

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

246                    DEP(Hice_v._EQT)000315

Appeals must be filed with the Board within 30 days of receipt of notice of this action unless the appropriate statute provides a different time. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

A Notice of Appeal form and the Board's rules of practice and procedure may be obtained online at http://ehb.courtapps.com or by contacting the Secretary to the Board at 717-787-3483. The Notice of Appeal form and the Board's rules are also available in braille and on audiotape from the Secretary to the Board.

IMPORTANT LEGAL RIGHTS ARE AT STAKE. YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD AT 717-787-3483 FOR MORE INFORMATION. YOU DO NOT NEED A LAWYER TO FILE A NOTICE OF APPEAL WITH THE BOARD.

**IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST BE FILED WITH AND RECEIVED BY THE BOARD WITHIN 30 DAYS OF RECEIPT OF NOTICE OF THIS ACTION.**

Sincerely,

Daniel F. Counahan
District Oil and Gas Manager
Southwest District Oil and Gas Operations

Enclosures:
      Exhibit A
      Sample Results Summary Table
      Sample Results
      Fact Sheet – Interpreting Water Supply Results

cc:    Complaint File, OCC

Office of Oil & Gas Management
Southwest Regional Office | 400 Waterfront Drive| Pittsburgh, PA 15222 | 412.442.4000 | 412.442.4328

247

DEP(Hice_v._EQT)000316

**CONFIDENTIAL**

**Exhibit A**



**DEP(Hice_v._EQT)000317**

## Water Sample Results Summary Table

| | Parameter | Unit | MCL, SMCL, RL* | DEP Sample 10/17/2022 |
|---|---|---|---|---|
| **General Chemistry** | pH | | 6.5-8.5 | 8 H |
| | Alkalinity | mg/L | 30-500* | 239.2 |
| | Hardness | mg/L | 30-150* | **222** |
| | Bromide, Br | mg/L | No Standard | < 0.2 U |
| | Chloride, Cl | mg/L | 250 | 2.05 |
| | Specific Conductance | μS/cm | No Standard | 411 |
| | Sulfate | mg/L | 250 | 2.96 |
| | Total Dissolved Solids | mg/L | 500 | 238 |
| | Total Suspended Solids | mg/L | No Standard | < 20 U |
| | Turbidity | NTU | 1* | 8.44 |
| **Total Metals** | Aluminum, Al | mg/L | 0.2 | < 0.015 U |
| | Arsenic, As | mg/L | 0.01 | < 0.003 U |
| | Barium, Ba | mg/L | 2 | 0.824 |
| | Calcium, Ca | mg/L | 75* | 74 |
| | Iron, Fe | mg/L | 0.3 | **0.891** |
| | Lithium, Li | mg/L | No Standard | < 0.025 U |
| | Magnesium, Mg | mg/L | No Standard | 8.94 |
| | Manganese, Mn | mg/L | 0.05 | **0.229** |
| | Potassium, K | mg/L | No Standard | 1.15 |
| | Selenium, Se | mg/L | 0.05 | < 0.004 U |
| | Sodium, Na | mg/L | 20* | 15.8 |
| | Strontium, Sr | mg/L | No Standard | 0.366 |
| | Zinc, Zn | mg/L | 5 | 0.083 |
| **Bacteria** | E. Coli | Col/100mL | Absent | < 1.0 |
| | Total Coliform | Col/100mL | Absent | **118.4** |
| | Slime-Forming Bacteria | Col/mL | No Standard | 100 |
| | Iron-Related Bacteria | Col/mL | No Standard | 500 |
| | Sulfate-Reducing Bacteria | Col/mL | No Standard | 325 |

**Bold** font indicates an exceedance of standard or recommended level
MCL – Primary maximum contaminant level
SMCL – Secondary contaminant level
* – Recommended level
** – PA MCL for turbidity is applicable only to unfiltered surface water sources
H – Holding time exceeded
U – Analysis was performed for the test, but it was not detected. The sample quantitation limit may be reported.

DEP(Hice_v._EQT)000318

Contact Phone Number: **(717) 346-7200**

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9557 060          Date Collected: 10/17/2022 10:36:00 AM          Lab Sample ID: I2022018522          Statu

**Name of Sample Collector:** Jena Lexie
**Date Received:** 10/18/2022

**County:** Greene          State:
**Municipality:** Freeport Twp

**Facility/Permit ID:** 059-28088          FIX ID: 845836
**Facility:** LUMBER 13H
**Sub-Facility:**          FIX ID: 0
**Name:**

**Sample Medium:** Ground Water
**Sample Medium Type:** Water

**Location:** well
**Reason:** Complaint
**Project:** NOT INDICATED
**Standard Anlysis:** 946
**Matrix:** Water

| Legal Seal: | I183571 | Intact: | Yes |
| Legal Seal: | I183573 | Intact: | Yes |
| Legal Seal: | I183572 | Intact: | Yes |

