# EXHIBIT 1

## Castello, Carla M.

| | |
|---|---|
| **From:** | Castello, Carla M. |
| **Sent:** | Tuesday, November 19, 2024 11:49 AM |
| **To:** | Joy Llaguno |
| **Cc:** | McLane, Daniel B.; Murarova, Elinor H.; Bortner, Allison M.; Chronis, Paul E.; Dausch, Mark; Corbelli, James; DeGory, Andrew |
| **Subject:** | RE: Hice, et al. v. EQT, et al., Case No. 2:24-cv-896 |

Joy,

Following up on my e-mail below, we received a copy of Dr. Stolz's unredacted report, which we understand has now been filed under seal pursuant to the Court's Order, by email this morning from your office. However, we have not received any of the underlying data from Dr. Stolz, including but not limited to Dr. Stolz's complete water sampling results, which were identified in Plaintiffs' Motion for Leave to Temporarily File Under Seal, relied upon in Dr. Stolz's report (as well as Mr. Hickman's report) and required to be disclosed under the Court's Order and Rule 26. Please provide all data and materials regarding Dr. Stolz's report to Defendants by no later than tomorrow at 9:00 a.m.

In addition, we have not received a response from you regarding EQT's request for a new deadline to file our Sur-Reply Brief that is 30 days from the receipt of the complete set of requested materials from Plaintiffs. Please advise by tomorrow at 9:00 a.m. if Plaintiffs consent to this request.

I continue to be available to confer by phone.

Thank you,
Carla

**Carla M. Castello** (she/her/hers)
Attorney at Law
ccastello@babstcalland.com



Two Gateway Center
Pittsburgh, PA 15222
**O** 412.394.5400
**D** 412.394.6516
**C** 609.635.3369
www.babstcalland.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Babst, Calland, Clements & Zomnir, P.C.

---

**From:** Castello, Carla M.
**Sent:** Monday, November 18, 2024 3:25 PM
**To:** Joy Llaguno <jllaguno@hooklaw.com>
**Cc:** McLane, Daniel B. <DBMcLane@duanemorris.com>; Murarova, Elinor H. <EHart@duanemorris.com>; Bortner, Allison M. <AMBortner@duanemorris.com>; Chronis, Paul E. <PEChronis@duanemorris.com>; Dausch, Mark

<MDausch@babstcalland.com>; Corbelli, James <JCorbelli@babstcalland.com>; DeGory, Andrew <ADeGory@babstcalland.com>
**Subject:** Hice, et al. v. EQT, et al., Case No. 2:24-cv-896

Joy,

We reviewed Plaintiffs' Reply in Support of the Motion for Preliminary Injunction and the supporting documents. As you know, the Court provisionally granted Plaintiffs' Motion for Leave to Temporarily File Under Seal Unpublished Data in the Preliminary Report of John Stolz, PH.D. In response to Plaintiffs' request, the Court authorized Plaintiffs to file under seal Dr. Stolz's "unpublished proprietary data, related figures, and charts plotting such data," while simultaneously providing full, unredacted copies to Defendants and to the Court. Dr. Stolz states in his report that he has sampling data from over 75 wells, and Josh Hickman then relies on Dr. Stolz's report and conclusions. Plaintiffs have not complied with the Court's Order, have not provided the underlying data from Dr. Stolz (including but not limited to Dr. Stolz's complete water sampling results), and have not provided an unredacted copy of his report.

Please provide all data and materials and the unredacted report to Defendants and the Court by no later than this Wednesday at 9:00 a.m. so that we can avoid filing a motion on this issue. EQT also intends to request a new deadline to file our Sur-Reply that is 30 days from the receipt of the complete set of requested material from Plaintiffs. Please advise if Plaintiffs consent to this request.

I am available to meet and confer on this issue.

Thank you,
Carla

**Carla M. Castello** (she/her/hers)
Attorney at Law
ccastello@babstcalland.com



Two Gateway Center
Pittsburgh, PA 15222
**O** 412.394.5400
**D** 412.394.6516
**C** 609.635.3369
www.babstcalland.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Babst, Calland, Clements & Zomnir, P.C.