DEP(Hice_v._EQT)000319

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 00410  ALKALINITY AS CaCO3 @ pH 4.5 | 289.1 mg/L | 10/19/2022 02:10 PM | JAHOGUE |
| ** Comment ** Sample bottle had headspace present before analysis | | | |
| 01105H  ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | <15.0 ug/L  (U) | 10/19/2022 10:36 AM | SCHOY |
| 01002H  ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 10/19/2022 10:36 AM | SCHOY |
| 38260A  Automated MBAS | <0.20 mg/L  (U) | 10/18/2022 12:40 PM | MAMCNULTY |
| ** Comment ** Possible Matrix Interference | | | |
| 01007M  BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.824 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 71870  BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 10/18/2022 03:53 PM | TVOROBEYCH |
| 00916A  CALCIUM, TOTAL (WATER & WASTE) BY ICP | 74.000 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 00900  HARDNESS, TOTAL (CALCULATED) | 222 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| ** Comment ** Accredited by NJ only – accreditation not available from PA | | | |
| 01045M  IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 0.891 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 01132A  LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 10/20/2022 11:58 AM | CREITMEYER |
| 00927A  MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 8.94 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 01055M  MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.229 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 00403  pH, Lab (Electrometric) | 8.0 pH units | 10/19/2022 02:10 PM | JAHOGUE |
| ** Comment ** Holding Time Exceeded | | | |
| 00937A  POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.15 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 01147H  SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 10/19/2022 10:36 AM | SCHOY |
| 00929A  SODIUM, TOTAL (WATER & WASTE) BY ICP | 15.80 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 00095  SPECIFIC CONDUCTIVITY @ 25.0 C | 411.00 umhos/cm | 10/21/2022 03:04 PM | MTUZINSKI |
| 01082M  STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.366 mg/L | 10/20/2022 11:58 AM | CREITMEYER |
| 00403T  Temperature at which pH is measured | 17.94 C | 10/19/2022 02:10 PM | JAHOGUE |
| 00940  Total Chloride-Ion Chromatograph | 2.05 mg/L | 10/18/2022 03:53 PM | TVOROBEYCH |
| 70300  TOTAL DISSOLVED SOLIDS @ 180C | 238 mg/L | 10/19/2022 02:20 PM | LHREHA |
| 00945  Total Sulfate-Ion Chromatograph | 2.96 mg/L | 10/18/2022 03:53 PM | TVOROBEYCH |
| 00530  TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 10/18/2022 01:25 PM | ANFRIEDLIN |
| 82079  TURBIDITY, NEPHELMETRIC | 8.44 NTU | 10/18/2022 11:43 AM | JAHOGUE |
| 01092A  ZINC, TOTAL (WATER & WASTE) BY ICP | 83.00 ug/L | 10/20/2022 11:58 AM | CREITMEYER |

DEP(Hice_v._EQT)000320

2

DEP(Hice_v._EQT)000321

**Analytical Report For**
**Oil And Gas Mgmt**

Sample ID: 9557 061          Date Collected: 10/17/2022 10:36:00 AM          Lab Sample ID: B2022007586          Statu

Name of Sample Collector: Jena Lexie
Date Received: 10/18/2022

County: Greene                                    State:
Municipality: Freeport Twp



Facility/Permit ID: 059-28088                    FIX ID: 845836
Facility: LUMBER 13H
Sub-Facility:                                     FIX ID: 0
Name:

Sample Medium: Ground Water
Sample Medium Type: Water

Location: well
Reason: Complaint
Project: NOT INDICATED
Standard Anlysis: B017
Matrix: Water

| Legal Seal: | 1183575 | Intact: | Yes |
| Legal Seal: | 1183574 | Intact: | Yes |

DEP(Hice_v._EQT)000322

1

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT   E. coli MPN | <10 cf/100mL | 10/18/2022 09:15 AM | HEBLOSS |
| 99031   Iron Bacteria* | 500 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99033   Slime Bacteria* | 100 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99032   Sulfur Bacteria* | 325 cfu/mL | 10/18/2022 09:20 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| MMO-T   Total Coliform MPN | 118.4 cf/100mL | 10/18/2022 09:15 AM | HEBLOSS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presented
meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the re
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Dr. Pamela Higgins, Technical Director, Bureau of Laboratories

DEP(Hice_v._EQT)000323



# PENNSTATE

College of Agricultural Sciences    Cooperative Extension

*Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report                    F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

**W**hether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

### Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.



*Figure 1. A sample water analysis report*

An Equal Opportunity University        College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

DEP(Hice_v._EQT)000324

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000325

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|-----------|------------------|------------|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpalatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.
  Please access:
  Website:   http://wqext.psu.edu
  Email:     mxh16@psu.edu
  Fax:       (814) 863-1031
  Phone:     (814) 865-7685

  **For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

  Website:   http://www.age.psu.edu
  Email:     aqm5@psu.edu
  Address:   Penn State
             246 Agricultural Engineering Bldg.
             University Park, PA  16802
  Phone:     (814) 865-7685
  Fax:       (814) 863-1031

PSU rev. 8/01

DEP(Hice_v._EQT)000326

Table 3.  *Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowish stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

Table 4.  *Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

\* *level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities.  It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment.  The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University.  Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA  16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000327



July 29, 2024

**CERTIFIED MAIL NO. 7000 1670 0005 1026 7282**

Re:  Water Supply Request for Investigation [365146]
     58 Pa. C.S § 3218 Determination – Sample Results/Determination Under Review
     Springhill Township, Greene County

Dear Mr. Yoders:

The Department began its investigation of your water supply listed in Exhibit A ("Water Supplies"). Analytical data has been received and is currently under review along with other available information to date, to determine whether the Water Supply has been affected because of oil and gas activities including but not limited to the drilling, alteration, or operation of an oil or gas well and, if affected, to determine the person or entity responsible. This information is summarized below:

| Date of Complaint | Nature of Complaint | Applicable Statewide Standards or Recommended Levels* | Sample Results Above Statewide Standards or Recommended Levels* | Status |
|---|---|---|---|---|
| June 29, 2022 | *Possible impact to water supply wells* | Aluminum – 0.2 mg/L Iron – 0.300 mg/L Manganese – 0.05 mg/L Sodium* – 20 mg/L Turbidity – 1 NTU E. Coli – Absent Total Coliform – Absent | Well 1 – 5/29/2024 Aluminum – 0.458 mg/L Iron – 5.20 mg/L Manganese – 2.50 mg/L Sodium* – 131 mg/L Turbidity – 19.5 NTU E. Coli – 13.7 colonies/mL Total Coliform - >200.5 colonies/mL | Under Review |

UVIR analysis indicated that no petroleum products were detected in Well 1.

The following parameters, which do not have drinking water standards, were detected in Well 1:
        Dissolved methane – 0.100 mg/L and 0.0758 mg/L.
        Iron bacteria – 9,000 colonies/mL
        Slime bacteria – 13,000 colonies/mL
        Sulfur bacteria – < (less than) 75 colonies/mL
        Methyl-tert-butyl Ether – 0.000596 mg/L

DEP(Hice_v._EQT)000002

Please note that additional sample results for radiological parameters are pending. Once those results are received, they will be provided in a separate letter.

Upon completion of the review, we will notify you of the determination by the Department regarding the Water Supply. Please contact me at 412-225-7601 or jehirsch@pa.gov if you have any questions about the Department's investigation of the Water Supply.

Sincerely,

Jessica Hirsch, G.I.T.
Geoscientist
District Oil and Gas Operations

DEP(Hice_v._EQT)000003

Enclosures:
      Exhibit A
      Analytical Results
      Fact Sheet – Interpreting Water Supply Results
      PADEP – Division of Drinking Water Management – Maximum Contaminant Levels


cc:    Complaint File
       M. Dracup

DEP(Hice_v._EQT)000004

**CONFIDENTIAL**

**Exhibit A**

133 Main Street
New Freeport, PA 15352

**DEP(Hice_v._EQT)000005**

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9542 001      **Date Collected:** 05/29/2024 10:32:00 AM      **Lab Sample ID:** I2024009401      St

---

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene      **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 – PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** 946

**Matrix:** Water

| Legal Seal: | I177448 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177439 | Intact: | Yes |
| Legal Seal: | I177440 | Intact: | Yes |
| Legal Seal: | I177441 | Intact: | Yes |
| Legal Seal: | I177446 | Intact: | Yes |
| Legal Seal: | I177447 | Intact: | Yes |
| Legal Seal: | I177449 | Intact: | Yes |

DEP(Hice

** Comment ** Sample bottle had headspace present before analysis

| | | | | |
|---|---|---|---|---|
| 01105H | ALUMINUM, TOTAL  (WATER & WASTE) ICPMS | 458.000 ug/L | 05/31/2024 11:56 AM | SCHOY |
| 01002H | ARSENIC, TOTAL  (WATER & WASTE) BY ICPMS | <3.00 ug/L  (U) | 05/31/2024 11:21 AM | SCHOY |
| 01007M | BARIUM, TOTAL  in MG/L (WATER & WASTE) BY ICP | 0.484 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 71870 | BROMIDE BY ION CHROMATOGRAPHY | <0.2 mg/L  (U) | 05/30/2024 01:15 PM | TVOROBEYCH |
| 00916A | CALCIUM, TOTAL (WATER & WASTE) BY ICP | 29.500 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 00900 | HARDNESS, TOTAL (CALCULATED) | 100 mg/L | 05/31/2024 11:48 AM | ESPAUGH |

** Comment ** Accredited by NJ only - accreditation not available from PA

| | | | | |
|---|---|---|---|---|
| 01045M | IRON, TOTAL IN MG/L (WATER & WASTE) BY ICP | 5.200 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 01132A | LITHIUM, TOTAL (WATER & WASTE) BY ICP | <25.0 ug/L  (U) | 05/31/2024 11:48 AM | ESPAUGH |
| 00927A | MAGNESIUM, TOTAL (WATER & WASTE) BY ICP | 6.51 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 01055M | MANGANESE, TOTAL in MG/L (WATER & WASTE) BY ICP | 2.500 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 00403 | pH, Lab (Electrometric) | 7.7 pH units | 05/30/2024 05:04 PM | JAHOGUE |

** Comment ** Holding time exceeded

| | | | | |
|---|---|---|---|---|
| 00937A | POTASSIUM, TOTAL (WATER & WASTE) BY ICP | 1.31 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 01147H | SELENIUM, TOTAL  (WATER & WASTE) BY ICPMS | <4.00 ug/L  (U) | 05/31/2024 11:21 AM | SCHOY |
| 00929A | SODIUM, TOTAL (WATER & WASTE) BY ICP | 131.00 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 00095 | SPECIFIC CONDUCTIVITY @ 25.0 C | 754.00 umhos/cm | 06/03/2024 04:07 PM | JAHOGUE |
| 01082M | STRONTIUM, TOTAL in MG/L (WATER & WASTE) BY ICP | 0.491 mg/L | 05/31/2024 11:48 AM | ESPAUGH |
| 00403T | Temperature at which pH is measured | 21.39 C | 05/30/2024 05:04 PM | JAHOGUE |
| 00940 | Total Chloride-Ion Chromatograph | 78.13 mg/L | 05/30/2024 08:50 PM | TVOROBEYCH |
| 70300 | TOTAL DISSOLVED SOLIDS @ 180C | 456 mg/L | 05/30/2024 12:54 PM | JRONEMUS |
| 00945 | Total Sulfate-Ion Chromatograph | 13.29 mg/L | 05/30/2024 01:15 PM | TVOROBEYCH |
| 00530 | TOTAL SUSPENDED SOLIDS | <20 mg/L  (U) | 05/30/2024 03:09 PM | JULLEHMAN |
| 82079 | TURBIDITY, NEPHELMETRIC | 19.50 NTU | 05/30/2024 12:53 PM | JAHOGUE |
| 01092A | ZINC, TOTAL (WATER & WASTE) BY ICP | 77.00 ug/L | 05/31/2024 11:48 AM | ESPAUGH |

DEP(Hice

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001          **Date Collected:** 05/29/2024 10:32:00 AM          **Lab Sample ID:** B2024002274

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                                                          **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Standard Anlysis:** B017

**Matrix:** Water

| Legal Seal: | I177452 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177448 | Intact: | Yes |
| Legal Seal: | I177449 | Intact: | Yes |
| Legal Seal: | I177439 | Intact: | Yes |
| Legal Seal: | I177440 | Intact: | Yes |
| Legal Seal: | I177442 | Intact: | Yes |
| Legal Seal: | I177441 | Intact: | Yes |

DEP(Hice

**Appearance:** ORANGE SEDIMENT WITH SLIGHT SULFUR ODOR

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| MMOECT   E. coli MPN | 13.7 cf/100mL | 05/30/2024 09:10 AM | ABMICKEY |
| 99031   Iron Bacteria* | 9000 cfu/mL | 05/30/2024 09:15 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99033   Slime Bacteria* | 13000 cfu/mL | 05/30/2024 09:15 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| 99032   Sulfur Bacteria* | <75 cfu/mL | 05/30/2024 09:15 AM | ABMICKEY |
| ** Comment ** Analyzed with HACH-BART methodology, results are estimated | | | |
| MMO-T   Total Coliform MPN | >200.5 cf/100mL | 05/30/2024 09:10 AM | ABMICKEY |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001          **Date Collected:** 05/29/2024 10:32:00 AM          **Lab Sample ID:** O2024001056          S

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                                        **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | I177448 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177449 | Intact: | Yes |
| Legal Seal: | I177439 | Intact: | Yes |
| Legal Seal: | I177440 | Intact: | Yes |
| Legal Seal: | I177441 | Intact: | Yes |
| Legal Seal: | I177447 | Intact: | Yes |
| Legal Seal: | I177442 | Intact: | Yes |

DEP(Hice

| Test Codes / CAS # - Description | | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|---|
| 74840 | Ethane | 12.4 ug/L  (U) | 06/04/2024 02:00 AM | DACLEMENS |
| 74828 | Methane | 100 ug/L | 06/04/2024 02:00 AM | DACLEMENS |
| 74986 | Propane | 14.2 ug/L  (U) | 06/04/2024 02:00 AM | DACLEMENS |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

ORGANICS LABORATORY QUALIFIERS
-------------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colu
   (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice

**Analytical Report For**
**Oil And Gas Mgmt**

**Sample ID:** 9542 002          **Date Collected:** 05/29/2024 10:35:00 AM          **Lab Sample ID:** O2024001057          St

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                    **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** METH

**Matrix:** Water

| Legal Seal: | 1177444 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | 1177445 | Intact: | Yes |

**Stream Condition:**

**Appearance:** ORANGE SEDIMENT WITH SLIGHT SULFUR ODOR

DEP(Hice

* denotes tests that the laboratory is not accredited for
Case 2:24-cv-00896-WSH    Document 34-11    Filed 09/20/24    Page 272 of 288
U – Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J – Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

--------------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual colu
(e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001      **Date Collected:** 05/29/2024 10:32:00 AM      **Lab Sample ID:** O2024001067      **S**

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                                     **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** UVIR

**Matrix:** Water

| Legal Seal: | I177449 | Intact: | Yes |
|-------------|---------|---------|-----|
| Legal Seal: | I177439 | Intact: | Yes |
| Legal Seal: | I177440 | Intact: | Yes |
| Legal Seal: | I177446 | Intact: | Yes |
| Legal Seal: | I177447 | Intact: | Yes |
| Legal Seal: | I177442 | Intact: | Yes |
| Legal Seal: | I177443 | Intact: | Yes |

**DEP(Hice**

**Sample Lab Comment:** Not Covered Under NJ NELAP Accreditation

**Appearance:** ORANGE SEDIMENT WITH SLIGHT SULFUR ODOR

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| EXTRACTED DATE | 06052024 Day | 06/05/2024 02:06 PM | SAMCOONS |
| IR       IR | | 06/05/2024 02:06 PM | SAMCOONS |
| The IR analysis detected no petroleum products in this sample. | | | |
| UV       UV | | 06/05/2024 10:58 AM | SAMCOONS |
| The UV analysis detected no petroleum products in this sample. | | | |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the
* denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for dual colu
(e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice

DEP(Hice _

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001              **Date Collected:** 05/29/2024 10:32:00 AM              **Lab Sample ID:** O2024001053                    St

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                                                                 **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** VOADW

**Matrix:** Water

| Legal Seal: | I177452 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177453 | Intact: | Yes |
| Legal Seal: | I177448 | Intact: | Yes |
| Legal Seal: | I177449 | Intact: | Yes |
| Legal Seal: | I177439 | Intact: | Yes |
| Legal Seal: | I177440 | Intact: | Yes |
| Legal Seal: | I177443 | Intact: | Yes |

DEP(Hice

**Stream Condition:**

**Sample Lab Comment:** TIC(s): Unknown(s), Substituted Silane

**Appearance:** ORANGE SEDIMENT WITH SLIGHT SULFUR ODOR

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 630206 | 1,1,1,2-Tetrachloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 71556 | 1,1,1-Trichloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 79345 | 1,1,2,2-Tetrachloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 79005 | 1,1,2-Trichloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 75343 | 1,1-Dichloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 75354 | 1,1-Dichloroethene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 563586 | 1,1-Dichloropropene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 87616 | 1,2,3-Trichlorobenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 96184 | 1,2,3-Trichloropropane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 120821 | 1,2,4-Trichlorobenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 95636 | 1,2,4-Trimethylbenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 95501 | 1,2-Dichlorobenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 107062 | 1,2-Dichloroethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 78875 | 1,2-Dichloropropane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 108678 | 1,3,5-Trimethylbenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |

Temporarily not accredited. This result should not be used for compliance purposes (e.g. reported under SDWA).

| Test Codes / CAS # - Description | Reported Results | Date And Time Analyzed | Approved by |
|---|---|---|---|
| 541731 | 1,3-Dichlorobenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 142289 | 1,3-Dichloropropane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 106467 | 1,4-Dichlorobenzene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 594207 | 2,2-Dichloropropane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 78933 | 2-Butanone | 2.50 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 591786 | 2-Hexanone | 2.50 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 99876 | 4-Isopropyltoluene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 108101 | 4-Methyl-2-pentanone | 2.50 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 67641 | Acetone | 2.50 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |

**DEP(Hice**

| 74839 | Bromomethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75150 | Carbon disulfide | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 56235 | Carbon tetrachloride | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 108907 | Chlorobenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75003 | Chloroethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75014 | Chloroethene (vinyl chloride) | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 67663 | Chloroform | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 74873 | Chloromethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 156592 | cis-1,2-Dichloroethene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 10061015 | cis-1,3-Dichloropropene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 124481 | Dibromochloromethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 74953 | Dibromomethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75718 | Dichlorodifluoromethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75092 | Dichloromethane | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 100414 | Ethylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 87683 | Hexachlorobutadiene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 98828 | Isopropylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 108383 | m/p-Xylenes | 1.00 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 1634044 | Methyl-tert-butyl Ether | 0.596 ug/L | 06/12/2024 02:00 AM | HRIDER |
| 91203 | Naphthalene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 104518 | n-Butylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 103651 | n-Propylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 95498 | o-Chlorotoluene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 95476 | o-Xylene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 106434 | p-Chlorotoluene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 98566 | PCTFB | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 135988 | Sec-Butylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 100425 | Styrene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 75650 | t-Butyl alcohol | 5.00 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 540885 | tert-Butyl Acetate | 2.50 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |
| 98066 | Tert-Butylbenzene | 0.500 ug/L (U) | 06/12/2024 02:00 AM | HRIDER |

DEP(Hice

| 10061026 | trans-1,3-Dichloropropene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 79016 | Trichloroethene | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 75694 | Trichlorofluoromethane | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |
| 108054 | Vinyl Acetate | 0.500 ug/L  (U) | 06/12/2024 02:00 AM | HRIDER |

The results of the analyses provided in this laboratory report relate only to the sample(s) identified therein. Unless otherwise noted, the results presente meet all requirements of the 2016 TNI standard. Sample was in acceptable condition when received by the Laboratory. Any exceptions are noted in the * denotes tests that the laboratory is not accredited for

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

Jennifer Fesler, Technical Director, Bureau of Laboratories

## ORGANICS LABORATORY QUALIFIERS
-----------------------------------------------------------

U - Indicates analysis was performed for the test but it was not detected. The sample quantitation limit is reported.

J - Indicates an estimated value, reported between Reporting Limit (RL) and Minimum Detection Limit (MDL).

N - Indicates presumptive evidence of a compound.

B - This flag is used when the analyte is found in the associated blank as well as in the sample.

E - This flag identifies compounds whose concentrations exceed the calibration range of the instrument for that specific analysis.

P - This flag is used with a target analyte when there is greater than a 40% difference between the results obtained from the primary and confirmation columns for  dual col (e.g. pesticides, triazines, PCBs, etc)

Q - This flag identifies the average of multiple results from multiple analyses, or the average of the averages of dual column analysis methods.

X - Non-target analytes co-elute with compound.  Identification unable to be confirmed.

DEP(Hice

**Analytical Report For**

**Oil And Gas Mgmt**

**Sample ID:** 9542 001          **Date Collected:** 05/29/2024 10:32:00 AM          **Lab Sample ID:** R2024001422

**Name of Sample Collector:** Jessica M Hirsch

**Date Received:** 05/30/2024

**County:** Greene                                              **State:**

**Municipality:** Springhill Twp

BILL YODERS

133 MAIN STREET

NEW FREEPORT PA. 15352

**Sample Medium:** Ground Water

**Sample Medium Type:** Water

**Location:** WELL 1 - PITCHER PUMP

**Reason:** Complaint

**Project:** NOT INDICATED

**Suite:** TNRM

**Matrix:** Water

| Legal Seal: | I177455 | Intact: | Yes |
|---|---|---|---|
| Legal Seal: | I177442 | Intact: | Yes |
| Legal Seal: | I177443 | Intact: | Yes |
| Legal Seal: | I177454 | Intact: | Yes |
| Legal Seal: | I177451 | Intact: | Yes |
| Legal Seal: | I177450 | Intact: | Yes |
| Legal Seal: | I177447 | Intact: | Yes |

DEP(Hice

| Legal Seal: | I177452 | Intact: | Yes |
| Legal Seal: | I177453 | Intact: | Yes |

**Stream Condition:**

**Sample Lab Comment:** 21 day ingrow

**Appearance:** ORANGE SEDIMENT WITH SLIGHT SULFUR ODOR

A sample value is an observed reading of a sample's radioactivity on a given date and time.

The Minimum Detectable Activity (MDA) is the minimum sample value that can be detected with 95% confidence.

The Counting Error (CE) is a factor that when added to and subtracted from a sample value, defines a range that will with 95% confidence encompass the actual sample val

| Test Codes/CAS# - Description | 95% MDA | Sample Value | 95% CE | Analyzed | Approved |
|---|---|---|---|---|---|
| AC228W   ACTINIUM 228 WATER | 4.84 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| BI212W   Bismuth 212 Water | 18.5 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| BI214W   Bismuth 214 Water | 2.84 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| PB212W   LEAD 212 WATER | 2.57 | 4.54 pCi/L | 1.74 | 06/27/2024 07:53 AM | ANDSCHI |
| present in blank @ 3.53 pCi/L | | | | | |
| PB214W   LEAD 214 WATER | 3.02 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| K40W    POTASSIUM 40 WATER | 9.82 | 12.6 pCi/L | 6.6 | 06/27/2024 07:53 AM | ANDSCHI |
| RA226GW  RADIUM 226 WATER BY GAMMA | 2.84 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| inferred from Bi-214 | | | | | |
| RA228GW  RADIUM 228 WATER BY GAMMA | 4.84 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| inferred from Ac-228 | | | | | |
| TH232GW  THORIUM 232 WATER BYGAMMA | 4.84 | 0 pCi/L | 0 | 06/27/2024 07:53 AM | ANDSCHI |
| inferred from Ac-228 | | | | | |
| U235GW   URANIUM 235 WATER BY GAMMA | 1.95 | 4.95 pCi/L | 1.51 | 06/27/2024 07:53 AM | ANDSCHI |
| present in Blank @ 5.22 pCi/L | | | | | |
| U238GW   URANIUM 238 WATER BY GAMMA | 48.2 | 162 pCi/L | 34.8 | 06/27/2024 07:53 AM | ANDSCHI |
| present in blank @ 155 pCi/L | | | | | |

**DEP(Hice**

DEP(Hice



# PENNSTATE

College of Agricultural Sciences    Cooperative Extension

*Agricultural and Biological Engineering*

## How to Interpret a Water Analysis Report                F 103

**Paul D. Robillard, Assistant Professor of Agricultural Engineering**
**William E. Sharpe, Professor of Forest Hydrology**
**Bryan R. Swistock, Extension Associate**

Whether your water causes illness, stains on plumbing, scaly deposits, or a bad taste, a water analysis (see F 105 *Where to Have Your Water Tested*) identifies the problem and enables you to make knowledgeable decisions about water treatment. What is the significance of the parameters listed in the water test report? This fact sheet outlines some of the major parameters you may see on the analysis and assists you in understanding the report.

## Features of a Sample Report

Once the lab has completed testing your water, you will receive a report that looks similar to Figure 1. It will contain a list of contaminants tested, the concentrations, and, in some cases, highlight any problem contaminants. An important feature of the report is the **units** used to measure the contaminant level in your water. Milligrams per liter (mg/l) of water are used for substances like metals and nitrates. A milligram per liter is also equal to one part per million (ppm)—that is one part contaminant to one million parts water. About 0.03 of a teaspoon of sugar dissolved in a bathtub of water is an approximation of one ppm. For extremely toxic substances like pesticides, the units used are even smaller. In these cases, parts per billion (ppb) are used. Another unit found on some test reports is that used to measure radon—picocuries per liter. Some values like pH, hardness, conductance, and turbidity are reported in units specific to the test.

In addition to the test results, a lab may make notes on any contaminants that exceeded the PaDEP drinking water standards. For example, in Figure 1 the lab noted that total coliform bacteria and iron both exceeded the standards.

Retain your copy of the report in a safe place as a record of the quality of your water supply. If polluting activities such as mining occur in your area, you may need a record of past water quality to prove that your supply has been damaged.

***  ANALYTICAL LABORATORY REPORT  ***

Client: Client's name

Project: Analytical Laboratory Services

Date Collected: 08/28/90

Sample Identification: Kitchen Tap

Collected by: KM

Project Number: CL000001

Time Collected: 7:35 am

Lab Number: 01000

| Analysis | Results | Units |
|---|---|---|
| Total Coliform Bacteria | 50 | # /100ml |
| Nitrate-Nitrogen | 4.55 | mg/l |
| pH | 7.50 | units |
| Iron | 0.55 | mg/l |
| Hardness as CaCo3 | 280 | mg/l |
| Sulfate Sulfur | 32.0 | mg/l |
| Chloride | 25.4 | mg/l |
| Specific Conductance | 344 | umhos/cc |

On the basis of the above test result(s), this water sample DOES NOT MEET PaDER drinking water standards.

The following notes apply to this sample:

The Total Coliform Bacteria exceeded the max. lev. of 1 colony/100ml.
The Iron level exceeded the limit of 0.3 mg/l.

Submitted by:_____
Laboratory Manager

*Figure 1. A sample water analysis report*

An Equal Opportunity University    College of Agricultural Sciences, U.S. Department of Agriculture, and Pennsylvania Counties Cooperating

282

DEP(Hice_v._EQT)000025

## Water test parameters

The following tables provide a general guideline to common water quality parameters that *may* appear on your water analysis report. The parameters are divided into three categories: health risk parameters, general indicators, and nuisance parameters. These guidelines are by no means exhaustive. However, they will provide you with acceptable limits and some information about symptoms, sources of the problem and effects. To find out more about how to treat the water or eliminate the contaminant at the source, see related publication F 103 *How to Interpret a Water Analysis Report*. See the end of this publication for information on how to obtain additional publications.

Table 1 *Health Risk Parameters*. The parameters in Table 1 are some commons ones that have known health effects. The table lists acceptable limits, potential health effects, and possible uses and sources of the contaminant.

Table 2 *General Water Quality Indicators* are parameters used to indicate the presence of harmful contaminants. Testing for indicators can eliminate costly tests for specific contaminants. Generally, if the indicator is present, the supply may contain the contaminant as well. For example, turbidity or the lack of clarity in a water sample usually indicates that bacteria may be present. The **pH** value is also considered a general water quality indicator. High or low pHs can indicate how corrosive water is. Corrosive water may further indicate that metals like lead or copper are being dissolved in the water as it passes through distribution pipes. Table 2 shows some of the common general indicators.

*Table 1: Standards, symptoms, and potential health effects of regulated contaminants.*

| Contaminant | Acceptable Limit | Sources/Uses | Potential Health Effects at High Concentrations |
|---|---|---|---|
| Atrazine | 3ppb or .003 ppm | used as a herbicide; surface or groundwater contamination from agricultural runoff or leaching | heart and liver damage |
| Benzene | 5ppb or .005 ppm | gasoline additive; usually from accidental oil spills, industrial uses, or landfills | blood disorders like aplasticaremia; immune system depression; acute exposure affects central nervous system causing dizziness, headaches; long term exposure increases cancer risks |
| Lead at tap | 0.01 mg/l | used in batteries; lead gasolines and pipe solder; may be leached from brass faucets, lead caulking, lead pipes, and lead soldered joints | nervous disorders and mental impairment, especially in fetuses and infants; kidney damage; blood disorders and hypertension; low birth weights |
| Nitrates (NO3) | 10 mg/l (nitrate-N) 45 mg/l (nitrate) | soil by-product of agricultural fertilization; human and animal waste leaching to groundwater | methemoglobinemia (blue baby disease) in infants (birth-6 months); low health threat to children and adults |
| Total Coliform | <1 coliform/100 ml | possible bacterial or viral contamination from human sewage or animal manure | diarrheal diseases, constant high level exposure can lead to cholera and hepatitis |
| Radon | 300 pCi/l* | naturally occurring gas formed from uranium decay; can seep into well water from surrounding rocks and be released in the air as it leaves the faucet | breathing gas increases chances of lung cancer; may increase risk of stomach, colon and bladder cancers |

\* Recommended level in water at which remedial action should be taken. No mandatory standards have been set.

DEP(Hice_v._EQT)000026

*Table 2. General water quality indicators.*

| Indicator | Acceptable Limit | Indication |
|-----------|------------------|------------|
| pH value | 6.5 to 8.5 | An important overall measure of water quality, pH can alter corrosivity and solubility of contaminants. Low pH will cause pitting of pipes and fixtures or a metallic taste. This may indicate that metals are being dissolved. At high pH, the water will have a slippery feel or a soda taste. |
| Turbidity | <5 TU | Clarity of sample can indicate contamination. |
| Total Dissolved Solids (TDS) | 500 mg/l | Dissolved minerals like iron or manganese. High TDS also can indicate hardness (scaly deposits) or cause staining, or a salty, bitter taste. |

*Nuisance contaminants* are a third category of contaminants. While these have no adverse health effects, they may make water unpallatable or reduce the effectiveness of soaps and detergents. Some nuisance contaminants also cause staining. Nuisance contaminants may include **iron bacteria, hydrogen sulfide,** and **hardness.** Table 3 shows some typical nuisance contaminants you may see on your water analysis report.

Hardness is one contaminant you will also commonly see on the report. Hard water is a purely aesthetic problem that causes soap and scaly deposits in plumbing and decreased cleaning action of soaps and detergents. Hard water can also cause scale buildup in hot water heaters and reduce their effective lifetime. Table 4 will help you interpret the hardness parameters cited on your analysis. Note that the units used in this table differ from those indicated in Figure 1. Hardness can be expressed by either mg/l or a grains per gallon (gpg). A gpg is used exclusively as a hardness unit and equals approximately 17 mg/l or ppm. Most people object to water falling in the "hard" or "very hard" categories in Table 4. However, as with all water treatment, you should carefully consider the advantages and disadvantages to softening before making a purchasing a water softener.

**Additional Resources**
**For more detailed information about water**

testing ask for publication *Water Tests: What Do the Numbers Mean?* at your local extension office or from the following sources.
Please access:
Website:    http://wqext.psu.edu
Email:      mxh16@psu.edu
Fax:        (814) 863-1031
Phone:      (814) 865-7685


**For more information about other Outreach Publications and Resources from the Department of Agricultural and Biological Engineering:**

Website:    http://www.age.psu.edu
Email:      aqm5@psu.edu
Address:    Penn State
            246 Agricultural Engineering Bldg.
            University Park, PA  16802
Phone:      (814) 865-7685
Fax:        (814) 863-1031

PSU  rev. 8/01

DEP(Hice_v._EQT)000027

*Table 3. Common nuisance contaminants and their effects.*

| Contaminant | Acceptable Limit | Effects |
|---|---|---|
| Chlorides | 250 mg/l | salty or brackish taste; corrosive; blackens and pits stainless steel |
| Copper (Cu) | 1.3 mg/l | blue-green stains on plumbing fixtures; bitter metalic taste |
| Iron (Fe) | 0.3 mg/l | metallic taste; discolored beerages; yellowisb stains, stains laundry |
| Manganese (Mn) | 0.05 mg/l or 5 ppb | black stains on fixtures and laundry; bitter taste |
| Sulfates (SO4) | 250 mg/l | greasy feel, laxative effect |
| Iron Bacteria | present | orangeish to brownish slime in water |

*Table 4. Hardness classifications.*

| Concentration of hardness minerals in grains per gallon (GPG) | Hardness Level |
|---|---|
| below 1.0 | soft |
| 1.0 to 3.5 | slightly hard |
| 3.5 to 7.5 | moderately hard |
| 7.5 to 10.5* | hard |
| 10.5 and above | very hard |

*\* level at which most people find hardness objectionable*

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. It is the policy of the University to maintain an academic and work environment free of discrimination, including harassment. The Pennsylvania State University prohibits discrimination and harassment against any person because of age, ancestry color, disability or handicap, national origin, race, religious creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 201 Willard Building, University Park, PA 16802-2801, Tel 814-865-4700/V, 814-863-1150/TTY.

DEP(Hice_v._EQT)000028

# PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
## DIVISION OF DRINKING WATER MANAGEMENT
## MAXIMUM CONTAMINANT LEVELS (MCLs)
## MAXIMUM RESIDUAL DISINFECTANT LEVELS (MRDLs)

## PRIMARY CONTAMINANTS

### Volatile Organic Chemicals (VOCs):

| | | | | | | |
|---|---|---|---|---|---|---|
| BENZENE | 0.005 | mg/L | | MONOCHLOROBENZENE | 0.1 | mg/L |
| CARBON TETRACHLORIDE | 0.005 | mg/L | | STYRENE | 0.1 | mg/L |
| o-DICHLOROBENZENE | 0.6 | mg/L | | TETRACHLOROETHYLENE | 0.005 | mg/L |
| para-DICHLOROBENZENE | 0.075 | mg/L | | TOLUENE | 1 | mg/L |
| 1,2-DICHLOROETHANE | 0.005 | mg/L | | 1,2-4-TRICHLOROBENZENE | 0.07 | mg/L |
| 1,1-DICHLOROETHYLENE | 0.007 | mg/L | | 1,1,1-TRICHLOROETHANE | 0.2 | mg/L |
| cis-1,2-DICHLOROETHYLENE | 0.07 | mg/L | | 1,1,2-TRICHLOROETHANE | 0.005 | mg/L |
| trans-1,2-DICHLOROETHYLENE | 0.1 | mg/L | | TRICHLOROETHYLENE | 0.005 | mg/L |
| DICHLOROMETHANE | 0.005 | mg/L | | VINYL CHLORIDE | 0.002 | mg/L |
| 1,2-DICHLOROPROPANE | 0.005 | mg/L | | XYLENES (Total) | 10 | mg/L |
| ETHYLBENZENE | 0.7 | mg/L | | | | |

### Synthetic Organic Chemicals (SOCs):

| | | | | | | |
|---|---|---|---|---|---|---|
| ALACHLOR | 0.002 | mg/L | | GLYPHOSATE | 0.7 | mg/L |
| ATRAZINE | 0.003 | mg/L | | HEPTACHLOR | 0.0004 | mg/L |
| BENZO(a)PYRENE | 0.0002 | mg/L | | HEPTACHLOR EPOXIDE | 0.0002 | mg/L |
| CARBOFURAN | 0.04 | mg/L | | HEXACHLOROBENZENE | 0.001 | mg/L |
| CHLORDANE | 0.002 | mg/L | | HEXACHLOROCYCLOPENTADIENE | 0.05 | mg/L |
| 2,4-D | 0.07 | mg/L | | LINDANE | 0.0002 | mg/L |
| DALAPON | 0.2 | mg/L | | METHOXYCHLOR | 0.04 | mg/L |
| DIBROMOCHLOROPROPANE (DBCP) | 0.0002 | mg/L | | OXAMYL (Vydate) | 0.2 | mg/L |
| DI(2-ETHYLHEXYL) ADIPATE | 0.4 | mg/L | | PCBs | 0.0005 | mg/L |
| DI(2-ETHYLHEXYL) PHTHALATE | 0.006 | mg/L | | PENTACHLOROPHENOL | 0.001 | mg/L |
| DINOSEB | 0.007 | mg/L | | PICLORAM | 0.5 | mg/L |
| DIQUAT | 0.02 | mg/L | | SIMAZINE | 0.004 | mg/L |
| ENDOTHALL | 0.1 | mg/L | | 2,3,7,8-TCDD (Dioxin) | $3 \times 10^{-8}$ | mg/L |
| ENDRIN | 0.002 | mg/L | | TOXAPHENE | 0.003 | mg/L |
| ETHYLENE DIBROMIDE (EDB) | 0.00005 | mg/L | | 2,4,5-TP (Silvex) | 0.05 | mg/L |

### Disinfection Byproducts:

| | | |
|---|---|---|
| TOTAL TRIHALOMETHANES (TTHMs) (Chloroform, Chlorodibromomethane, Bromoform & Bromodichloromethane) | 0.080 | mg/L |
| HALOACETIC ACIDS (HAA5) (Monochloroacetic Acid, Dichloroacetic Acid, Trichloroacetic Acid, Monobromoacetic Acid, & Dibromoacetic Acid) | 0.060 | mg/L |
| BROMATE | 0.010 | mg/L |
| CHLORITE | 1.0 | mg/L |

### Disinfectants (MRDLs):    *Note* 2

| | | |
|---|---|---|
| CHLORINE (as Cl$_2$) | 4.0 | mg/L |
| CHLORAMINES (as Cl$_2$) | 4.0 | mg/L |
| CHLORINE DIOXIDE (as ClO$_2$) | 0.8 | mg/L |

MRDL = Maximum Residual Disinfectant Level

### Radionuclides:

| | | |
|---|---|---|
| GROSS ALPHA | 15 | pCi/L |
| COMBINED RADIUM (226 + 228) | 5 | pCi/L |
| BETA PARTICLE & PHOTON ACTIVITY | 4 | mrem/yr |
| Gross Alpha MCL excludes Radon and Uranium particle activity. | | |
| Beta Particle & Photon Activity MCL is for man-made radionuclides. | | |
| URANIUM | 30 | µg/L |

### Inorganic Chemicals (IOCs):

| | | | | | | |
|---|---|---|---|---|---|---|
| ANTIMONY | 0.006 | mg/L | | FLUORIDE | 2 | mg/L |
| ARSENIC | 0.010 | mg/L | | LEAD ** | 0.005 | mg/L |
| ASBESTOS (Fibers longer than 10µm) | 7 | million fibers/L | | MERCURY | 0.002 | mg/L |
| BARIUM | 2 | mg/L | | NITRATE (as Nitrogen) | 10 | mg/L |
| BERYLLIUM | 0.004 | mg/L | | NITRITE (as Nitrogen) | 1 | mg/L |
| CADMIUM | 0.005 | mg/L | | NITRATE + NITRITE (as Nitrogen) | 10 | mg/L |
| CHROMIUM | 0.1 | mg/L | | SELENIUM | 0.05 | mg/L |
| COPPER ** | 1.0 | mg/L | | THALLIUM | 0.002 | mg/L |
| CYANIDE (free CN) | 0.2 | mg/L | | | | |

** The lead and copper primary MCLs are applicable only to bottled, vended, retail and bulk water hauling systems

### Microbiological Contaminants:    PRESENCE OR ABSENCE OF TOTAL COLIFORMS BASED ON NUMBER OR PERCENTAGE OF TOTAL COLIFORM POSITIVE SAMPLES/MONTH **OR** FECAL COLIFORM OR E.COLI POSITIVE ROUTINE OR CHECK SAMPLES

### Turbidity ......................................    1 NTU (applicable only to unfiltered surface water sources)

DEP(Hice_v._EQT)000029

# PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
## DIVISION OF DRINKING WATER MANAGEMENT
## MAXIMUM CONTAMINANT LEVELS (MCLs)

## SECONDARY CONTAMINANTS

| | | | | | |
|---|---|---|---|---|---|
| ALUMINUM | 0.2 | mg/L | MANGANESE | 0.05 | mg/L |
| CHLORIDE | 250 | mg/L | ODOR | 3 | T.O.N |
| COLOR | 15 color units | | pH * | 6.5 - 8.5 | |
| CORROSIVITY | non-corrosive | | SILVER | 0.1 | mg/L |
| FOAMING AGENTS | 0.5 | Mg/L | SULFATE | 250 | mg/L |
| IRON | 0.3 | Mg/L | TOTAL DISSOLVED SOLIDS | 500 | mg/L |
| | | | ZINC | 5 | mg/L |

*The pH MCL represents a "reasonable goal for drinking water quality."

**Notes:**

mg/L = milligrams per liter = parts per million; µg /L = micrograms per liter = parts per billion;
pCi/L = picocuries per liter (particle activity); mrem/yr = millirems/yr (annual dose equivalent)
µm = micrometers; T.O.N. = threshold odor number

Chapter 109, Safe Drinking Water Regulations, defines MCL and MRDL as follows:

MCL (Maximum Contaminant Level) – the maximum permissible level of a contaminant in water which is delivered to a user of a public water system, and includes the primary and secondary MCLs established under the Federal Safe Drinking Water Act, and MCLs adopted under the act.  For MCLs incorporated into this chapter by reference, the term refers to the numerical value and the means of determining compliance with that value and does not refer to the EPA applications to specific types of public water systems or sources.

MRDL (Maximum Residual Disinfectant Level) – the maximum permissible level of a disinfectant added for water treatment that may not be exceeded at the consumer's tap without an unacceptable possibility of adverse health effects.  The consumer's tap means the entry point for bottled water and vended water systems, retail water facilities and bulk water hauling systems.

DEP(Hice_v._EQT)000030